UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EVENFLOW INC,

        Plaintiff (s),

v.

DOMAINS BY PROXY INC.,
        Defendant(s).

No. **C 09-03824 BZ**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

    IT IS HEREBY ORDERED that this action is assigned to the Honorable Bernard Zimmerman. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

    IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California," additional copies of which can be downloaded from the following Internet site: http://www.cand.uscourts.gov.

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 8/20/2009 | Complaint filed | |
| 11/16/2009 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil_L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | Civil_L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |

| | | |
|---|---|---|
| 11/30/2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R. 16-9 |
| 12/7/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm G, 15th Floor, SF at 4:00 PM | Civil L.R. 16-10 |

*If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

(Rev. 01/2009)

**STANDING ORDERS FOR
MAGISTRATE JUDGE BERNARD ZIMMERMAN**

1. Parties shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. Within 30 days of filing a complaint, plaintiff shall serve and file either a written consent to Judge Zimmerman's jurisdiction or a written request for reassignment to a district judge. Within 30 days of being served with a complaint or third party complaint, a defendant or third party defendant shall serve and file either a written consent to Judge Zimmerman's jurisdiction or a written request for reassignment to a district judge.

3. Civil law and motion is heard on the first and third Wednesdays of every month at 10:00 a.m. Criminal law and motion is heard on the second and fourth Wednesdays of every month at 1:30 p.m.

4. A copy of any brief or other document containing a legal citation **shall** be submitted to chambers on a diskette formatted preferably in WordPerfect 5, 6, 8, 9, X3 or sent by e-mail to: bzpo@cand.uscourts.gov . A chambers copy of any document **may** be submitted on CD-ROM with hypertext links to exhibits.

5. Any proposed order in a case subject to electronic filing shall be sent by e-mail to: bzpo@cand.uscourts.gov. This address is to be used only for proposed *orders unless otherwise directed by the court.*

6. Unless expressly requested by the Court, documents should **not be faxed** to chambers but should be filed or lodged in accordance with the Local Rules of Court. The Court should not be routinely copied on correspondence between counsel.

7. Parties are reminded that most procedural questions are answered in the Local Rules or these Standing Orders. See especially Civil Local Rule 7-11. Parties should not contact Chambers for answers to procedural questions. The Local Rules are available for public viewing at the Court's internet site:

http://www.cand.uscourts.gov

8. Parties representing themselves should consult the Pro Se Handbook For District Courts, which is available for public viewing at the Court's internet site:

http://www.cand.uscourts.gov

9. Plaintiff is directed to serve a copy of these Standing Orders at once upon all parties to this action and upon those subsequently joined in accordance with provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of Court a certificate reflecting such service.

**IT IS SO ORDERED.**

Dated: January 13, 2009

BERNARD ZIMMERMAN
United States Magistrate Judge

g:\bzall\orders\standord6.ord