

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:   (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Evenflow, Inc.
*dba* Dropbox

BZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 09 3824

**EVENFLOW, INC., a Delaware corporation *dba* Dropbox,**

                    Plaintiff,

          v.

**DOMAINS BY PROXY, INC., an Arizona corporation; and DOES 1-10,**

                    Defendant.

CASE NO. _____

**CERTIFICATE AS TO INTERESTED PARTIES**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No.

**CERTIFICATE AS TO INTERESTED PARTIES**

1      Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Plaintiff

2 Evenflow, Inc., dba Dropbox, certifies that the following listed persons, associations of

3 persons, firms, partnerships, corporations (including parent corporations) or other entities

4 (i) have a financial interest in the subject matter in controversy or in a party to the

5 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

6 could be substantially affected by the outcome of this proceeding:

7      As of this date, other than the named parties, there is no such interest to report.

8      These representations are made to enable the judges of the Court to evaluate

9 possible disqualification or recusal.

10

11 DATED: August 20, 2009             KRONENBERGER BURGOYNE, LLP

12

13  By: _____

14                               Karl S. Kronenberger

15             Attorneys for Plaintiff Evenflow, Inc., dba
                            Dropbox

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No.                       1          **CERTIFICATE AS TO INTERESTED
PARTIES**