**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Evenflow, Inc.
*dba* Dropbox

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVENFLOW, INC.,** a Delaware corporation *dba* **Dropbox,**<br><br>Plaintiff,<br>v.<br>**DOMAINS BY PROXY, INC.,** an Arizona corporation; **and DOES 1-10,**<br><br>Defendant. | CASE NO. C 09-03824 BZ<br><br>**NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE** |

Case No. C 09-03824 BZ

**NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE**

Plaintiffs in the above-captioned action hereby notice the deposit of the attached "REGISTRAR CERTIFICATE," dated August 31, 2009, submitted by GoDaddy.com, Inc. regarding the Internet domain name <www.dropbox.com>.

DATED:  September 1, 2009   **KRONENBERGER BURGOYNE, LLP**

BY: s/ Karl S. Kronenberger
    Karl S. Kronenberger

Attorneys for Plaintiff Evenflow, Inc.
*dba* Dropbox

Case No. C 09-03824 BZ

1

**NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE**

1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile:  (415) 955-1158
5  karl@KBInternetLaw.com
   jeff@KBInternetLaw.com

6  Attorneys for Plaintiff Evenflow, Inc.
   *dba* Dropbox

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENFLOW, INC., a Delaware corporation *dba* Dropbox,<br><br>Plaintiff,<br>v.<br><br>DOMAINS BY PROXY, INC., an Arizona corporation; and DOES 1-10,<br><br>Defendant. | CASE NO. C 09-03824 BZ<br><br>**REGISTRAR CERTIFICATE** |

I, Christopher Patterson, a representative of GoDaddy.com, Inc. ("GoDaddy"), hereby declare:

1. I have personal knowledge of the facts stated herein, and would testify to such facts if so called to testify.

2. GoDaddy is the registrar of Internet domain names under the top level domains .com, .org and .net, among others.

3. GoDaddy is the registrar of the domain name at issue in this case, <www.dropbox.com>.

4. On August 31, 2009, GoDaddy received written notification of a filed, court-stamped copy of the Complaint in the instant case.

5. Per the Complaint filed at this Court, GoDaddy placed the domain name <www.dropbox.com> on registrar lock, thus preventing the <www.dropbox.com> domain name from being transferred, modified or otherwise managed or manipulated.

6. Furthermore, GoDaddy will not modify the status of the domain name <www.dropbox.com> unless and until instructed to do so by Order of the court in the instant case.

7. Therefore, the <www.dropbox.com> domain name should be construed to be under the dominion and control of the court until such time as GoDaddy receives further instruction with regard to the <www.dropbox.com> domain name.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 31, 2009

GODADDY.COM, INC.

By: _____

Case No. C 09-03824 BZ

REGISTRAR CERTIFICATE

1