UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Evenflow, Inc., a Delaware corporation dba Dropbox,

    Plaintiff(s),

v.

Domains By Proxy, Inc., an Arizona corporation; and Does 1-10

    Defendant(s).

No. C 09-3824-BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9/21/09

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")