**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Evenflow, Inc.
*dba* Dropbox

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVENFLOW, INC., a Delaware corporation *dba* Dropbox,**<br><br>            Plaintiff,<br>       v.<br><br>**GIRI NIRKONDAR, an individual,**<br><br>            Defendant. | CASE NO. C 09-03824 BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Evenflow, Inc. *dba* Dropbox, through its designated counsel, hereby voluntarily dismisses Defendant Domains By Proxy, Inc., and Domains By Proxy, Inc. only, from the above-captioned action.

DATED:  October 6, 2009     **KRONENBERGER BURGOYNE, LLP**

By:  s/ Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for Plaintiff Evenflow, Inc. *dba* Dropbox

Case No. C 09-03824 BZ       **NOTICE OF VOLUNTARY DISMISSAL**

1