**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Evenflow, Inc.
*dba* Dropbox

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVENFLOW, INC., a Delaware corporation *dba* Dropbox,**<br><br>　　　　Plaintiff,<br>　　v.<br><br>**GIRI NIRKONDAR, an individual,**<br><br>　　　　Defendant. | CASE NO. C 09-03824 BZ<br><br>**PROOF OF SERVICE** |

Case No. C 09-03824 BZ    **PROOF OF SERVICE**

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On October 6, 2009, I served the following document(s):

**1) NOTICE OF VOLUNTARY DISMISSAL**

on the parties listed below as follows:

| Defendant: | Defendant: |
|---|---|
| GIRI NIRKONDAR<br>1929 Clover Ct<br>Pleasanton, CA 94588 | DOMAINS BY PROXY, INC.<br>14455 N. Hayden Rd. #219<br>Scottsdale, Az 85260 |

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY EMAIL, to the address(es) listed above.

[ ] BY FACSIMILE MACHINE (FAX), by personally a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[ ] BY OVERNIGHT MAIL, via Federal Express.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: October 6, 2009

_Sumeena Birdi_
Sumeena Birdi

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com