1　**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
2　Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
3　San Francisco, CA 94108
Telephone: (415) 955-1155
4　Facsimile:　(415) 955-1158
karl@KBInternetLaw.com
5　jeff@KBInternetLaw.com

6　Attorneys for Plaintiff Evenflow, Inc.
*dba* Dropbox
7

8　**The Law Offices Of Jason M. Skaggs**
Jason M. Skaggs (Bar No. 202190)
9　530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
10　Telephone: (650) 617-3226
Facsimile: (650) 644-0200
11　jason@skaggslegal.com

12　Attorney for Defendant Giri Nirkondar

13

14　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　**NORTHERN DISTRICT OF CALIFORNIA**
15

16

17　**EVENFLOW, INC., a Delaware**　　　　CASE NO. C 09-03824 BZ
　　**corporation *dba* Dropbox,**

18　　　　　　Plaintiff,　　　　　　　　**STIPULATION TO DISMISS WITH**
　　　　v.　　　　　　　　　　　　　　**PREJUDICE**
19

20　**GIRI NIRKONDAR, an individual,**

　　　　　　Defendant.
21

22

23

24

25

26

27

28

Case No. C 09-03824 BZ　　　　　　　　　　　　　　　**STIPULATION TO DISMISS WITH PREJUDICE**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, and all claims against Defendant Giri Nirkondar therein, hereby is dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each Party shall bear its own costs, expenses, and attorneys' fees related to this action.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

DATED: October 13, 2009        DATED: October 13, 2009

KRONENBERGER BURGOYNE, LLP        THE LAW OFFICES OF JASON M. SKAGGS

By:   s/ Karl S. Kronenberger        By:   s/Jason Skaggs

Karl S. Kronenberger        Jason Skaggs

Attorneys for Plaintiff Evenflow, Inc. *dba* Dropbox        Attorney for Defendant Giri Nirkondar