**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff Evenflow, Inc.
*dba* Dropbox

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVENFLOW, INC., a Delaware corporation *dba* Dropbox,**<br><br>　　　　Plaintiff,<br>　　v.<br><br>**GIRI NIRKONDAR, an individual,**<br><br>　　　　Defendant. | CASE NO. C 09-03824 BZ<br><br>**PROOF OF SERVICE** |

Case No. C 09-03824 BZ　　　　　　　　　　　　　　　　　　　　　　　　　**PROOF OF SERVICE**

Dockets.Justia.com

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On October 13, 2009, I served the following document(s):

**1) NOTICE OF VOLUNTARY DISMISSAL**

on the parties listed below as follows:

*Attorney for Defendant:*

Jason M. Skaggs
The Law Offices Of Jason M. Skaggs
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY EMAIL, to the address(es) listed above.

[ ] BY FACSIMILE MACHINE (FAX), by personally a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[ ] BY OVERNIGHT MAIL, via Federal Express.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: October 13, 2009

*/s/ Sumeena Birdi*
Sumeena Birdi

Case No. C 09-03824 BZ

PROOF OF SERVICE

1