John A Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, | Case No.: 5:07-cv-03457-HRL |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | Date: November 20, 2007 |
| Defendant | Time: 10:00 a.m. |
| | Courtroom: 2, 5th Floor |
| | Judge: Hon. Howard R. Lloyd |

    The motion for sanctions brought by defendant John Stottlemire, pursuant to Rule 11 of the Federal Rules of Civil Procedure, came on for hearing on _____. Having considered Defendant's motion and all papers filed in support thereof, and having considered all papers filed by plaintiff in opposition thereto, and having heard the argument of Defendant, *pro se* and Counsel for Plaintiff, and good cause appearing,

    THE COURT HEREBY GRANTS Defendant's Motion for Sanctions.

    IT IS SO ORDERED.


Dated:_____     _____
                                                       The Honorable Howard R. Lloyd
                                                       United States Magistrate Judge