**ORIGINAL**

Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: ngoteiner@fbm.com; dcusack@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-cv-03457 HRL <br><br> **SUBSTITUTION OF ATTORNEYS** |

Plaintiff Coupons, Inc. hereby substitutes the law firm of Farella Braun + Martel LLP, Neil A. Goteiner and Dennis M. Cusack, as attorneys of record in this action in place of Wilson, Sonsini, Goodrich & Rosati, John L. Slafsky and Hollis Beth Hire.

Dated: October 19, 2007

COUPONS, INC.

By: _____
Jeffrey Weitzman, Chief Marketing Officer

/////

/////

/////

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

SUBSTITUTION OF ATTORNEY;
Case No. 5:07-cv-03457 HRL

22675\1367055.1

dockets.Justia.com

1 | Consent to the substitution is given:
2 |
3 | Dated: October 19, 2007                    FARELLA BRAUN + MARTEL LLP
4 |
5 |                                            By: _____
6 |                                                Dennis M. Cusack
7 |
8 | Dated: October 19, 2007                    WILSON, SONSINI, GOODRICH &
9 |                                            ROSATI
10|                                            By: _____
11|                                                John L. Slafsky

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

SUBSTITUTION OF ATTORNEY;
Case No. 5:07-cv-03457 HRL

- 2 -

22675\1367055.1

# PROOF OF SERVICE

I, the undersigned, declare as follows. I am employed in the County of San Francisco where this service occurred. I am over the age of eighteen years and not a party to this action. My business address is 235 Montgomery Street, 30th Floor, San Francisco, California. On the date below I served true copies of the document(s) listed below:

**SUBSTITUTION OF ATTORNEYS**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.
- ☒ by transmitting the documents via electronic mail the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

John Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Tel: 614-358-4185
Email: jstottl@comcast.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California on October 19, 2007.

*Angelica V. Dugan*
Angelica V. Dugan

19082\1194437.1