1  Neil A. Goteiner (State Bar No. 083524)
   Dennis M. Cusack (State Bar No. 124988)
2  Farella Braun & Martel LLP
3  235 Montgomery Street, 30th Floor
   San Francisco, CA. 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  Email: ngoteiner@fbm.com; dcusack@fbm.com

6  Attorneys for Plaintiff
7  COUPONS, INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  COUPONS, INC.,                        Case No. 5:07-cv-03457 HRL

13                Plaintiff,              **[PROPOSED] ORDER FOR
                                          CONTINUANCE OF HEARING AND
14      vs.                               CASE MANAGEMENT DATES**

15  JOHN STOTTLEMIRE, and DOES 1-10,

16                Defendants.

17

18         Plaintiff Coupons, Inc. moved under Local Rule 6-3 for an order continuing the hearing

19  date on Defendant John Stottlemire's Motion to Dismiss or for Summary Judgment and his

20  Motion for Sanctions ("the pending motions"), and continuing the Case Management Conference

21  and related dates, to accommodate new counsel substituted in on October 19, 2007.  After

22  considering the Motion and accompanying Declaration, Defendant's opposition, and the entire

23  record in this action,

24         IT IS HEREBY ORDERED THAT:

25         1.      The hearing on the pending motions shall be continued from November 13, 2007

26  to December 4, 2007;

27         2.      The deadline for filing oppositions to the pending motions shall be November 6,

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

                                                                      22675\1368511.1

[PROPOSED]  ORDER FOR CONTINUANCE OF HEARING AND CASE MANAGEMENT DATES;  Case No. 5:07-cv-03457 HRL

                                                                      Dockets.Justia.com

1    2007;

2         3.    The deadline for filing replies to the pending motions shall be November 20, 2007;

3         4.    The parties shall meet and confer and file a case management conference

4    statement on or before November 13, 2007;

5         5.    The case management conference shall be continued from November 6, 2007 to

6    November 20, 2007;

7         6.    The parties shall exchange initial disclosures on or before December 11, 2007.

8

9

10   Dated: October _____, 2007          By:_____
                                              Hon. Howard R. Lloyd
11                                            United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella  Braun  &  Martel  LLP
Russ  Building,  30th  Floor
235  Montgomery  Street
San  Francisco,  CA  94104
Telephone:  (415)  954-4400

22675\1368511.1