Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-CV-03457 HRL <br><br> **DECLARATION OF JEFFREY WEITZMAN** <br><br> Date: December 4, 2007 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Judge: Honorable Howard R. Lloyd |

I, Jeffrey Weitzman, declare as follows:

1.  I am the Chief Marketing Officer at Coupons, Inc., located in Mountain View, California. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  At this time there has been no discovery conducted in this matter, and the parties have not yet exchanged initial disclosures. Coupons, Inc. has not yet had the opportunity to serve any written discovery or subpoenas, or to depose Defendant John Stottlemire ("Stottlemire") or other witnesses. Such discovery will allow Coupons, Inc. to collect evidence to support its claims and to make its prima facie case against Defendants. Discovery will also allow Coupons, Inc. to address more thoroughly the issues raised by Stottlemire's Motion for Summary Judgment.

3. Coupons, Inc. expects that discovery will include, but not be limited to, the following documents and information relevant to the issues raised in Stottlemire's motion:

   a. Documents in Stottlemire's possession or in the possession of third parties confirming that Stottlemire created and offered a method and a software program primarily designed for the purpose of circumventing Coupons, Inc.'s security features;

   b. Documents in Stottlemire's possession or in the possession of third parties confirming that Stottlemire marketed to others a method and a software program primarily designed for the purpose of circumventing Coupons, Inc.'s security features;

   c. Documents in Stottlemire's possession or in the possession of third parties and/or admissions from Stottlemire confirming that the Coupon Queen forum member identified by the handle "virtually_john" is John Stottlemire;

   d. Documents in Stottlemire's possession or in the possession of third parties and/or admissions from Stottlemire confirming the degree to which Stottlemire assisted third parties with the installation of his software program and the removal of Coupons, Inc.'s security features; and

   e. Documents in Stottlemire's possession or in the possession of third parties and/or admissions from Stottlemire confirming the degree to which third parties were unable to disable Coupons, Inc.'s security features to print more than the authorized number of coupons without Stottlemire's assistance.

4. Coupons, Inc. also cannot address multiple inaccuracies in the motion for summary judgment at this time because there is no protective order in place. For example, Coupons, Inc. cannot provide detailed information concerning its security features, and how they effectively control access to copyrighted works. The details of Coupons, Inc.'s security features

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1  are proprietary, and therefore cannot be disclosed in a public forum or to any party without an
2  appropriate protective order in place.

3      5.    Defendant Stottlemire's motion for summary judgment makes additional incorrect
4  assertions about Coupons, Inc.'s technology, including but not limited to the manner in which
5  Coupons, Inc.'s coupons are delivered to consumers and the nature of the unique identifiers sent
6  to each computer.

7      6.    On June 20, 2007, I visited the website www.couponqueen.net and observed an
8  online conversation in the Coupon Queen forum between the user "virtually_john," whom I
9  believe to be Stottlemire, and a user "siageah," discussing the installation and effect of
10 Stottlemire's software. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot
11 that I captured on June 20, 2007, at the Coupon Queen Forum, showing this exchange.

12     7.    Coupons, Inc. has received registrations from the U.S. Copyright Office for its
13 coupons. Attached hereto as Exhibit 2 are true and correct copies of registration certificates
14 reflecting two such registrations.

15     8.    After a Coupons, Inc. user has printed any single coupon the authorized number of
16 times, further attempts to print the coupon elicit a display in a browser window of a message
17 including the product image from the applicable coupon which states the coupon has been printed
18 the allowed number of times. Attached hereto as Exhibit 3 is a true and correct copy of a
19 screenshot captured on October 18, 2007, showing the print limit message. The same or a similar
20 message has been displayed, to the best of my knowledge, since at least 2001.

21     9.    The technological expertise required to identify and locate the unique identifiers
22 used as a part of Coupons's security features is such that very few consumers either attempt or are
23 capable of deleting these features.

24     10.    Based on the print limitation notice that appears on web screens, on direct
25 consumer feedback, and on my experience monitoring various online coupon websites, it is my
26 belief and understanding that consumers in the online coupon market do not expect to be allowed
27 to print and use an unlimited number of coupons.

28

DECLARATION OF JEFFREY WEITZMAN /
USDC/NDC/SJ 5:07-CV-03457 HRL    - 3 -    22675\1382357.1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of November, 2007 in Mountain View, California.

_____
JEFFREY WEITZMAN

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF JEFFREY WEITZMAN /
USDC/NDC/SJ 5:07-CV-03457 HRL

- 4 -

22675\1382357.1

# EXHIBIT 1

# TO

# DECLARATION OF JEFFREY WEITZMAN

# The Coupon Queen

Home   Cart   Link To Us   Forum   Decoder   Organizer   Logout
Forum Home   Search   Profile   Members List   Blogs   New Posts
My Forums   My Blog   Private Messages (0)   Chat

New Topic   Post Reply

»Forums Index »Coupons »Internet Printed Coupons »Printing Coupons.

**Author**  **Topic: Printing Coupons. (3 messages, Page 1 of 1)**

**virtually_john**
-Cool Junior Member-
Posts: 21
Joined: May 20, 2007

Posted: Jun 16, 2007 05:45 PM    Msg. 1 of 3

IF you are logged in...

try this...
http://www.thecouponqueen.net/couponscom.cfm

You must download and install the file at the top of the page. It is provided as a zip file. Just unzip it and then double click the setup.bat file.

After installing, you can print directly from that page.

Let me know if anyone has any problems with it.

**PLEASE NOTE: You must have the coupon printer from coupons.com installed on your computer to use the above referenced page.**

**siageah**
-Cool Member-
Posts: 28
Joined: May 29, 2007

Posted: Jun 17, 2007 02:34 AM    Msg. 2 of 3

No go, but we all know that I have problems.

**virtually_john**
-Cool Junior Member-
Posts: 21
Joined: May 20, 2007

Posted: Jun 17, 2007 08:08 AM    Msg. 3 of 3

Things to check on your end to ensure this works:

LaunchinIE.dll is located in your windows\system32 directory (winnt\system32 on Windows 2000)
bricks.bat is located in your windows directory (winnt on Windows 2000)
bricks.reg is located in your windows directory (winnt on Windows 2000)

The following entry is in your registry:
HKEY_Local_Machine\Software\RockinFewl\LaunchinIE\Approved url1 = http://www.thecouponqueen.net/couponscom.cfm

-john

New Topic   Post Reply

**Time:** Wed June 20, 2007 0959

# EXHIBIT 2

# TO

# DECLARATION OF JEFFREY WEITZMAN

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-776-192**

EFFECTIVE DATE OF REGISTRATION

July 30 2003
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
ONLINE COUPON AND ADVERTISING FOR MAYBELLINE FOREVER LIPCOLOR

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Coupons Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Compilation arrangement/presentation of text elements and data comprising coupon and advertising

**NOTE** Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2003 ◀ Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ May   Day ▶ 1   Year ▶ 2003
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Coupons Inc
1301 Shoreway Rd
Belmont, CA 94002

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 30 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 30 2003

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Amended by C O authority phone call to Joseph Adams
on 8/11/03

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Selection arrangement coordination of text data unique 2 D bar code UPC and EAN or other special code manufacturer's trademark and/or logo author's trademark and promotional language

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                      Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Joseph Adams c/o/ Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto CA 94304 1050

**b**

Area code d daytime telephone number ▶ 650-493 9300                Fax number ▶ 650-493 6811
Email ▶ jadams@wsgr com

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Coupons, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Steven Boal                                                              Date ▶ July 29 2003

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address | Name ▼ Joseph Adams c/o Wilson Sonsini Goodrich & Rosati | Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 650 Page Mill Road | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Palo Alto CA 94304-1050 | Library of Congress Copyright Office 101 Independence Avenue SE Washington DC 20559-6000 |

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ● Printed on recycled paper                              U S Government Printing Office 2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTR TX 5-776-191

EFFECTIVE DATE OF REGISTRATION
July 30 2003
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
ONLINE COUPON AND ADVERTISING FOR TONE BODY WASH

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Coupons Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Compilation arrangement/presentation of text elements and data comprising coupon and advertising

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases
2003

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ April   Day ▶ 30   Year ▶ 2003
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Coupons Inc
1301 Shoreway Rd
Belmont CA 94002

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 30 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 30 2003
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Amended by C O authority phone call to Joseph Adams
on 8/11/03

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes, give Previous Registration Number ▶         Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6** a

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Selection arrangement coordination of text data unique 2 D bar code UPC and EAN or other special code
manufacturer's trademark and/or logo author's trademark and promotional language

**6** b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                           Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Joseph Adams c/o/ Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto CA 94304 1050

**7** b

Area code and daytime telephone number ▶ 650-493 9300         Fax number ▶ 650-493 6811
Email ▶ jadams@wsgr com

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Coupons, Inc
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Steven Boal                                                                      Date ▶ July 29 2003

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address | Name ▼ Joseph Adams c/o Wilson Sonsini Goodrich & Rosati |
|---|---|
| | Number/Street/Apt ▼ 650 Page Mill Road |
| | City/State/ZIP ▼ Palo Alto CA 94304-1050 |

**9**

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection
with the application shall be fined not more than $2 500

Rev June 2002  20 000  Web Rev June 2002  ♻ Printed on recycled paper                                    U S Government Printing Office 2000-461 113/20 021

# EXHIBIT 3

# TO

# DECLARATION OF JEFFREY WEITZMAN



# THANK YOU!

Sorry! You have already printed this coupon the number of times allowed.

You may close this window.

  

©2007 Coupons, Inc.
Help | Privacy Policy
English | Español | Français