1  John A Stottlemire
   33103 Lake Garrison Street
2  Fremont, CA 94555
   Telephone:  (614) 358-4185
3  Email:  jstottl@comcast.net
   Defendant, *pro se*
4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7                                  SAN JOSE DIVISION

8

9  COUPONS, INC., a California corporation,  ) Case No.: 5:07-cv-03457-HRL
                                              )
10         Plaintiff,                         ) **[PROPOSED] ORDER GRANTING**
                                              ) **DEFENDANT'S EX-PARTE MOTION TO**
11     vs.                                    ) **STRIKE PLAINTIFF'S OPPOSITION TO**
                                              ) **DEFENDANT'S MOTION TO DISMISS**
12  JOHN STOTTLEMIRE, and DOES 1-10,          )
                                              ) Courtroom:   2, 5th Floor
13         Defendant                          ) Judge:       Hon. Howard R. Lloyd

14

15      This Court, having read and considered the papers submitted by the Defendant and

16  opposition, if any, and finding good cause exists, GRANTS the ex parte Motion to Strike

17  Coupons's Memorandum of Points And Authorities in Opposition to Defendant Stottlemire's

18  Motion to Dismiss or in the Alternative Motion for Summary Judgment filed by Dennis Cusack

19  on November 13, 2007.  The Court further GRANTS the ex parte Motion to Strike Coupons's

20  Objections to Evidence and Motion to Strike filed by Dennis Cusack on November 13, 2007.

21  The Court further GRANTS the ex parte Motion to Strike Coupons's Opposition to Defendant's

22  Motion for Sanctions filed by Dennis Cusack on November 13, 2007.

23      **IT IS SO ORDERED.**

24

25  Dated:_____          _____
                                            HOWARD R. LLOYD
26                                          UNITED STATES MAGISTRAGE JUDGE

27

28

[Proposed] Order Granting Defendant's ex parte Motion to Strike
No. C-07-03457 HRL

                                            1