# **CERTIFICATE OF SERVICE**

I certify that on November 20, 2007, I caused Reply to Opposition to Defendant's Motion to Dismiss or in the alternative for Summary Judgment to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Hollis Beth Hire, hhire@wsgr.com

    John L. Slafsky, jslafsky@wsgr.com

_____/s/_____
John Stottlemire, *pro se*
33103 Lake Garrison St
Fremont, CA 94555

Opposition to Motion to Continue Hearing and Case Management Dates
No. C-07-03457 HRL

1