* E-filed 12/7/07 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COUPONS, INC.,

    Plaintiff,

  v.

JOHN STOTTLEMIRE,

    Defendant.
_____/

Case No. CV 07-03457 HRL

**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE**

The previously vacated case management conference is now reset for **February 5, 2008, 1:30 pm.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113. The parties shall exchange initial disclosures by December 18, 2007 and file a joint case management statement **no later than January 29, 2008.**

**IT IS SO ORDERED.**

Dated: 12/7/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-3457 Notice has been electronically mailed to:**

Dennis M. Cusack dcusack@fbm.com, adugan@fbm.com, calendar@fbm.com, lwarren@fbm.com

Neil A. Goteiner ngoteiner@fbm.com, calendar@fbm.com, karentsen@fbm.com

Hollis Beth Hire hhire@wsgr.com, lhovland@wsgr.com

John Lawrence Slafsky jslafsky@wsgr.com, lhovland@wsgr.com

John Allan Stottlemire jstottl@comcast.net

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 12/7/07

                                         /s/ KRO
                               Chambers of Magistrate Judge Lloyd