
John L. Slafsky, State Bar No. 195513
Hollis Beth Hire, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
jslafsky@wsgr.com
hhire@wsgr.com

Attorneys for Plaintiff,
Coupons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-cv-03457 HRL <br><br> **WILSON SONSINI GOODRICH & ROSATI'S NOTICE AND MOTION FOR WITHDRAWAL** |

WSGR NOTICE AND MOTION FOR
WITHDRAWAL--CASE NO. 5:07-CV-03457 HRL   - 1 -

Pursuant to Civil Local Rule 11-5, and at the suggestion of the Court at the December 4, 2007 hearing concerning this matter, Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel to Plaintiff Coupons, Inc. ("Coupons"), requests an order from the Court permitting WSGR's withdrawal as counsel to Coupons.

WSGR has given notice of its intent to withdraw to all parties in this case. Coupons has retained another law firm, Farella, Braun + Martel LLP, to represent Coupons going forward. Therefore, WSGR's withdrawal will not prejudice any party.

Dated: December 7, 2007	WILSON SONSINI GOODRICH & ROSATI
	Professional Corporation


	  /s/ Hollis Beth Hire  
	John L. Slafsky
	Hollis Beth Hire

Having reviewed and considered the Notice and Motion for Withdrawal, and finding good cause therefore, Wilson Sonsini Goodrich & Rosati's withdrawal from the matter Coupons, Inc. v. Stottlemire, Case No. 5:07-cv-03457 HRL, is hereby permitted.

SO ORDERED.

Date: _____
	Hon. Howard R. Lloyd

WSGR NOTICE AND MOTION FOR
WITHDRAWAL--CASE NO. 5:07-CV-03457 HRL     - 2 -