| | |
|---|---|
| 1  John L. Slafsky, State Bar No. 195513 | *E-filed 12/12/07* |
|    Hollis Beth Hire, State Bar No. 203651 | |
| 2  WILSON SONSINI GOODRICH & ROSATI | |
|    Professional Corporation | |
| 3  650 Page Mill Road | |
|    Palo Alto, California 94304-1050 | |
| 4  Telephone: (650) 493-9300 | |
|    Facsimile: (650) 493-6811 | |
| 5  jslafsky@wsgr.com | |
|    hhire@wsgr.com | |

Attorneys for Plaintiff,
Coupons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COUPONS, INC.,  )  Case No. 5:07-cv-03457 HRL
              )
        Plaintiff,  )  **WILSON SONSINI GOODRICH &**
              )  **ROSATI'S NOTICE AND MOTION FOR**
    v.        )  **WITHDRAWAL** <u>AND ORDER</u>
              )
JOHN STOTTLEMIRE, and DOES 1-10,  )
              )
        Defendants.  )
_____  )

WSGR NOTICE AND MOTION FOR
WITHDRAWAL--Case No. 5:07-cv-03457 HRL      - 1 -

Pursuant to Civil Local Rule 11-5, and at the suggestion of the Court at the December 4, 2007 hearing concerning this matter, Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel to Plaintiff Coupons, Inc. ("Coupons"), requests an order from the Court permitting WSGR's withdrawal as counsel to Coupons.

WSGR has given notice of its intent to withdraw to all parties in this case. Coupons has retained another law firm, Farella, Braun + Martel LLP, to represent Coupons going forward. Therefore, WSGR's withdrawal will not prejudice any party.

Dated: December 7, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

   /s/ Hollis Beth Hire
John L. Slafsky
Hollis Beth Hire

Having reviewed and considered the Notice and Motion for Withdrawal, and finding good cause therefore, Wilson Sonsini Goodrich & Rosati's withdrawal from the matter Coupons, Inc. v. Stottlemire, Case No. 5:07-cv-03457 HRL, is hereby permitted.

SO ORDERED.

Date: 12/12/07

Hon. Howard R. Lloyd
United States Magistrate Judge