John A Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendant | Case No.: 5:07-cv-03457-HRL <br><br> **STIPULATION TO EXTEND TIME TO RESPON TO SECOND AMENDED COMPLAINT** <br><br> Courtroom: 2, 5th Floor <br> Judge: Hon. Howard R. Lloyd |

Plaintiff Coupons, Inc., by and through its counsel, and Defendant John Stottlemire agree to extend time for Defendant Stottlemire to respond to the Second Amended Complaint to February 11, 2008.

SO STIPULATED.

DATED: _____, 2008     By: _____/s/_____
                                                   John Stottlemire, *pro se*

DATED: Jan 7, 2008     FARELLA BRAUN AND MARTEL, LLP

                                            By: _____
                                                  Dennis M. Cusack
                                                  Attorneys for Plaintiff Coupons, Inc.