United States District Court
For the Northern District of California

* E-filed 2/6/08 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COUPONS, INC.,

        Plaintiff,

    v.

JOHN STOTTLEMIRE,

        Defendant.

_____/

Case No. CV 07-03457 HRL

**CASE MANAGEMENT CONFERENCE
SCHEDULING ORDER**

     Based on the parties' Joint Case Management Statement and the discussion held at the February 5, 2008 Case Management Conference, the court orders as follows:

     The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. Further, the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

     The court further adopts the parties' selection of Early Neutral Evaluation as their form of Alternative Dispute Resolution. If the case has not settled, the parties shall contact the chambers of Magistrate Judge Trumbull well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

//

//

The following schedule shall also apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 19, 2008

Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . September 30, 2008

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . October 21, 2008

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 18, 2008

Last Day for Filing Dispositive Motions . . . . . . . . . . . . . . . . . . . . . . December 2, 2008

      Opposition Filing Deadline . . . . . . . . . . . . . . . . . . . . . . . . . December 23, 2008

      Reply Filing Deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 6, 2009

Last Day for Hearing Dispositive Motions . . . . . . . . . . . January 27, 2009 at 10:00 a.m.

Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . March 17, 2009 at 1:30 p.m.

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 23, 2009

     Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff.  (See Civ. L.R. 26-2).

     Furthermore, the parties shall comply with the court's Standing Order re: Pretrial Preparation with respect to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

**IT IS SO ORDERED.**

Dated: 2/6/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

United States District Court

For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:


Dennis M. Cusack dcusack@fbm.com, adugan@fbm.com, calendar@fbm.com, lwarren@fbm.com

Neil A. Goteiner ngoteiner@fbm.com, calendar@fbm.com, karentsen@fbm.com

John Allan Stottlemire jstottl@comcast.net


* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  2/6/08

_____
/s/ KRO
Chambers of Magistrate Judge Lloyd