ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

February 11, 2008

Dennis M. Cusack
Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
415-954-4400

John Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
614-358-4185

Re: Coupons, Inc. v. Stottlemire
Case No. C 07-03457 HRL ENE

Dear Counsel and Mr. Stottlemire:

    We have received notification from Howard R. Lloyd that the referenced case was referred to ENE on February 6, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Wednesday, February 20, 2008 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

    Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator