1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                              **Northern District of California**

10   Coupons, Inc.,                              07-03457 HRL ENE

11                  Plaintiff(s),               **Notice of Appointment of Evaluator**

12        v.

13   Stottlemire,

14                  Defendant(s).

15   TO COUNSEL OF RECORD:

16        The court notifies the parties and counsel that the Evaluator assigned to this

17   case is:

18                          **Harold J. McElhinny**
                            Morrison & Foerster
19                          425 Market St.
                            San Francisco, CA 94105
20                          415-268-7265
                            hmcelhinny@mofo.com
21

22        Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which

23   governs the ENE program.  The evaluator will schedule a joint phone conference with

     counsel under ADR L.R. 5-7 and will set the date of the ENE session within the

24   deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court

25   permits the evaluator to charge each party its pro rata share of the cost of the phone

26   conference.

27

28

Dockets.Justia.com

1    Counsel are reminded that the written ENE statements required by the ADR L.R.

2  5-8 shall NOT be filed with the court.

3

4  Dated: February 27, 2008

5                                                          RICHARD W. WIEKING
                                                         Clerk
6                                                        by:    Alice M. Fiel

7

8                                                        _____
                                                         ADR Case Administrator
9                                                        415-522-3148
                                                         Alice_Fiel@cand.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28