| | |
|---|---|
| 1 | Neil A. Goteiner (State Bar No. 083524) |
| 2 | Dennis M. Cusack (State Bar No. 124988)<br>Carly O. Alameda (State Bar No. 244424) |
| 3 | Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480<br>E-mail: ngoteiner@fbm.com, dcusack@fbm.com, |
| 6 | calameda@fbm.com |
| 7 | Attorneys for Plaintiff<br>COUPONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., | Case No. 5:07-CV-03457 HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | Date: April 22, 2008 |
| Defendants. | [N.D. Local Rule 6-2] |

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby file this Stipulation extending Plaintiff's time to file an opposition to Defendant's Motion to Dismiss, and extending Defendant's time to file the reply to Plaintiff's opposition.

WHEREAS, on December 27, 2007, Plaintiff Coupons, Inc. filed its Second Amended Complaint;

WHEREAS, on February 26, 2008, Defendant Stottlemire filed a Motion to Dismiss For Failure to State a Claim On Which Relief Can Be Granted;

WHEREAS, Defendants' opposition to the motion to dismiss is due on April 1, 2008, and Stottlemire's reply is due on April 8, 2008;

WHEREAS, the hearing on the motion to dismiss is set for April 22, 2008;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE OPPOSITION AND REPLY TO OPPOSITION
TO MOTION TO DISMISS 5:07-CV-03457 HRL

22675\1512102.1

Dockets.Justia.com

1   WHEREAS, the Samuelson Law, Technology & Public Policy Clinic filed a "Notice of
2   Motion and Motion of the Electronic Frontier Foundation for Leave to File Amicus Curiae Brief
3   in Support of Defendant's Motion to Dismiss" and the accompanying brief on March 25, 2008,
4   which included overlapping and additional arguments relevant to the motion to dismiss;

5   WHEREAS, Plaintiff would like to address and respond to all issues regarding its Second
6   Amended Complaint and the motion to dismiss, raised by both Defendant Stottlemire and the
7   Amicus brief, in one opposition;

8   WHEREAS, the parties have agreed that Plaintiff's time to oppose the motion to dismiss
9   should be extended to April 4, 2008, in order to allow Plaintiff sufficient time to research the
10  additional points raised in the Amicus brief;

11  WHEREAS, the parties have also agreed that Defendant Stottlemire will receive the same
12  amount of additional days to reply to the opposition, which would extend the time to reply to
13  April 11, 2008;

14  WHEREAS, the parties agree that the hearing will take place on April 22, 2008, as
15  previously scheduled.

16  IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiff will have
17  to and including April 4, 2008, to serve and file its opposition to the motion to dismiss (including

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE OPPOSITION AND REPLY TO OPPOSITION     - 2 -                                22675\1512102.1
TO MOTION TO DISMISS 5:07-CV-03457 HRL

any response to the proposed amicus brief), and Defendant will have to and including April 11, 2008 to reply to Plaintiff's opposition.

Dated: March 28, 2008                         FARELLA BRAUN & MARTEL LLP

By: /s/ Dennis M. Cusack
Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: March 28, 2008

By: /s/ John Stottlemire
John Stottlemire
Defendant, *pro se*

## **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff Coupons, Inc. will have to and including April 4, 2008, to serve and file its opposition to Defendant's motion to dismiss (including any response to the proposed amicus brief), and Defendant will have to and including April 11, 2008 to reply to Plaintiff's opposition.

**IT IS SO ORDERED**.

DATED: _____          _____
                                        The Honorable Howard R. Lloyd
                                        Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE OPPOSITION AND REPLY TO OPPOSITION - 3 -
TO MOTION TO DISMISS 5:07-CV-03457 HRL

22675\1512102.1