```
1   Neil A. Goteiner (State Bar No. 083524)
    Dennis M. Cusack (State Bar No. 124988)
2   Carly O. Alameda (State Bar No. 244424)
    Farella Braun & Martel LLP
3   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
4   Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
5   E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
    calameda@fbm.com
6
    Attorneys for Plaintiff
7   COUPONS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COUPONS, INC., | Case No. 5:07-cv-03457 |
|---|---|
| Plaintiff, | **DECLARATION OF DENNIS M. CUSACK IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | |
| Defendants. | Date: April 22, 2008<br>Time: 10:00 a.m.<br>Courtroom.: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd |

I, Dennis M. Cusack, declare as follows:

1. I am a partner in the law firm of Farella Braun + Martel LLP, attorneys for plaintiff Coupons, Inc. in this matter.

2. On December 27, 2007, Plaintiff Coupons, Inc. filed its Second Amended Complaint;

3. On February 26, 2008, Defendant Stottlemire filed a Motion to Dismiss For Failure to State a Claim On Which Relief Can Be Granted;

4. Defendants' opposition to the motion to dismiss is due on April 1, 2008, and Stottlemire's reply is due on April 8, 2008; the hearing on the motion to dismiss is set for April 22, 2008;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF DENNIS M. CUSACK IN
SUPPORT OF STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME 5:07-CV-03457 HRL

22675\1512211.1

Dockets.Justia.com

5. After receiving Defendant's motion to dismiss, Plaintiff's counsel began preparing its opposition to the motion to dismiss in preparation to file the opposition on April 1, 2008 in a timely fashion;

6. On March 25, 2008, the Samuelson Law, Technology & Public Policy Clinic filed a "Notice of Motion and Motion of the Electronic Frontier Foundation for Leave to File Amicus Curiae Brief in Support of Defendant's Motion to Dismiss" and the accompanying brief ("Amicus brief"), which includes overlapping and additional points relevant to Defendant Stottlemire's motion to dismiss;

7. Due to the overlapping nature of the challenges made by Defendant Stottlemire and by the Amicus brief, Plaintiff would like to address all of the challenges in one opposition brief;

8. In order to properly research and respond to the additional points raised in the Amicus brief, Plaintiff needs several additional days to file its opposition;

9. I have spoken with Defendant Stottlemire and he has agreed to extend the time for Plaintiff to file its opposition by three (3) days, and we have agreed that he will have the same number of additional days to reply to the opposition;

10. Parties have signed the accompanying stipulation agreeing that Plaintiff will file its opposition to Defendant's motion to dismiss (including any response to points raised in the Amicus brief) by April 4, 2008, and Defendant Stottlemire will file his reply by April 11, 2008. The hearing will remain on April 22, 2008 as previously scheduled.

11. Plaintiff Coupons has not previously requested or received an extension to oppose Defendant Stottlemire's motion to dismiss which he filed February 26, 2008;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF DENNIS M. CUSACK IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME 5:07-CV-03457 HRL

- 2 -

22675\1512211.1

12. I have personal knowledge of the foregoing and if called upon to testify thereto can and will competently do so.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on March 28, 2008.

/s/ Dennis M. Cusack
Dennis M. Cusack

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400