SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
DOMENIC IPPOLITO (*Application for Student Practice Pending*)
HARI O'CONNELL (*Application for Student Practice Pending*)
UC Berkeley Law School
389 Simon Hall
Berkeley, CA 94720
Telephone: (510) 642-7515
Facsimile: (510) 643-4625
jlynch@law.berkeley.edu

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

*E-filed 3/31/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COUPONS, INC.,

    Plaintiff,

  v.

JOHN STOTTLEMIRE, AND DOES 1-10,

    Defendant.

Case No. 5:07-CV-03457 HRL

**[PROPOSED] ORDER GRANTING ELECTRONIC FRONTIER FOUNDATION'S MOTION TO FILE AMICUS BRIEF**

## **[PROPOSED] ORDER**

Upon consideration of the Motion of the Electronic Frontier Foundation (EFF) for leave to file an *amicus curiae* brief in support of Defendant's Motion to Dismiss, the Court HEREBY GRANTS the Motion, and HEREBY ORDERS the *amicus curiae* brief be FILED in the above-captioned case.

SO ORDERED.

Dated: 3/31, 2008        By: _____
                             Hon. Howard R. Lloyd
                             United States Magistrate Judge

1                                                Case No. 5:07-CV-03457 HRL
[PROPOSED] ORDER GRANTING ELECTRONIC FRONTIER FOUNDATION'S
MOTION TO FILE AMICUS BRIEF