SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
DOMENIC IPPOLITO (*Application for Student Practice Pending*)
HARI O'CONNELL (*Application for Student Practice Pending*)
UC Berkeley Law School
389 Simon Hall
Berkeley, CA  94720
Telephone:  (510) 642-7515
Facsimile:  (510) 643-4625
jlynch@law.berkeley.edu

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

*E-filed 3/31/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN STOTTLEMIRE, AND DOES 1-10,<br><br>　　　　Defendant. | Case No.  5:07-CV-03457 HRL<br><br>**[PROPOSED] ORDER GRANTING AMICUS CURIAE ELECTRONIC FRONTIER FOUNDATION'S MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT** |

**[PROPOSED] ORDER**

Upon consideration of the Motion of the Electronic Frontier Foundation (EFF) for leave to participate in oral argument, the Court HEREBY GRANTS the Motion.

SO ORDERED.

Dated: ___3/31___, 2008　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Hon. Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1   Case No. 5:07-CV-03457 HRL

[PROPOSED] ORDER GRANTING LEAVE FOR AMICUS CURIAE ELECTRONIC FRONTIER
FOUNDATION TO PARTICPIATE IN ORAL ARGUMENT