SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
DOMENIC IPPOLITO (*Application for Student Practice Pending*)
HARI O'CONNELL (*Application for Student Practice Pending*)
UC Berkeley Law School
389 Simon Hall
Berkeley, CA  94720
Telephone:  (510) 642-7515
Facsimile:  (510) 643-4625
jlynch@law.berkeley.edu

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN STOTTLEMIRE, AND DOES 1-10,<br><br>    Defendant. | Case No.  5:07-CV-03457 HRL<br><br>**DECLARATION OF JENNIFER LYNCH IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008** |

I, Jennifer Lynch, declare as follows:

1.  I am a supervising attorney with the Samuelson Law, Technology & Public Policy Clinic ("Clinic") and represent Amicus Curiae Electronic Frontier Foundation (EFF) in this matter.

2.  On March 25, 2008, Amicus Curiae Electronic Frontier Foundation (EFF) filed Motions for Leave to File an Amicus Brief and for Leave to Appear and Participate in Oral Argument in support of Defendant John Stottlemire's Motion to Dismiss.

3.  On March 31, 2008, the Court granted EFF's two motions and ordered the amicus

1                                                    Case No. 5:07-CV-03457 HRL

DECLARATION OF JENNIFER LYNCH IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008

Dockets.Justia.com

brief to be filed.

4. On March 31, 2008, the Court ordered the hearing date on the Motion be continued to May 6, 2008.

5. My colleague Jason Schultz and I, the two supervising attorneys representing EFF in this matter, are both scheduled to attend the Association of American Law School's 2008 Conference on Clinical Legal Education in Tucson, Arizona from May 4-7, 2008 and therefore will not be able to participate in oral argument at a hearing scheduled for May 6, 2008.

6. On April 1, 2008, after reading the Court's Order continuing the hearing date and realizing the conflict, I contacted Plaintiff's counsel and Mr. Stottlemire to determine if they would be amenable to continuing the hearing date to May 13, 2008.

7. On April 1, 2008, Mr. Stottlemire responded via email that he consented to continue the hearing date.

8. On April 2, 2008, Ms. Carley Alameda, counsel with Farella Braun & Martel representing Plaintiff, responded via phone that Coupons would also consent to continue the hearing date to May 13th.

I declare under penalty of perjury under the laws of the State of California that each of the above statements is true and correct. Executed April 2, 2008, in San Francisco, California.


/s/ *Jennifer Lynch*
Jennifer Lynch

DECLARATION OF JENNIFER LYNCH IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008