Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>Defendants. | Case No. 5:07-CV-03457 HRL<br><br>[PROPOSED] ORDER DENYING DEFENDANT JOHN STOTTLEMIRE'S MOTION TO DISMISS<br><br>Date: May 13, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2, 5th floor<br>Judge: Honorable Howard R. Lloyd |

On May 13, 2008 a hearing was held on Defendant John Stottlemire's Motion To Dismiss Coupons' Second Amended Complaint, the Honorable Howard R. Lloyd presiding. Having considered the papers submitted by the parties and by *Amicus Curiae* Electronic Frontier Foundation, in support of and opposition to the Motion, and the argument of the parties and *Amicus Curiae* at the hearing, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss is DENIED.

DATED: _____

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING MOTION TO DISMISS / USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1515751.1

dockets.Justia.com