Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-CV-03457 HRL <br><br> DECLARATION OF PROOF OF SERVICE <br><br> Date: May 13, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 2, 5th Floor <br> Judge: Honorable Howard R. Lloyd |

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On this date I served the within document(s):

**1. COUPONS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION TO DISMISS**

**2. APPENDIX OF NON-FEDERAL AND UNPUBLISHED AUTHORITIES CITED IN COUPON'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION TO DISMISS**

**3. [PROPOSED] ORDER DENYING DEFENDANT JOHN STOTTLEMIRE'S MOTION TO DISMISS**

 **X** **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF PROOF OF SERVICE /
USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1384468.1

Dockets.Justia.com

**X** **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

| | |
|---|---|
| John Allan Stottlemire<br>33103 Lake Garrison Street<br>Fremont, CA  94555<br>Telephone:  614-358-4185<br>E-mail:  jstottl@comcast.net<br>Defendant – *Pro Se* | Jason M. Schultz, Esq.<br>Jennifer A. Lynch, Esq. (jlynch@law.berkeley.edu)<br>Domenic Ippolito<br>Hari O'Connell<br>Samuelson Law, Technology & Public Policy Clinic<br>UC Berkeley Law School<br>389 Simon Hall<br>Berkeley, CA  94720<br>Telephone:  (510) 642-7515<br>Facsimile:  (510) 643-4625<br>Attorneys for *Amicus Curiae*<br>Electronic Frontier Foundation |

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **April 4, 2008**.

              /s/  Lawrence L. Coles
              Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECLARATION OF PROOF OF SERVICE /
USDC/NDC/SJ 5:07-CV-03457 HRL

- 2 -

22675\1384468.1