Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 5:07-CV-03457 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**<br><br>[N.D. ADR Local Rule 5-5] |

　　　　Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby file this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

　　　　WHEREAS, Judge Lloyd referred this action to ENE on February 6, 2008;

　　　　WHEREAS, the deadline for conducting the ENE session is currently May 6, 2008;

　　　　WHEREAS, the ENE session has been scheduled to take place with evaluator Harold J. McElhinny at 10:00 a.m. on May 5, 2008;

　　　　WHEREAS, Defendant Stottlemire's motion to dismiss Plaintiff Coupons' Second Amended Complaint is currently pending, and the hearing date has been continued from April 22, 2008 to May 13, 2008;

　　　　WHEREAS, under the current schedule, the ENE session will take place before the Court has had the opportunity to rule on Defendant Stottlemire's pending motion to dismiss;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1523343.1

Dockets.Justia.com

WHEREAS, the parties have discussed the issue and agree that the ENE session would be most productive if it takes place after Judge Lloyd has ruled on the pending motion to dismiss;

WHEREAS, the parties have agreed that the deadline for conducting the ENE session should be extended to the end of June, so that the parties can draft their ENE statements and participate in the ENE session after the Court has ruled on the pending motion to dismiss;

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to June 30, 2008.

Dated: April 8, 2008    FARELLA BRAUN & MARTEL LLP

By: /s/ Dennis M. Cusack
Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: April 8, 2008

By: /s/ John Stottlemire
John Stottlemire
Defendant, *pro se*

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to June 30, 2008.

DATED: _____

The Honorable Howard R. Lloyd
Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION 5:07-CV-03457 HRL

- 2 -

22675\1523343.1

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**

__X__  **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

John Allan Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
E-mail: jstottl@comcast.net
Defendant – *Pro Se*

__X__  **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

| | |
|---|---|
| John Allan Stottlemire<br>33103 Lake Garrison Street<br>Fremont, CA 94555<br>Defendant – *Pro Se* | Harold J. McElhinny<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

Alice M. Fiel, ADR Case Administrator
U.S. District Court / No. Dist. of California
ADR Program
450 Golden Gate Avenue
San Francisco, CA 94102

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **April 8, 2008**.

  /s/  Lawrence L. Coles
Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION 5:07-CV-03457 HRL

- 3 -

22675\1523343.1