Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

*E-filed 4/10/08*

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-CV-03457 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION** <br><br> [N.D. ADR Local Rule 5-5] |

    Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby file this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

    WHEREAS, Judge Lloyd referred this action to ENE on February 6, 2008;

    WHEREAS, the deadline for conducting the ENE session is currently May 6, 2008;

    WHEREAS, the ENE session has been scheduled to take place with evaluator Harold J. McElhinny at 10:00 a.m. on May 5, 2008;

    WHEREAS, Defendant Stottlemire's motion to dismiss Plaintiff Coupons' Second Amended Complaint is currently pending, and the hearing date has been continued from April 22, 2008 to May 13, 2008;

    WHEREAS, under the current schedule, the ENE session will take place before the Court has had the opportunity to rule on Defendant Stottlemire's pending motion to dismiss;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1523343.1

Dockets.Justia.com

WHEREAS, the parties have discussed the issue and agree that the ENE session would be most productive if it takes place after Judge Lloyd has ruled on the pending motion to dismiss;

WHEREAS, the parties have agreed that the deadline for conducting the ENE session should be extended to the end of June, so that the parties can draft their ENE statements and participate in the ENE session after the Court has ruled on the pending motion to dismiss;

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to June 30, 2008.

Dated: April 8, 2008                    FARELLA BRAUN & MARTEL LLP

By: /s/ Dennis M. Cusack
Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: April 8, 2008

By: /s/ John Stottlemire
John Stottlemire
Defendant, *pro se*

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to June 30, 2008.

DATED: 4/10/08

The Honorable Howard R. Lloyd
Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

- 2 -

22675\1523343.1