| MORRISON | FOERSTER | 425 MARKET STREET<br>SAN FRANCISCO<br>CALIFORNIA 94105-2482<br><br>TELEPHONE: 415.268.7000<br>FACSIMILE: 415.268.7522<br><br>WWW.MOFO.COM | MORRISON & FOERSTER LLP<br><br>NEW YORK, SAN FRANCISCO,<br>LOS ANGELES, PALO ALTO,<br>SAN DIEGO, WASHINGTON, D.C.<br><br>NORTHERN VIRGINIA,<br>ORANGE COUNTY, DENVER,<br>SACRAMENTO, WALNUT CREEK<br><br>TOKYO, LONDON, BEIJING,<br>SHANGHAI, HONG KONG,<br>SINGAPORE, BRUSSELS |
|---|---|---|---|

April 16, 2008

Writer's Direct Contact
415/268-7265
HMcElhinny@mofo.com

**By E-Mail**

Dennis M. Cusack
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
E-Mail: dcusack@fbm.com

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94014
E-Mail: ngoteiner@fbm.com

John Allan Stottlemire
33013 Lake Garrison Street
Fremont, CA 94555
E-Mail: jstottl@comcast.net

Re:    *Coupons, Inc. v. Stottlemire*
       *Case No. C 07-03457 HRL ENE*

Gentlemen:

I have the Court's order continuing the ENE date. The question arises how you would like to handle scheduling.

The first question is my own availability. I will not be in the U.S. from June 13 through the end of the month. If you believe that is the most likely ENE date, please let me know and I will arrange for the appointment of a new evaluator.

sf-2499371

MORRISON | FOERSTER

Dennis M. Cusack
Neil A. Goteiner
John Allan Stottlemire
April 16, 2008
Page Two

If you would like to schedule June 12, and just assume you will have your ruling by that time, we can go ahead and do that. Let me know how you would like to proceed. You can send me your reply by e-mail. Please copy each other.

Yours truly,

Harold J. McElhinny

HJM:vrs
cc: Alice Fiel (Via E-Mail)
     ADR Case Administrator