ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

April 23, 2008

Dennis M. Cusack
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
415-954-4400

John Allan Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
614-358-4185

      Re:   Coupons, Inc. v. Stottlemire
              <u>Case No. C 07-03457 HRL ENE</u>

Dear Mr. Cusack and Mr. Stottlemire:

     The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the ENE. We scheduled this for **Thursday, May 1, 2008 at 2:00 p.m. pacific time.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

     Thank you for your attention to this matter.

                                               Sincerely,

                                               Alice M. Fiel
                                               ADR Case Administrator