Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COUPONS, INC., | Case No. 5:07-CV-03457 HRL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION** |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | |
| Defendants. | [N.D. ADR Local Rule 5-5] |

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby file this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session from May 6, 2008 to June 30, 2008;

WHEREAS, the hearing on the motion to dismiss will take place on May 13, 2008;

WHEREAS, the parties intended to reschedule the ENE session for a date after this Court makes its decision on the motion to dismiss, but before the June 30 deadline;

WHEREAS, the parties were unable to find a mutually acceptable date in June given time constraints of the parties and the availability of the assigned evaluator, Harold McElhinny;

WHEREAS, the parties have tentatively rescheduled the ENE session for July 9, 2008, subject to an Order by this Court extending the ENE deadline;

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION 5:07-CV-03457 HRL

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

22675\1582165.1

Dockets.Justia.com

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to July 18, 2008.

Dated: May 12, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/ Dennis M. Cusack
Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: May 13, 2008

By: /s/ John Stottlemire
John Stottlemire
~~Defendant~~, pro se

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to July 18, 2008.

DATED: 5/13/08

The Honorable Howard R. Lloyd
Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

- 2 -

22675\1582165.1