| | |
|---|---|
| 1 | John A. Stottlemire |
| 2 | 33103 Lake Garrison Street<br>Fremont, CA 94555 |
| 3 | Telephone: (614) 358-4185<br>Email: jstottl@comcast.net |
| 4 | Defendant, *pro se* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COUPONS, INC., a California corporation, )   Case No. 5:07-cv-03457 HRL
)
         Plaintiff, )   **[PROPOSED] ORDER GRANTING**
)   **DEFENDANT'S MOTION TO STRIKE**
         v. )   **PLAINTIFF'S SUPPLEMENTAL**
)   **LETTER BRIEF FOLLOWING**
JOHN STOTTLEMIRE, and DOES 1-10, )   **HEARING ON MOTION TO DISMISS**
)
         Defendant )   Courtroom: 2, 5th Floor
)   Judge: Hon. Howard R. Lloyd

This Court, having read and considered the papers submitted by the Defendant and opposition, if any, and finding good cause exists, GRANTS, the Motion to Strike Plaintiff's Supplemental Letter Brief Following Hearing On Motion To Dismiss filed by Dennis Cusack on May 14, 2008.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                     HOWARD R. LLOYD
                                                                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendant's Motion to Strike Plaintiff's Supplemental Letter Brief
No. 5:07-cv-03457 HRL      - 1 -

Dockets.Justia.com