Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
E-mail:  ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>Defendants. | Case No.  5:07-CV-03457 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**<br><br>[N.D. ADR Local Rule 5-5] |

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session from May 6, 2008 to June 30, 2008, and then extended the deadline again to July 18, 2008;

WHEREAS, the parties scheduled the ENE session for July 9, 2008;

WHEREAS, the parties intended to conduct the ENE session after this Court made its decision on Defendant Stottlemire's motion to dismiss;

WHEREAS, the hearing on the motion to dismiss took place on May 13, 2008, but the Court has not yet ruled;

WHEREAS, the parties continue to agree that the ENE session will be most beneficial if it is held after the Court rules on the pending motion to dismiss;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1625012.1

Dockets.Justia.com

WHEREAS, the appointed evaluator Harold McElhinny has agreed to make himself available for an ENE session on a new date if the parties are able to obtain another extension in order to await the Court's order on the motion to dismiss;

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to August 22, 2008.

Dated: July 1, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/
Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: July 1, 2008

By: /s/
John Stottlemire
Defendant, *pro se*

## **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to August 22, 2008.

DATED: _____

The Honorable Howard R. Lloyd
Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION 5:07-CV-03457 HRL

- 2 -

22675\1625012.1

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**

__X__ **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

__X__ **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

| | |
|---|---|
| John Stottlemire<br>33103 Lake Garrison Street<br>Fremont, CA 94555 | Harold J. McElhinny<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **July 1, 2008**.

/s/
Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

- 3 -

22675\1625012.1