Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

*E-filed 07/02/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>JOHN STOTTLEMIRE, and DOES 1-10, <br><br>　　　　　　Defendants. | Case No. 5:07-CV-03457 HRL <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION** <br><br>[N.D. ADR Local Rule 5-5] |

　　　　Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

　　　　WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session from May 6, 2008 to June 30, 2008, and then extended the deadline again to July 18, 2008;

　　　　WHEREAS, the parties scheduled the ENE session for July 9, 2008;

　　　　WHEREAS, the parties intended to conduct the ENE session after this Court made its decision on Defendant Stottlemire's motion to dismiss;

　　　　WHEREAS, the hearing on the motion to dismiss took place on May 13, 2008, but the Court has not yet ruled;

　　　　WHEREAS, the parties continue to agree that the ENE session will be most beneficial if it is held after the Court rules on the pending motion to dismiss;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1625012.1

Dockets.Justia.com

WHEREAS, the appointed evaluator Harold McElhinny has agreed to make himself available for an ENE session on a new date if the parties are able to obtain another extension in order to await the Court's order on the motion to dismiss;

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to August 22, 2008.

Dated: July 1, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/
Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: July 1, 2008

By: /s/
John Stottlemire
Defendant, *pro se*

## **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to August 22, 2008.

DATED: July 2, 2008

The Honorable Howard R. Lloyd
Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION 5:07-CV-03457 HRL

- 2 -

22675\1625012.1

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Carly O Alameda calameda@fbm.com, lcoles@fbm.com
Dennis M. Cusack dcusack@fbm.com, adugan@fbm.com, calendar@fbm.com, lwarren@fbm.com
Neil A. Goteiner ngoteiner@fbm.com, calendar@fbm.com, karentsen@fbm.com
Jennifer Ann Lynch jlynch@law.berkeley.edu
John Allan Stottlemire jstottl@comcast.net

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date: 07/02/08          MPK
                        Chambers of Magistrate Judge Howard R. Lloyd