| | |
|---|---|
| Neil A. Goteiner (State Bar No. 083524)<br>Dennis M. Cusack (State Bar No. 124988)<br>Carly O. Alameda (State Bar No. 244424)<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>E-mail: ngoteiner@fbm.com, dcusack@fbm.com,<br>calameda@fbm.com | *e-filed 7/18/08* |

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>            Defendants. | Case No. 5:07-CV-03457 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE** |

      Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this stipulation to vacate the pre-trial and trial dates set forth in the Case Management Conference Scheduling Order filed February 6, 2008, and request a further Case Management Conference to reset those dates.

      WHEREAS, the parties previously submitted a Case Management Statement, and participated in a Case Management Conference on February 5, 2008, setting forth pre-trial and trial dates;

      WHEREAS, on February 6, 2008 this Court issued a Case Management Conference Scheduling Order setting forth various pre-trial and trial dates;

      WHEREAS, Defendant subsequently filed a motion to dismiss Plaintiff's Second Amended Complaint on February 26, 2008;

      WHEREAS, this Court entered an Order on Defendant's motion to dismiss on July 2,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES 5:07-CV-03457 HRL

22675\1637773.1

Dockets.Justia.com

| | |
|---|---|
| 1 | 2008, denying Defendant's motion in part, and granting it in part, and granting Plaintiff leave to |
| 2 | amend its complaint by July 22, 2008; |

WHEREAS, the Fact Discovery Cutoff date is set at August 19, 2008, and the parties have not yet engaged in any discovery;

WHEREAS, the parties plan to engage in discovery, but have continued to postpone engaging in discovery until it is clear which claims will proceed in the case;

WHEREAS, the parties would like to vacate the current dates and set new dates in light of the circumstances of the motion to dismiss and current leave to amend, and the approaching discovery cutoff dates;

IT IS HEREBY STIPULATED by and between the parties hereto that the pre-trial and trial dates set forth in the Case Management Conference Scheduling Order will be vacated, and a further Case Management Conference will be set during which the parties will propose a new schedule of dates.

Dated: July 17, 2008                                  FARELLA BRAUN & MARTEL LLP


By: /s/
Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: July 17, 2008


By: /s/
John Stottlemire
Defendant, *pro se*

## **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that the pre-trial and trial dates set forth in the Case Management Conference Scheduling Order are hereby vacated, and a further Case Management Conference is set for __9/23/08__

DATED: 7/18/08

The Honorable Howard R. Lloyd