**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

July 25, 2008

Writer's Direct Contact
415.268.7265
HMcElhinny@mofo.com

**Via E-Mail**

Dennis M. Cusack
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
E-Mail: dcusack@fbm.com

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94014
E-Mail: ngoteiner@fbm.com

John Allan Stottlemire
33013 Lake Garrison Street
Fremont, CA 94555
E-Mail: jstottl@comcast.net

Re: *Coupons, Inc. v. Stottlemire*
Case No. C 07-03457 HRL ENE

Gentlemen:

In our phone call today, I set Monday, September 8th as the date for our ENE session. The session will be held at the following location:

Morrison & Foerster LLP
425 Market Street, 33rd Floor
San Francisco, CA 94105

It will begin at 10:00 a.m. Please be prepared to spend the entire day if necessary.

The parties' ENE statements should be in my possession no later than close of business on Tuesday, September 2, 2008.

As I told you on the phone, I have chosen this date because of my other commitments. I will be in trial in Washington D.C. between August 2 and

sf-2551470

August 23. I realize that this new date will require another order from Judge Lloyd. I apologize for this extra inconvenience.

Yours truly,

Harold J. McElhinny

cc: Alice Fiel (Via e-Mail)