| | |
|---|---|
| 1 | Neil A. Goteiner (State Bar No. 083524) |
| 2 | Dennis M. Cusack (State Bar No. 124988)<br>Carly O. Alameda (State Bar No. 244424) |
| 3 | Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA  94104<br>Telephone:  (415) 954-4400 |
| 5 | Facsimile:  (415) 954-4480<br>E-mail:  ngoteiner@fbm.com, dcusack@fbm.com, |
| 6 | calameda@fbm.com |
| 7 | Attorneys for Plaintiff<br>COUPONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>           Defendants. | Case No.  5:07-CV-03457 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**<br><br>[N.D. ADR Local Rule 5-5] |

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE ) session.

WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session from May 6, 2008 to June 30, 2008, then to July 18, 2008, and then to August 22, 2008;

WHEREAS, the prior extensions were sought in order to accommodate the briefing schedule and to await the decision on the motion to dismiss;

WHEREAS, the parties participated in a phone call with appointed evaluator Harold McElhinny on July 25, 2008 in order to schedule the ENE session;

WHEREAS, Mr. McElhinny informed the parties he would be out of the state at trial from August 2 to August 23;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1697711.1

dockets.Justia.com

WHEREAS, the parties and Mr. McElhinny mutually agreed to conduct the ENE session on September 8, pending an order from the Court extending the ENE deadline;

WHEREAS, Mr. Stottlemire subsequently requested, and Coupons has agreed, to postpone the ENE by at least a week to accommodate Mr. Stottlemire's schedule; and

WHEREAS, the parties will confer with Mr. McElhinney to set a mutually convenient time for the ENE.

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to October 31, 2008.

Dated: August 20, 2008          FARELLA BRAUN & MARTEL LLP


By: /s/_____
    Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: August 20, 2008


By: /s/_____
    John Stottlemire
    Defendant, *pro se*

### ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to October 31, 2008.

DATED: 8/25/08  _____
                The Honorable Howard R. Lloyd
                Magistrate Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400