*Coupons, Inc. v. John Stottlemire, et al.*
Case No. 5:07-cv-3457 HRL

COUPONS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

# EXHIBIT A



Who We Are | Business Solutions | Affiliate Program | Privacy Policy



| coupons | recipes |

Register | Sign In

**Coupon Carrier**

MONEY SAVED　　$0.00

COUPONS CLIPPED　　0

**Free Coupons**
Print coupons and save!

"Enter your ZIP Code for even more coupons in your area"　　94104

◀ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ▶



**NEXT PAGE >>**

**VIEW BY CATEGORY**
- Show All (104)
- Household (9)
- Foods (54)
- Personal Care (18)
+ Local Coupons (4)
- Entertainment (3)
- Health Care (11)
- Pet Care (3)
- Beverages (1)
- Photography (1)

**TOP BRANDS**
- Betty Crocker (3)
- Foster Farms (3)
- Green Giant (3)
- Neutrogena (8)
- Pillsbury (7)
- Yoplait (4)



$1
**SAVE $1.00**
**Quilted Northern**
On one (1) 6-Double Roll or larger pack of Quilted Northern Ultra Plush™ Bath Tissue



$1
**SAVE $1.00**
**Quilted Northern**
On one (1) 12-Double Roll or larger pack of Quilted Northern Ultra Plush™ Bath Tissue



$1.75
**Save $1.75**
**Bertolli**
On any one (1) Bertolli Oven Bake Meals™

$1.00
**Save $1.00**
**Foster Farms**
...e of two (2) Foster Farms Deli Tub Lunchmeats

Sorry! The offers shown in this print-out are not valid coupons and will not be redeemable in stores.

**To print coupons:**

- Select the coupons you want by clicking "CLIP"

- Press "PRINT NOW" at the bottom of the page

- Redeemable coupons will automatically be sent to your printer

$1
**SAVE $1.00**
**Green Giant**
when you buy ONE any variety Green Giant® Fresh Steamers™ frozen vegetables

$1
**Save $1.00**
**Foster Farms**
...e of two (2) Foster Farms Deli Variety Pack Lunchmeats



35¢
**SAVE 35¢**
**Crescent**
when you buy any Pillsbury Crescent Dinner Rolls

55¢
**55¢ OFF**
**C&H**
any two C&H® Sugar ...or larger



50¢
**SAVE $.50 ON SIX**
**Yoplait**
Yoplait® Yogurt cups (Includes Original, Light, Thick & Creamy, OR Whips!®) OR any flavor Yopl...

55¢
**SAVE $.55 ON TWO**
**Progresso**
when you buy TWO any flavor Progresso® Soups

*Coupons, Inc. v. John Stottlemire, et al.*
Case No. 5:07-cv-3457 HRL

COUPONS' MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION FOR
SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

# EXHIBIT B

# Coupons.com



MANUFACTURER'S COUPON  Expires 12/2/2008

**SAVE $1.00** On one (1) 6-Double Roll or larger pack of Quilted Northern Ultra Plush™ Bath Tissue

0805 8644 5079 0797

RETAILER: Mail to: Georgia-Pacific Consumer Products LP, CMS, Dept. 30400, 1 Fawcett Drive, Del Rio, TX 78840 to signify your compliance with our Coupon Redemption Policy and to be reimbursed for the face value, plus 8¢ handling. Good only in the USA. Cash value .001¢. ©2008 Georgia Pacific-Consumer Products LP. All rights reserved. Quilted Northern, Q design, Wavy Diamond design, Double Hearts and Tulips emboss and the Georgia-Pacific Logo are trademarks owned by or licensed to Georgia-Pacific Consumer Products LP.
CONSUMER: Redeemable only by purchasing the specific brand and size. Void if reproduced, purchased, transferred or where prohibited, taxed or restricted by law. Any other use constitutes fraud. Consumer pays sales tax. LIMIT ONE COUPON PER ITEM PURCHASED.

RETAILER: Authenticate at www.veri-fi.com. Do not accept without a dot-scan barcode below the expiration date.  100308 059
0042000-050968

5 42000 20076 4



**TRY *NEW* 3-PLY QUILTED NORTHERN ULTRA PLUSH™!**

The only 3-layered bathroom tissue with Plush Quilts ®. It has two layers of softness plus an additonal layer for a luxurious experience you can see and feel.

**TAKE THE PLUSH COMFORT CHALLENGE**
If you don't see and feel softness, get your money back*!

**WWW.QUILTEDNORTHERN.COM**

*For offer details go to www.quiltednorthern.com

http://www.coupons.com