John A. Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOTTLEMIRE<br><br>Defendant | Case No. 5:07-cv-03457 HRL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JOHN STOTTLEMIRE'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE ANSWER TO THE THIRD AMENDED COMPLAINT** |

The court has considered the motion and opposition, if any, and finding good cause exists, the court GRANTS the administrative motion to extend time to file an answer to the Third Amended Complaint. The court orders that defendant has until January 31, 2009 to file an answer to the Third Amended Complaint.

Hon. Howard R. Lloyd
Magistrate Judge

Presented By:

_____/s/_____
John Stottlemire
Defendant, *pro se*

[PROPOSED] Order Granting Defendant John Stottlemire's Administrative Motion to Extend Time to file Answer to the Third Amended Complaint
No. 5:07-cv-03457 HRL

- 1 -

Dockets.Justia.com