

**FARELLA BRAUN + MARTEL** LLP

Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

**CARLY O. ALAMEDA**
calameda@fbm.com
D 415.954.4981

November 14, 2008

*Via E-file*

Honorable Howard R. Lloyd
Northern District of California
280 South First Street
San Jose, CA 95113

      Re:    *Coupons, Inc. v. Stottlemire*; Case No. 5:07-cv-03457
             Memorandum of Settlement

Dear Judge Lloyd:

      I wanted to inform you that the parties participated in a successful Early Neutral
Evaluation session yesterday with Harold McElhinny.  Coupons and Mr. Stottlemire have signed
a Memorandum of Settlement.  The parties plan to execute a more detailed settlement agreement
shortly.  Thank you.

                          Very truly yours,

                          Carly O. Alameda

cc:    John Stottlemire (via e-file and U.S. Mail)

22675\1765539.1