FILED
NOV 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Coupons, Inc., | No. C 07-03457 HRL ENE
Plaintiff(s), | **Certification of ADR Session**
v.
Stottlemire,
Defendant(s).

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) Nov. 13, 2008

2. Did the case settle?  ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: Nov. 13, 2008

Evaluator, Harold J. McElhinny
Morrison & Foerster
425 Market St.
San Francisco, CA 94105

**Certification of ADR Session**
07-03457 HRL ENE