Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-CV-03457 HRL <br><br> **[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SET STATUS CONFERENCE** <br><br> Judge: Honorable Howard R. Lloyd |

The Court has considered Defendant's Motion for Administrative Relief Pursuant to Civil L.R. 7-11 Requesting That The Court Set a Status Conference For December 16, 2008 or as Soon Thereafter as Possible, and Coupons' Opposition to Defendant's Motion. Finding that a status conference is unnecessary at this time, the Motion is DENIED.

IT IS HEREBY ORDERED that Defendant's Motion for Administrative Relief Pursuant to Civil L.R. 7-11 Requesting That The Court Set a Status Conference For December 16, 2008 is DENIED.

DATED: _____

                                                  Hon. Howard R. Lloyd
                                                  United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING DEFENDANT'S
ADMINISTRATIVE MOTION TO SET STATUS
CONFERENCE / USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1773684.1

Dockets.Justia.com