John A. Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: johna@stottlemire.com
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN STOTTLEMIRE<br><br>　　　　　Defendant. | Case No. 5:07-CV-03457 HRL<br><br>**DEFENDANT'S NOTICE OF CHANGE OF ADDRESS PURSUANT TO CIVIL LOCAL RULE 3-11(a)**<br><br>Courtroom:　2, 5th Floor<br>Judge:　　　Hon. Howard R. Lloyd |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on November 28, 2008 Defendant Stottlemire ("Stottlemire") and his family will be moving to North Carolina. Until Stottlemire is able to find permanent housing, Stottlemire will reside in temporary housing and will be unable to accept delivery of U.S. Mail. However, pursuant to Civil Local Rule 5-5(b) Stottlemire will continue to accept service of all pleadings and papers through the Court's ECF system. Pleadings and papers not subject to filing through the Court's ECF system should be served electronically on Stottlemire at Stottlemire's new email address: johna@stottlemire.com. Stottlemire has already made changes to the Court's ECF system to reflect the change in email address. Stottlemire will promptly notice this Court and all Parties once permanent housing is obtained and Stottlemire has a mailing address.

Dated: November 26, 2008　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John Stottlemire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant, *pro se*

Defendant's Notice of Change of Address Pursuant to Civil Local Rule 3-11(b)
5:07-CV-03457 HRL