* E-filed 12/01/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>JOHN STOTTLEMIRE, <br><br>　　　　Defendant. <br>_____/ | Case No. CV 07-03457 HRL <br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT** <br><br>Re: Docket Nos. 108, 112 |

*Pro se* defendant requests an extended deadline of January 31, 2009 to file his answer. Due to unforeseen circumstances, defendant will be moving and searching for housing during the months of December, 2008 and January, 2009. Plaintiff opposes the motion in part, agreeing that some additional time should be given, and proposing December 15, 2008 as a reasonable due date. In light of defendant's *pro se* status, and for good cause shown, the court now GRANTS defendant's motion. His answer shall be filed on or before January 31, 2009.

Defendant also requests that the court set a status conference for December 16, 2008, to discuss the recent failure of the parties settlement agreement. Plaintiff opposes the request as unnecessary at this time. The court DENIES defendant's request for a status conference. However, because the case management schedule has been vacated, the court now sets a case management conference for February 17, 2009 at 1:30 pm in Courtroom 2, fifth floor, San Jose

District Court. The parties' shall file a joint case management statement not later than February 10, 2009.

**IT IS SO ORDERED.**

Dated:12/01/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT VIA ECF.

Counsel are responsible for providing copies of this order to co-counsel.

Dated: 12/01/08

/s/ mpk
Chambers of Magistrate Judge Lloyd