Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>Defendants. | Case No. 5:07-CV-03457 HRL<br><br>**NOTICE OF MOTION AND MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, and CIVIL L.R. 7.**<br><br>Date: January 27, 2009<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: Honorable Howard R. Lloyd |

TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:

NOTICE IS HEREBY GIVEN that on January 27, 2009, at 10:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, California, 95113, in the courtroom of the Honorable Howard R. Lloyd, Plaintiff will and hereby does move this Court to direct the parties to return to Early Neutral Evaluation pursuant to ADR Local Rule 5-2 and Civil Local Rule 7.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declarations and accompanying exhibits of Neil Goteiner and

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF MOTION AND MOTION TO DIRECT THE PARTIES TO RETURN TO ENE -- USDC/NDC/SJ 5:07-CV-03457 HRL

- 1 -

22675\1782761.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Dennis Cusack, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Pursuant to Local Rule 7-1(b), Plaintiff Coupons, Inc. requests that this motion be determined without oral argument.

Dated: December 5, 2008                    FARELLA BRAUN & MARTEL LLP


By:  /s/
     ―――――――――――――――――
     Neil A. Goteiner

Attorneys for Plaintiff
COUPONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**NOTICE OF MOTION AND MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, and CIVIL L.R. 7.**

  **X**   **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

Harold J. McElhinny
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **December 5, 2008**.

_/s/_____
Lawrence L. Coles