# EXHIBIT  A

## TO

## DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF COUPONS' MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ENE RULE 5-2, AND CIVIL L.R. 7



# John A Stottlemire

**Phone: (510) 996-1111**

| Congratulations Jimmy Johnson, Hendrick Motorsports and the entire Lowe's Racing Team |

| I am looking for a JOB in the TRIAD. Please, let me know if you would like to see my resume. |

## Coupons, Inc. dismisses with prejudice

Posted At : November 19, 2008 2:41 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc v. Stottlemire

As long as Coupons, Inc. complies with the confidential settlement agreement, the action against me will be dismissed with prejudice. Dismissal with prejudice means that Coupons, Inc. will be unable to file this action again.

The letter Coupons, Inc. sent the Court to confirm the above can be viewed here: Link (PDF)

💬 Comments (2) | ✉ Send | del.icio.us | Digg it! | Linking Blogs | 130 Views

Comments (Comment Moderation is enabled. Your comment will not appear until approved.)

**[Add Comment]**

Good Job John, strike one for the good guys! Thanks for taking this to the floor!

# Posted By Kent | 11/21/08 10:54 AM

Congrats John! Great job!

# Posted By Barry | 11/21/08 5:32 PM

**[Add Comment]**

---

**BLOG CHAT**



John Stottlemire
Currently ONLINE

This is a private chat viewable only by the two of us.

Nickn... ⌄ | [Send]

**RECENT ENTRIES**

Coupons, Inc. dismisses with prejudice

Order on Motion to Dismiss

Reply to Opposition

Opposition to Motions

Motion To Dismiss Third Amended Complaint

**NAVIGATION**

Home
About Me
Recent Came From
Recent Pages Viewed

**ARCHIVES BY SUBJECT**

Coupons, Inc (9) [RSS]
Coupons, Inc v. Stottlemire (47) [RSS]
Coupons, Inc., The DMCA and Me (2) [RSS]
Uninstalling Coupon Printer (2) [RSS]

**CALENDAR**

<< November 2008 >>

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     | 1   |
| 2   | 3   | 4   | 5   | 6   | 7   | 8   |
| 9   | 10  | 11  | 12  | 13  | 14  | 15  |
| 16  | 17  | 18  | 19  | 20  | 21  | 22  |
| 23  | 24  | 25  | 26  | 27  | 28  | 29  |
| 30  |     |     |     |     |     |     |

## LINKS

**John's Blog**

My Favorite Charities
**The Jeff Gordon Foundation**
**The Jimmy Johnson Foundation**
**The Hendrick Foundation**

## SEARCH

( Search )

## RSS

[RSS] [FEED]

## RECENT COMMENTS

**Coupons, Inc. dismisses with prejudice**
Barry said: Congrats John! Great job! [More]

**Coupons, Inc. dismisses with prejudice**
Kent said: Good job John, strike one for the good guys! Thanks for taking this to the floor! [More]

**A request for comments from readers of this blog**
Tina said: I think it is obvious that Coupons Inc. has lied. I don't see how the courts would not be able to se... [More]

**My Rant Against the EFF**
Mike said: I came upon your site while Googling to find information about this coupon "software". I ... [More]

**A request for comments from readers of this blog**
Brian said: John, Having read the posted description of the claims coupon inc. is making I cant see how som... [More]

All material on the www.tenbucks.net site is protected by U.S. and international copyrights. Personal use of material is permitted for research and/or information purpose only. No part of any material posted on www.tenbucks.net may be copied, modified, downloaded, or redistributed for any other purpose without the expressed written permission of John A Stottlemire.
©2007 - 2008 John A Stottlemire

# FARELLA BRAUN + MARTEL LLP

Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

**CARLY O. ALAMEDA**
calameda@fbm.com
D 415.954.4981

T 415.954.4400 / F 415.954.4480
www.fbm.com

November 14, 2008

*Via E-file*

Honorable Howard R. Lloyd
Northern District of California
280 South First Street
San Jose, CA 95113

      Re:    *Coupons, Inc. v. Stottlemire*; Case No. 5:07-cv-03457
             Memorandum of Settlement

Dear Judge Lloyd:

    I wanted to inform you that the parties participated in a successful Early Neutral Evaluation session yesterday with Harold McElhinny. Coupons and Mr. Stottlemire have signed a Memorandum of Settlement. The parties plan to execute a more detailed settlement agreement shortly. Thank you.

                Very truly yours,

                Carly O. Alameda

cc:    John Stottlemire (via e-file and U.S. Mail)

22675\1765539.1

**EXHIBIT B**

**TO**

**DECLARATION OF NEIL A. GOTEINER IN
SUPPORT OF COUPONS' MOTION TO DIRECT
THE PARTIES TO RETURN TO EARLY
NEUTRAL EVALUATION PURSUANT TO ENE
RULE 5-2, AND CIVIL L.R. 7**

# Harvard Journal of Law & Technology

**An online companion to the Harvard Journal of Law & Technology**

**About Digest**

**Latest Posts**

- London-Sire Records v. Does 1-4
- Coupons, Inc. v. Stottlemire
- FTC v. CyberSpy Software
- United States v. Drew
- Unlawful Internet Gambling Enforcement Act
- Winter v. Natural Resources Defense Council, Inc.
- Update: Warner Bros. v. RDR Books
- E.S.S. Entm't 2000, Inc., v. Rock Star Videos, Inc.
- Introducing: Digest Comments
- Digest Comment - The Great Firewall Down Under

**Posts by Topic**

- 10th Circuit Decisions
- 11th Circuit Decisions
- 1st Circuit Decisions
- 2nd Circuit Decisions
- 3rd Circuit Decisions
- 5th Circuit Decisions
- 6th Circuit Decisions
- 7th Circuit Decisions
- 8th Circuit Decisions
- 9th Circuit Decisions
- Agency Rulemaking
- Bioethics
- Communications Decency Act
- Computer Fraud and Abuse Act
- Copyright
  - Digital Millennium Copyright Act
  - Fair Use
- Digest Comment
- District Courts
- Electronic Communications Privacy Act
  - Stored Communications Act
- Employment
- Entertainment
- Environment
- Federal Circuit Decisions
- Federal Communications Commission
- First Amendment
- Flash Digest
- FOIA
- Fourth Amendment
- Hacking
- International Decisions
- International Regulation
- Internet
- Legislation
- Patent
- Peer-to-Peer
- Privacy
- Software
  - Software Licenses

- <u>Spam</u>
- <u>Sports Law</u>
- <u>State Courts</u>
- <u>Supreme Court</u>
- <u>Telecommunications</u>
  - <u>Broadcast</u>
- <u>Trademark</u>
- <u>Uncategorized</u>

## Search

Go!

## Archives

- <u>November 2008</u>
- <u>October 2008</u>
- <u>September 2008</u>
- <u>August 2008</u>
- <u>July 2008</u>
- <u>June 2008</u>
- <u>May 2008</u>
- <u>March 2008</u>
- <u>February 2008</u>
- <u>January 2008</u>
- <u>December 2007</u>
- <u>November 2007</u>
- <u>September 2007</u>
- <u>August 2007</u>
- <u>July 2007</u>

<u>Login</u>

**Posted on Friday, November 28, 2008 at 3:56 pm by <u>Christina Hayes</u>**

## <u>Coupons, Inc. v. Stottlemire</u>

**Alleged "Coupon Hacker" and Coupons, Inc. Settle DMCA Suit [UPDATED]**

By Chris Kulawik — Edited by Jon Choate

Coupons, Inc. v. Stottlemire
N.D. Cal., No. CV 07-03457 HRL
<u>Court Documents</u> (hosted by <u>Justia</u>)

Last week, Coupons, Inc. ("Coupons"), <u>settled</u> its DMCA suit against John Stottlemire, who had defended himself *pro se*. The parties have not fully disclosed the details of the settlement, but Stottlemire indicates that the case was dismissed with prejudice. The agreement follows a year's worth of litigation in the United States District Court for the Northern District of California.

**Note:**
Since the writing of this post, Coupons, claiming that Stottlemire breached material terms of the parties' settlement agreement, has <u>resumed litigation</u>. Stottlemire, in a <u>motion filed with the court</u>, claims that Coupons is mistaken in its belief that he has breached the confidentiality term of the settlement.

In July, 2007, Coupons filed suit against Stottlemire alleging in its <u>complaint</u> that his <u>online posting</u> constituted a violation of the anti-circumvention provisions of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §1201, and related California state laws. The posting had detailed a "hack" that allowed Coupons patrons to avoid imposed maximums and print multiple coupons with unique and functioning serial codes. Coupons claimed that the dissemination of the hack effectively "offered to the public" a technology "primarily designed for the purpose of circumventing technological measures that effectively control access to Plaintiff's works."

Stottlemire denied the allegation and sought to dismiss on the grounds that his posting did not qualify as the "hacking" or circumvention of certain protection made illegal under the DMCA. He argued instead that this technique merely exploited Coupons's faulty and limited software. <u>Ars Technica</u> reports Stottlemire as stating, "There are big problems when you are not allowed to delete files off of your computer."

The Electronic Frontier Foundation ("EFF"), which joined the Berkeley School of Law's Samuelson Law, Technology and Policy Clinic in filing an amicus brief in support of Stottlemire, discussed its position on the legal issues in the case on <u>its blog</u> after the Court dismissed

several of Coupons's claims in July:

Coupons claimed that Stottlemire's tool circumvents technological measures that limit *use* of its coupons (a "rights-control" claim), but also tried to allege that the tool circumvents measures that limit *access* to those coupons (an "access-control" claim). The problem is that the tool doesn't have anything to do with access ¾ anyone can *access* the coupons whether they use the original software or the modified software.

This isn't just an academic issue. While the DMCA prohibits the distribution of tools that circumvent rights *or* access controls, it prohibits actual circumvention (e.g., through use of such tools) only in the case of access controls. This is because controlling *use* of copyrighted material is already addressed by copyright law, and addressing it again in the DMCA would upset the careful balance between the rights of copyright owners and those of the public.

Speaking to Wired, Stottlemire celebrated the settlement:

Without being represented by an attorney, I defended myself in federal court against a company who solicited the services of two separate law firms. And in my opinion, I kicked their ass. By refusing to succumb to their bullying tactics, I continued to assert my innocence and fought the claims Coupons Inc. filed against me.

**RELATED ENTRIES: Copyright, Digital Millennium Copyright Act, District Courts**                    ▭ **Email This Post**

Harvard Journal of Law & Technology          Powered by **WordPress**

[ ] [SEARCH BLOG] [FLAG BLOG] Next Blog»           Create Blog | Sign In

[ Search ]

Google™ Custom Search

# Technology

**Free Coupon Downloads**
Download Promise SuperShots Coupons Now. Your Heart
Will Thank You!
www.PromiseHealthyHeart.com

**Online Coupon Codes**
Save now @ 3200+ Brand Name Stores Over 20000
Codes: CouponAlbum
www.CouponAlbum.com

**Free Grocery Coupons**
Free Coupons for 1,000s top brands! Save money free
printable coupons.
www.ShopAtHome.com

**Grocery Coupons for Free**
Would you like to get 3 months of grocery coupons for
free?
www.ThePollMaster.com

Ⅵ Ⅵ

**Sunday, November 23, 2008**

## Coupon Hacker Defeats DMCA Suit

By David Kravets



A California online coupon generating company is dropping its Digital Millennium Copyright Act lawsuit against a man sued for posting commands allowing users to print an unlimited number of valid coupons.

John Stottlemire was sued last year after posting the commands

### Blog Archive

▼ 2008 (811)

  ▼ November (71)

  Teenagers learn important social technical skills...

  10 Must Have Tools for Communicating with Clients

  Is white listing going mainstream

  Coupon Hacker Defeats DMCA Su

  Obama's cell phone records brea

  Kernel vulnerability found in Vist

  Microsoft Yanks Fake Security Software

  Microsoft modifies Zune subscrip model

  IE8 slips into 2009 - good or bad news?

  Editor's Note: Linux Should Copy Amiga

  SimplyMEPIS: The best desktop Linux you haven't tr...

  Facebook Etiquette: Five Dos an Don'ts

  How to Make the Best Torrents

  Google Powered BitTorrent Seacl Engines

  Verizon Wireless bets on Storm f holiday season

  SnapTell: Instant Product Looku From The iPhone. ...

  Samsung Starts Mass Production 256GB SSDs

  In a fit of irony, iPhone pirating gets pirate...

  Apple Pins Its Hopes on Gaming

  Mac OS X Snow Leopard (10.6) I in Q1 2009

  Chinese pirates crack Blu-ray DR sell pirated HD...

to his tenbucks.net and other websites. He was accused of posting code and instructions allowing shoppers to circumvent copy protection on downloadable, printable coupons from Colgate, General Foods and others for everything from cereal to soap.

Mountain View, Calif.-based Coupons Inc. argued Stottlemire was no different from cracks like "DVD Jon" Johansen's program, DeCSS, which allowed the duplication of encrypted DVDs.

"Without being represented by an attorney, I defended myself in federal court against a company who solicited the services of two separate law firms," Stottlemire said. "And in my opinion, I kicked their ass. By refusing to succumb to their bullying tactics, I continued to assert my innocence and fought the claims Coupons Inc. filed against me. "

The 43-year-old Fremont, Calif., man insisted he did not circumvent any technology and instead found a weakness in Coupons Inc.'s software. Removing the key to the software's program limiting coupon production allowed users to acquire an unlimited number of coupons with unique, functioning serial codes.

Coupons Inc. declined comment. Terms of the dismissal were not made public. They do not require Stottlemire to remove the workaround, which is still published here.

Despite the settlement, the legal question at issue remains unsettled – whether Stottlemire's actions were unlawful under the DMCA. The 10-year-old law prohibits circumventing technology to work around measures to prevent the duplication of what Coupons Inc. claimed were copyrighted materials.

The question may be a moot point, at least for now. Coupons Inc. has countered Stottlemire's workaround, which no longer works.

*Photo*: JasonJT's Photostream

Original here

Posted by Max at 6:06 AM

Internet Explorer 8 Beta 2: Previ and Screenshot...

iPhone applications for the Linux

Ad watchdog slaps cellphone, popcorn vid maker on ...

Escape Clock Lets You Escape Yc Wake-Up Call

TiVo Delivers Domino's

New MacBooks Have HDCP, Give iTunes Purchases Les...

Developer strikes it rich with iPh game

New Visa Card Features Keypad, Generates Random Se...

Bug Labs creates open source Le for software eng...

Expect Obama to move fast on F transformation

Hacker Takes Over Torrentz, Sor Of...

EXCLUSIVE: Cyber-Hackers Brea Into IMF Computer S...

Top 5 Favorite Bookmarklets

Colombia tests OLPC laptops... running Windows XP

Take this Linux: Windows Boot Sequence Visualized

The Pirate Bay Sees Traffic and F Surge

Toyota Claims Ownership of Fan Wallpapers

USB 3.0 to Deliver a Tenfold Spe Increase

RED's Digital Still and Motion Cai System now o...

iPods rock the Space Shuttle

Google's voice search: Why on iPhone, not Android?...

Wannabe Bond Villains' Last Line Defense

Inside Windows 7's new desktop

TimeVault simplifies data backup Ubuntu users

Internetting every thing, everyw all the time...

Outrage over 'chastity belt' linge fitted with ...

How Much Ink Is Left in That Dei Cartridge?

40 Beautiful Free Icon Sets

Report: Apple's Jobs Gives iPhon Customers What T...

New iPhone App Measures Your ( Environmental I...

0 comments:

Post a Comment

Newer Post                    Home                    Older Post

Subscribe to: Post Comments (Atom)

Hacking Google: Turning a Searc
Engine into an MP...

Windows 7: Microsoft's Linux kill

ISP Disconnects Customers with
Open WiFi

MakeUseOf.com : Hacked or Dor
Expired?

High-definition TV in three
dimensions – and no gl...

Intel's New Green Processor Offe
$2 Billion In E...

Samsung's T*Omnia: all that anc
double the i900 Om...

Espionage Brings "Tricksy" Folde
Encryption to OS...

The Pirate Bay Tops 20 Million Pe

Google turns on OCR for scannec
PDFs

Twitterers Stage Mock Martian
Invasion a la 'War o...

Sixteen Great Twitter Moments

London's new bomb-proof trash
will survive th...

Elgan: Why netbooks will soon c
$99

7 Top Tips and Resources for Go
Chrome

Futurama's Anti-Piracy Message,
Do It

Double the viewers, double the T

Microsoft parks "I'm a PC" recorc
booth outside...

Apple fanboys vs. Microsofties: /
scientist's verd...

FireWire-to-USB: MacBook
Redeemer?

► October (185)
► September (238)
► August (238)
► July (79)

## Useful

Forum posting service

**Free Grocery Coupons**
Free Coupons for 1,000s top brands!
Save money free printable coupons.
www.ShopAtHome.com


**Free Grocery Coupons**
Hundreds of Free Coupons from Top
Brands U Love. Start Saving $ Now!
www.EverSave.com







Colocation and
network services
provided by
ServerCentral

servercentral



In-depth Intel whitepapers

Securit

 Search     GO 

# Coupons, Inc. drops DMCA lawsuit against coupon hacker

By Jacqui Cheng | Published: November 21, 2008 - 11:45AM CT

A copyright lawsuit against a man who posted instructions on how to print unlimited copies of coupons has been dropped. The defendant, John Stottlemire, posted to his website this week that he had reached a settlement with Coupons, Inc. after a year-long legal battle over the digital coupons, and that Coupons would not be able to file another similar action against him.

In late 2007, Stottlemire posted instructions to tenbucks.net detailing how to perform a number of registry key modifications under Windows that would allow users to print unlimited online coupons offered by couponsinc.com. Without the "hack," users are technologically limited to printing only one coupon apiece.

Coupons, Inc. was unimpressed by Stottlemire's postings and filed a lawsuit against him, alleging that he violated the Digital Millennium Copyright Act by instructing users on how to circumvent the company's copy-protection scheme. Coupons even went so far as to compare Stottlemire to the infamous DVD Jon and his never-ending DRM-cracking efforts.



Stottlemire argued, however, that there was no hacking to be had, and that he only found a weakness in Coupons' own software. "I honestly think there are big problems when you are not allowed to delete files off of your computer," he said at the time. Because of this, Stottlemire argued (without a lawyer, no less) that he did not violate the DMCA and moved to have the claims dismissed. The Electronic Frontier Foundation also filed an *amicus brief* in support of Stottlemire's motion to dismiss, arguing that Coupons' technology didn't protect access to the files in question, and therefore Stottlemire did not circumvent anything.

A number of back-and-forths and a year later, Coupons apparently felt like it was getting nowhere with the case and came to a settlement with Stottlemire. As usual, the terms are largely confidential, although Stottlemire wrote on his site that the claims will be dismissed with prejudice, meaning that the company cannot bring further action against him.




**Warhammer contributi**

The *Warhammer Onlin*
as some have alleged
way that player contrik
Quest raids.

+ READ MORE

Senior SW System
StackSafe, Inc.
Vienna VA

Mid to Senior Leve
New York, NY

Sr. Software Progr
NETWORKS
New York, NY

Web Application D
East Lansing, MI

System Administra

Stottlemire is pretty proud of his success, too. "Without being represented by an attorney, I defended myself in federal court against a company who solicited the services of two separate law firms," he told *Wired*. "And in my opinion, I kicked their ass. By refusing to succumb to their bullying tactics, I continued to assert my innocence and fought the claims Coupons Inc. filed against me."

**Further reading:**

- If you have PACER access, search for case number 5:07-cv-03457-HRL

 **DIGG THIS | 8 DIGGS**   **DISCUSS**          **PRINT**

Filed under: <u>Coupons</u>, <u>copyright</u>, <u>DMCA</u>, <u>hack</u>, <u>more...</u>

Inaction on disconnect pleas at root of Aussie ISP lawsuit :Next Post
Lots to like about new iPhone 2.2 software update (Updated) :Prev Post

AIDS: a good example of why science policy matters

Linux distros compliant with DoD IPv6 policies

Analysts differ on holiday consumer electronics spending

A pipe of one's own? Scholars tout individual investment in fiber.

Symantec: Underground cybercrime economy booming

German National Library causes blogger uproar

Where do all those used computers go?

Mobiles, chip stocks both mugged by global downturn

**+ VIEW MORE**

Warhammer contribution system a shill says player base

Felicia Day gives the rules for World of WarCraft romance

Apple fixes SD HDCP issues with QuickTime update

PlayStation Store Update: turkey head edition

Judge: "Substantial risk" Papermaster will reveal info to Apple

I can see clearly now with photoacoustic color vision

GNOME's Empathy IM client gets file transfer support

New Apple 24-inch LED screens are now shipping

**+ VIEW MORE**

© 2008 CondéNet Inc. All rights reserved.

**About Ars Technica | Advertise | Contact Us | FAQ | Privacy Policy | User Agreement | Reprints | RS**

Culver City, CA

**↘ MORE JOB LISTINGS**



The change we need

Co-op resurrected:

Second wind for mu hopes so

Financial crisis puts

Greenbox: saving p

Should Microsoft ch Microsoft to do a "iF

Dumping iTunes - A

electrical shock with

Damn Viruses - Tric gratefully accepted

Recommend IDE typ

**Toolbox for IT**

Share and compare information with 1.4 million professionals



Join Now  ▶  Sign In

Search To



NEW HP COLOR LASERJET
CM3530n MFP
Reliable multi-function printing
and copying

STARTING AT
$2,499
» SHOP NOW

WHAT DO Y

My Home          People          Vendors          **Communities**          Ask Question / Find Peop

# Security Community

Search Blogs

**Home      Blogs      Groups      Wiki      Documents      Research      Topics      Subscription**



### Managing Intellectual Property & IT Security
by <u>Dan Morrill</u> (Program Director CityU of Seattle)
Blog Main / Archive / Invite Peers / Connect to this blog

Previous Entry / Next Entry

## It is lawful to hack software
Dan Morrill (Program Director CityU of Seattle) posted 11/21/2008 | Comments (1)

Who knew that it was lawful to bypass restrictions on software, like <u>Coupons Inc's</u>
<u>software</u> that allowed printing coupons and essentially start printing coupons off like it
was money.

A recent court case makes it <u>lawful to modify software you download and see how it</u>
<u>behaves</u>. The good part is that many security engineers do this on a regular basis, and we
post our findings on the internet. A recent court case with Coupons Inc and John
Stottlemire though could have had serious implications if John had not prevailed in court.

The problem is that John Stottlemire posted a series of instructions on how to modify a
computer program that people download to print coupons. His command set on this looks
like a simple clean up that anyone would do on a computer system that was not
functioning normally, or that someone would do to go clean up an accumulation of stuff.

Coupons Inc got annoyed because the clean up routine allows a customer to print
functioning coupons from their PC, without any limits to the number of times valid
working coupons can be printed. If you wanted 100 coupons for BrandX, with John's
notes, you could simply clean up the install and remove some keys from YOUR computer
and carry on smartly with the print job.

By discovering a weakness in how the program worked, and the removal of some files,
well that was claimed to be a DMCA violation, which then went to court. ~~The courts~~

**About This Blog**

Managing Information Secu
the issue. How corporation:
security can manage...mor



**RSS for Posts**
**RSS for Comment**

Enter your email address to

Your E-mail address
**No Spam** (Privacy Policy)

All IT Blogs / Blogger Login



HP LASERJET P4014
Fast and reliable LaserJe

▶ PRINTER INFO

STARTING AT
$799
AFTER $100
INSTANT SAVINGS
OFFER ENDS 1/31/09

» SHOP NOW



WHAT DO YOU HAVE T

SHARE YO
Start your blc

~~found that no such DMCA violation happened,~~ **Please see correction below** and while the technique is interesting, it truly amounts to nothing more than someone cleaning up files on their computer to make software work in an unexpected way. Coupons Inc has fixed their issue, and the hack no longer works. But by claiming DMCA circumnavigation, and then ~~losing~~ settling that case, ~~Coupons Inc has lost what could have been an interesting court case.~~

If Coupons had ~~lost~~ had not settled (no judge ruled on this, it was an out of court settlement that the terms are confidential (Updated via phone call with person who wants to remain anonymous 11/22/2008)), then just about any software you download, and then clean up on your PC, which then allows an unexpected behavior of their code, would have been a DMCA violation. It would have made it harder to post hacks like this on the internet, in general it would also have influenced the removal or modification of spyware on someone's computer. In all it is good that John prevailed in this otherwise it could have had far reaching implications for people who are busy trying to remove, learn, or otherwise modify programs that they download.

**11/22/2008 - had a phone conversation with an anonymous person who is more familiar with the case than I am on this issue, and cleared up some factual errors.**

Tags: spyware, coupons inc, removal, modification, software, interesting

The opinions of this article are the opinions of this writer. They are not the opinions of my employers, nor in any way does this blog, these entries, or any information on this site reflect the opinion of my employers or people associated with me.

Digg

**submit**

MY ZIMBIO

Top Stories

You can also follow me on Friend Feed and see all the stuff I do in a day.

sitemeter

Previous Entry / Next Entry

**Related White Papers**

Enterprise Business Intelligence: Improving Corporate Performance through Integrated Reporting, Analysis, & Monitoring P

Shipping Out Security: Help Protect Business From Costly Downtime and Revenue Loss P

Leading Mobile Solutions and Products: A Competitive Analysis P

**Related Jobs**

Sr. Java Software Engineer

Java Software Engineer

Business Systems Analyst (Part Time, 30 hours) Job ID#2425

**Categories**

Bit Torrent and Peer Netwo

Corrections and Omissions

Hiring finding a job (42) /

Intellectual Property Protec

Media and Web 2.0 (136)

Video Blog (38)


**Popular Entries by Dan**

Dad takes away 11 ye

Linux hacked more oft

Your IP address is Priv

What do hiring manag

No wonder no one wa


**Recent Comments**

 "...and if it does not
Two new hacks to co

 "Dark - Thanks! I do
Data mine your frien

 " how to hack email
It is lawful to hack so

 "Needcoffee, interesti
Verizon employees ill

 "can some one help n
Strolling through MyS

More Recent Comments...


**Dan Morrill's Links**

Techwag

Read Write Web

Robert Scoble

Ajaxian

Dark Reading

Layer 8

## Comments (1)

naxim writes:

11/24/2008 #

how to hack email password

**You are not logged in.** Sign in to post unmoderated comments or join the community to create your free profile today!

Name: [                    ]     (Will display on the site)

E-mail: [                    ]     (Not displayed. No Spam)

| **b** | **u** | *i* | ~~ABC~~ | link | code | blockquote |

Lines break automatically. Please preview your message before posting.

If not logged-in your post will not appear until approved by a community moderator. To uphold community standards, comments that are inflammatory, offensive, or contain profanity or advertisements may be removed by the author or a community moderator.

☐ Connect to this blog to be notified of new entries.

[ Preview ]     [ Submit ]

**Related Blogs**
 The Military Botnet Proposal
 Question of the week - is WildTanget actually Spyware?
**Related Groups**
 How to block Spyware?
 Removing VirusBurst software

**Related Wiki Articles**
 Security Software
 Linux vs. Windows: Choice vs. Usability

**More from this author**
 Verizon employees illegally access Obama's phone account
 Hacking VMWare via Google Hacking
 Virus shuts down Chinese military exercise
 What you should look for in a social network community manager
 Search Engine Hacking the Azureus Client

**Archive Category:** <u>Hacking</u>

**Keyword Tags**
spyware, coupons inc, removal, modification

Disclaimer: Blog contents express the viewpoints of their independent authors and are not reviewed for
correctness or accuracy by Toolbox for IT. Any opinions, comments, solutions or other commentary expressed by
blog authors are not endorsed or recommended by Toolbox for IT or any vendor. If you feel a blog entry is
inappropriate, <u>click here</u> to notify Toolbox for IT.

Browse all IT Blogs

About / Contact us / Privacy / Terms of Use / Work at Toolbox.com / Advertise with Toolbox for IT / Provide Feedback

**Communities:** Business Intelligence / C Languages / CIO / CRM / Database / Data Warehouse / EAI / Emerging Technologie
/ Knowledge Management / Networking / Project Management / SCM / Security / Storage / Web Design / Wireless / Baan / 
/ Oracle Database / PeopleSoft / SAP / Siebel / UNIX / Visual Basic / Windows

**Also at Toolbox for IT:** Blogs / Groups / Wiki / Events & Webcasts / Job Center / Vendor Research Directory

Copyright 1998-2008 Toolbox.com. All rights reserved. All product names are trademarks of their respective companies. Toolbox.com is n
company listed at this site. Toolbox.com is a subsidiary of the <u>Corporate Executive Board</u>.

Sign In | Register Now

Publications ▼ | Events ▼ | Directories ▼ | Classifieds ▼ | Research ▼ | Community ▼

ROLLOVER TO
UNLEASH THE WONDER
ROLLOVER FOR VIDEOS

**MediaPost** NEWS                                                      HOME •

Home > Online Media Daily > Monday, Nov 24, 2008            Wed, Nov 26, 2008

ADVANCED SEARC

# Coupons Inc. Settles Case Against Hacker

by Wendy Davis, Monday, Nov 24, 2008 7:00 AM ET

Article ▼ | Comments ▼



An online coupon distributor has settled a closely watched case against a programmer who told Web users how to get around code designed to limit the number of times that coupons could be printed.

The details of the settlement between the company, Coupons Inc., and the programmer, John Stottlemire, are confidential. But Stottlemire said that the lawsuit against him will be withdrawn with prejudice (meaning that it can't ever be filed again) as long as he complies with the agreement.

Coupons Inc. did not respond to a request for comment.

The Mountain View, Calif.-based Coupons Inc. provides technology that enables companies to deliver coupons directly to consumers at corporate Web sites, through banner ads and in e-mail messages. Coupons Inc. bundles its programs with software that aims to restrict users' ability to print multiple copies of the vouchers.

The dispute between the company and Stottlemire began last July, after the Fremont, Calif. resident posted instructions for expunging the code that restricted the number of copies that could be printed. He also allegedly offered downloadable software that would remove Coupons' code.

Coupons Inc. then filed suit against Stottlemire in federal district court in San Jose, for allegedly distributing tools that circumvented the company's digital rights management program.

Because the lawsuit was resolved, the court did not decide whether Stottlemire's work-around violated the Digital Millennium Copyright Act. That law prohibits trafficking in technology that circumvents software that restricts access to copyrighted material. But digital rights advocates say that the law does not ban mere discussions about the software.

TOOLS

EMAIL            SUBSCRIBE
PRINT            RSS
REPLY            SHARE ▼

RELATED ARTICLES

1. WPP Launches Ad Network In China, Latest Push By A Madison Avenue Biggie

2. KickApps Lands $14 Million In New Funding

3. Law Firm Challenges Rules Restricting Online Promotion

4. Surveys Show Gift-Giving To Be Less Than Electrifying

5. Facebook, MySpace Aren't Making The Marketing Cut

TAGS: Legal, Online

MOST READ

1. Facebook, MySpace Aren't Making the Marketing Cut

2. Cumulus CEO: Radio In Death Spiral

3. Women's Chains Languishing As Mom Puts Herself Last

4. Facebook, MySpace Aren't Making The Marketing Cut

5. Nielsen: Hispanic TV Homes Trail In Digital Switchover



» Mark Walsh
» Wendy Davis
» Gavin O'Malley
» Tameka Kee
» Laurie Sullivan
» Joe Mandese
» Tanya Irwin
» Karl Greenberg
» Erik Sass
» Karlene Lukovit

» November 2008
» October 2008
» September 200
» August 2008
» July 2008
» June 2008
» All Archives

Stottlemire took the position that Coupons Inc. had hidden its restrictive files on users' computers, and that he was just offering instruction on how to delete those files. "Through the use of hiding files and registry keys on a computer, in areas normally reserved for the Windows operating system ... Coupons, Inc. attempts to control access to coupons it offers to the public," he wrote on his blog tenbucks.net in July of 2007. He added that no special software was needed to purge those keys. "The only tool required is the delete button on your keyboard ... and knowledge of where these unprotected files lie."

Coupons Inc. eventually changed its methods to defeat Stottlemire's work-around.

Stottlemire, who is not a lawyer, said he decided to represent himself after learning that lawyers' fees could quickly total in the six figures. "I knew I was right, and I couldn't afford an attorney," he said. "I spent many nights in front of the computer researching case law and writing briefs and rewriting briefs."

## Recent Online Media Daily Articles

Facebook, MySpace Aren't Making The Marketing Cut   Nov 26, 7:45 AM
While chief marketing officers are intrigued by social networking sites Facebook and MySpace as potential marketing...

Surveys Show Gift-Giving To Be Less Than Electrifying   Nov 26, 7:45 AM
Don't count on that 60-inch flat-screen HDTV under the tree this year. A pair of surveys...

Microsoft Broadens Xbox Experiences For Advertisers   Nov 26, 7:45 AM
Imagine Nike, Puma or Adidas sponsoring clothes for avatars in the Microsoft Xbox Experience for the...

Law Firm Challenges Rules Restricting Online Promotion   Nov 26, 7:45 AM
A law firm in Louisiana is challenging new advertising rules that appear to hinder lawyers' ability...

KickApps Lands $14 Million In New Funding   Nov 26, 7:45 AM
Showing technology's ability to attract venture capital even in a bum economy, white-label widget maker KickApps...

WPP Launches Ad Network In China, Latest Push By A Madison Avenue Biggie   Nov 26, 7:45 AM
WPP Group is extending its digital footprint into one of the largest and fastest growing online...

MPAA Targets Fanedit With Takedown Notice   Nov 25, 7:46 AM
Hollywood has targeted a remix site, Fanedit.org, where movie buffs made films more to their liking...

Social Networking Services Growing, Advertising Not So Much   Nov 25, 7:46 AM
The use of social networking sites will continue to grow, but advertising will not necessarily expand...

U.S. Retail Search Campaigns Spending Surges   Nov 25, 7:46 AM
Despite the economy's troubles, U.S. retailers are continuing to direct marketing dollars to search campaigns, according...

AdBrite Launches CPC Auction For Banner Ads   Nov 24, 8:42 PM
Marking a significant departure from traditional CPM-based advertising, ad exchange AdBrite has launched a cost-per-click auction...

>> Online Media Daily Archives



ABOUT MEDIAPOST • MEDIA KIT • RSS FEEDS • PRIVACY/TERMS & CONDITIONS



©2008 MediaPost Communications. All rights reserved.
1140 Broadway, 4th Floor, New York, NY 10001
tel. 212-204-2000, fax 212-204-2038, feedback@mediapost.com

MediaPost



OPTIMIZED BY
DONE! SEO    ads po
Search Engine Optimization