Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>    Defendants. | Case No. 5:07-CV-03457 HRL<br><br>**[PROPOSED] ORDER GRANTING COUPONS' MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, and CIVIL L.R. 7.**<br><br>Date: January 27, 2009<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: Honorable Howard R. Lloyd |

The Court has considered Plaintiff Coupons, Inc.'s Motion to Direct The Parties To Return to Early Neutral Evaluation Pursuant to ADR Local Rule 5-2 and Civil Local Rule 7, and any opposition filed by Defendant. The Court finds good cause for the parties to return to ENE with Evaluator Harold McElhinny.

IT IS HEREBY ORDERED that Plaintiff's Motion to Direct The Parties To Return to Early Neutral Evaluation Pursuant to ADR Local Rule 5-2 and Civil Local Rule 7 is GRANTED. The parties shall conduct a follow up ENE session at a time mutually agreed upon by the parties and Mr. McElhinny, but no later than February 27, 2009.

DATED: _____

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING COUPONS' MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION / USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1782722.1

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**[PROPOSED] ORDER GRANTING COUPONS' MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, and CIVIL L.R. 7.**

__X__   **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

Harold J. McElhinny
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **December 5, 2008**.

/s/
Lawrence L. Coles

[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SET STATUS CONFERENCE / USDC/NDC/SJ 5:07-CV-03457 HRL

- 2 -

22675\1782722.1