John A. Stottlemire
4509 Wayland Court
High Point, NC 27265
Telephone: (614) 358-4185
Email: johna@stottlemire.com
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, ) | Case No. 5:07-CV-03457 HRL |
| ) | |
| Plaintiff, ) | **DEFENDANT'S NOTICE OF CHANGE** |
| ) | **OF ADDRESS PURSUANT TO CIVIL** |
| v. ) | **LOCAL RULE 3-11(a)** |
| ) | |
| JOHN STOTTLEMIRE ) | Courtroom: 2, 5th Floor |
| ) | Judge: Hon. Howard R. Lloyd |
| Defendant ) | |
| ) | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

Please take notice that effective this date; Defendant Stottlemire's ("Stottlemire") address has changed. Stottlemire's new address is:

    4509 Wayland Court
    High Point, NC 27265

Dated: December 16, 2008                       /s/
                                                 John Stottlemire
                                                 Defendant, *pro se*

Defendant's Notice of Change of Address Pursuant to Civil Local Rule 3-11(a)
No. 5:07-CV-03457 HRL