Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COUPONS, INC., | Case No. 5:07-CV-03457 HRL |
|---|---|
| Plaintiff, | **REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, AND CIVIL L.R. 7.** |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | |
| Defendants. | Date: January 27, 2009<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: Honorable Howard R. Lloyd |

    The Court has the power to order parties to an Early Neutral Evaluation session irrespective of Stottlemire's opposition. ADR Local Rule 5-2. Coupons still believes that an Early Neutral Evaluation session will aid the parties in evaluating their current legal positions and reaching toward a creative solution. Although Stottlemire currently claims disinterest in additional settlement assistance,[1] that is often the situation before successful ENE's. A neutral,

---

[1] One point in Stottlemire's opposition warrants response. He states that no such breach occurred, and as support he cites out of context a statement of Coupons' counsel that, "Coupons is fine with making everything public regarding the settlement." *See* Defendant's Opposition to Motion to Direct the Parties to Return to Early Neutral Evaluation, p. ii, fn 1. Reading the entire email in context makes clear that Coupons' counsel wrote this email to Stottlemire after Stottlemire's dissemination to the public of false and misleading information boasting of his victory in the case, and after Stottlemire threatened to make a motion for summary judgment to enforce the settlement. Coupons' interest at that point was to set the public record straight in order to remedy the breach and it had offered this solution to Stottlemire. Stottlemire rejected that solution;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO
DIRECT THE PARTIES TO RETURN TO ENE --
USDC/NDC/SJ 5:07-CV-03457 HRL    - 1 -    22675\1836158.1

Dockets.Justia.com

third party evaluation of the parties' positions will provide guidance to the parties and may well save the Court's resources.

Coupons continues to believe that it is possible to repair the damage caused by Stottlemire's breach, short of taking this matter to judgment. Stottlemire's perspective may again change after a neutral evaluation. After all the time spent on this matter, the additional ENE time would be worth trying to work toward a creative solution.

Dated: January 13, 2009                               FARELLA BRAUN & MARTEL LLP


By: _____/s/_____
         Neil A. Goteiner

Attorneys for Plaintiff
COUPONS, INC.

---

therefore, Coupons' counsel's email informed Stottlemire that given Stottlemire's tactics and his insistence on proceeding with his motion, Coupons too was fine with setting the record straight in the course of briefing that motion.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, AND CIVIL L.R.7.**

__X__ **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

John Allan Stottlemire
4509 Wayland Court
High Point, NC 27265
Telephone: 614-358-4185
E-mail: johna@stottlemire.com
Defendant – *Pro Se*

___ **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

___ **ELECTRONIC TRANSMISSION:** a true and correct copy transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

___ **FACSIMILE TRANSMISSION:** a true and correct copy transmitted via facsimile to each addressee listed below.

___ **FEDERAL EXPRESS:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for delivery by overnight courier to the addressee.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **January 13, 2009**.

Carolyn L. Fisher

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

REPLY TO DEFENDANT'S OPPOSITION TO MOTION
TO DIRECT THE PARTIES TO RETURN TO ENE --
USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1836158.1