# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   January 27, 2009                                    Time in Court: 19 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Coupons, Inc. v. John Stottlemire
**CASE NUMBER**: C07-03457HRL
Plaintiff Attorney present: Dennis Cusack
Defendant Attorney present: John Stottlemire, in pro se

**PROCEEDINGS: Plaintiff's Motion to Compel ADR/Defendant's Motion to Stay Discovery**

Counsel present arguments.

Plaintiff's Motion to Compel ADR is continued February 24, 2009.  Defendant's Motion to Stay Discovery is granted.

Case Management Conference currently set for February 17, 2009 is vacated.   Defendant is granted additional time to answer Third Amended Complaint.

Court to issue written ruling.

Dockets.Justia.com