| | |
|---|---|
| 1 | Neil A. Goteiner (State Bar No. 083524) |
| 2 | Dennis M. Cusack (State Bar No. 124988) |
|   | Carly O. Alameda (State Bar No. 244424) |
| 3 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |
|   | E-mail: ngoteiner@fbm.com, dcusack@fbm.com, |
| 6 | calameda@fbm.com |
| 7 | Attorneys for Plaintiff |
|   | COUPONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COUPONS, INC.,

       Plaintiff,

vs.

JOHN STOTTLEMIRE,

       Defendant.

Case No. 5:07-CV-03457 HRL

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT**

Date: February 24, 2009
Time: 10:00 a.m.
Courtroom: 2
Judge: Honorable Howard R. Lloyd

On February 24, 2009 a hearing was held on Defendant John Stottlemire's Motion To Summarily Enforce the Settlement Agreement, the Honorable Howard R. Lloyd presiding. Having considered the papers submitted by the parties in support of and opposition to the Motion, and the argument of the parties at the hearing, the Court finds that Coupons properly rescinded the settlement agreement and the agreement cannot be enforced.

IT IS HEREBY ORDERED that Defendant's Motion to Summarily Enforce the Settlement Agreement is DENIED.

DATED: _____

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION
TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT /
USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1857874.1

Dockets.Justia.com