# EXHIBIT  A

# TO

# DECLARATION OF STEVEN BOAL IN OPPOSITION TO DEFENDANT'S MOTION TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT



**Coupons, Inc.**
**v.**
**John Stottlemire**
**contact me**

# John A Stottlemire
### Phone: (510) 996-1111

BLOG CHAT

John Stottlemire
Currently ONLINE

This is a private chat
viewable only by the
two of us.

Hidden...

Congratulations Jimmy Johnson, Hendrick Motorsports and the entire Lowe's Racing Team

I am looking for a JOB in the TRIAD. Please, let me know if you would like to see my resume.

## A request for comments from readers of this blog
Posted At : August 11, 2008 7:21 AM | Posted By : John Stottlemire
Related Categories: Coupons, Inc v. Stottlemire

Since the onset of litigation initiated by Coupons, Inc. against me, I have blogged practically all of the events that have occurred in the Court. I've left some of them out because they have seemed to be so trivial in nature and have no impact on the outcome of the litigation. As of yet, the blog has received very little comments from those of you who read it however, I really would like everyone's input on the subject I undertake below. The comments are moderated to ensure spammers do not overtake the blog (and for no other reason) and your comments will be publish and made a permanent part of this blog as soon as I am able to determine it isn't spam. **(Comments which are not limited to the scope of the subject matter will not be published.)**

**The Subject**

With the following four paragraphs, which I ultimately intend on making part of my Rule 11 Motion against Coupons, Inc., I hope to accomplish three things and ask that YOU comment if I have accomplished them or not.

**The Goals**

1. The paragraphs are short, sweet, and to the point and are not confusing
2. I've called Coupons, Inc. a liar
3. I've removed all doubt that Coupons, Inc. did in fact lie

**The Paragraphs**

Coupons, Inc. falsely claims its security features "block an individual computer's access to a particular coupon offer *altogether* if that computer does not have the proper registry keys in place (has not previously been identified as a unique computer)" (emphasis added) (Third Amended Complaint ¶ 15). While Coupons, Inc. stores information in the Microsoft Windows Registry which identifies a computer uniquely as they have claimed, Coupons, Inc. obviously does not block access if that computer has not been previously identified as unique. A computer that has not been identified as unique would not have the proper registry keys in place.

Under Coupons, Inc.'s claim it would be impossible for consumers who had never printed a coupon from Coupons, Inc.'s website to gain access to Coupons, Inc.'s coupons and print the coupons. Fundamentally, these consumers would not have the "proper registry keys in place" as there has never been an opportunity for Coupons, Inc. to identify them as a unique computer and create the proper registry keys. The answer to this question can be found elsewhere in Coupons, Inc.'s Third Amended Complaint: "When a consumer first requests a coupon from a website, Coupons, Inc. delivers to the consumer's computer a security feature in the form of a unique identifier" (Third Amended Complaint ¶ 16). This, without doubt, is exactly how Coupons, Inc.'s security feature works: The security features inspects the Microsoft Windows Registry to determine if the "proper registry keys [are] in place"; if "that computer does not have the proper registry keys in place" Coupons, Inc. "delivers to the consumer's computer a security feature in the form of a unique identifier" and stores the unique identifier in the Microsoft Windows Registry and then provides access to Coupons, Inc.'s coupons. At no point does the security feature "block an individual computer's access" in the absence of the "proper registry keys", the security features simply create the proper registry keys without any opportunity for the consumer to intervene.

Coupons, Inc.'s flagrant disregard of the truth is most obvious in Coupons, Inc.'s claims against John Stottlemire. The gravaman of Coupons, Inc.'s claim here is that John Stottlemire created, utilized, offered and distributed software which erased the "proper registry keys" that identified a computer as unique thereby, John Stottlemire "allowed an individual uniquely identified computer to gain repeated unauthorized access to the same coupon offers" (Third Amended Complaint ¶ 27) and as a result of that access, "also allowed such a computer to obtain additional, unauthorized numbers of uniquely identified coupon prints" (Id.) Coupons, Inc. claims in its Third Amended Complaint that the security features block access altogether to the particular coupon offer if that computer does not have the proper registry keys in place, however the Court is also to believe that by erasing the proper registry keys John Stottlemire allowed the computer to gain access to the coupon offer. These two claims are exact opposite to one another and it is obviously impossible for both of them to be true.

Coupons, Inc. claims its security measures block access altogether when a computer, operated by a consumer has not been identified as unique. The notion that any part of this statement holds truth is simply absurd. If the statement

RECENT ENTRIES

Coupons, Inc. dismisses with prejudice

Order on Motion to Dismiss

Reply to Opposition

Opposition to Motions

Motion To Dismiss Third Amended Complaint

NAVIGATION

Home
About Me
Recent Came From
Recent Pages Viewed

ARCHIVES BY SUBJECT

Coupons, Inc (9) [RSS]
Coupons, Inc v. Stottlemire (47) [RSS]
Coupons, Inc., The DMCA and Me (2) [RSS]
Uninstalling Coupon Printer (2) [RSS]

CALENDAR

<< November 2008 >>

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     | 1   |
| 2   | 3   | 4   | 5   | 6   | 7   | 8   |
| 9   | 10  | 11  | 12  | 13  | 14  | 15  |
| 16  | 17  | 18  | 19  | 20  | 21  | 22  |
| 23  | 24  | 25  | 26  | 27  | 28  | 29  |
| 30  |     |     |     |     |     |     |

LINKS

John's Blog

My Favorite Charities
The Jeff Gordon Foundation
The Jimmy Johnson Foundation
The Hendrick Foundation

SEARCH

[Search]

RSS

[RSS] [FEED BURNER]

RECENT COMMENTS

**Coupons, Inc. dismisses with prejudice**
Barry said: Congrats John! Great job! [More]

**Coupons, Inc. dismisses with prejudice**
Kent said: Good job John, strike one for the good guys! Thanks for taking this to the floor! [More]

**A request for comments from readers of this blog**
Tina said: I think it is obvious that Coupons Inc. has lied. I don't see how the courts would not be able to se... [More]

**My Rant Against the EFF**
Mike said: I came upon your site while Googling to find information about this coupon "software". I ... [More]

**A request for comments from readers of this blog**
Brian said: John, Having read the posted description of the claims coupon Inc. is making I cant see how som... [More]

were true, how would it be possible for anyone who has never printed a coupon from Coupons, Inc.'s website to gain access to Coupons, Inc.'s coupons? It would be equally impossible, if Coupons, Inc. blocked access altogether when a computer was not identified as unique, for a consumer to gain access to Coupons, Inc.'s coupons after using the method John Stottlemire created, described and distributed; the very reason Coupons, Inc. has filed this claim against John Stottlemire.

**Thank you, in advance, for your help**

💬 Comments (2) | ✉ Send | 🔖 del.icio.us | Digg It! | 🔗 Linking Blogs | 262 Views

Comments (Comment Moderation is enabled. Your comment will not appear until approved.)

[Add Comment]

John,
Having read the posted description of the claims coupon inc. is making I cant see how someone can be sued for doing something that really seems impossible either way. Those statements cancel each other out and if you have 2 negatives I don't see how anything positive could come from it in their benefit.
I wish the best of luck in your quest to prove that you are simply being hunted for some computer programmers error on their end.

# Posted By Brian | 8/13/08 4:43 PM

I think it is obvious that Coupons Inc. has lied. I don't see how the courts would not be able to see the obvious. I know the first time I printed coupons from coupons.com I had no registry keys in place to start with, not until after coupons were printed and they put the keys into my registry. Now I am left trying to remove all the crap they put on my registry and drives.
Wishing you the best of luck and successful outcome.

# Posted By Tina | 9/20/08 8:38 PM

[Add Comment]

All material on the www.tenbucks.net site is protected by U.S. and international copyrights. Personal use of material is permitted for research and/or information purpose only. No part of any material posted on www.tenbucks.net may be copied, modified, downloaded, or redistributed for any other purpose without the expressed written permission of John A Stottlemire.
©2007 - 2008 John A Stottlemire



# John A Stottlemire
**Phone: (510) 996-1111**

**RECENT ENTRIES**

Coupons, Inc. dismisses with prejudice

Order on Motion to Dismiss

Reply to Opposition

Opposition to Motions

**NAVIGATION**

Home
About Me
Recent Came From
Recent Pages Viewed

**ARCHIVES BY SUBJECT**

Coupons, Inc (9) [RSS]
Coupons, Inc v. Stottlemire (47) [RSS]
Coupons, Inc, The DMCA and Me (2) [RSS]
Uninstalling Coupon Printer (2) [RSS]

**CALENDAR**

<< January 2009 >>

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |

**LINKS**

John's Blog

My Favorite Charities
The Jeff Gordon Foundation
The Jimmy Johnson Foundation
The Hendrick Foundation

**SEARCH**

[          ] Search

**RSS**

**RECENT COMMENTS**

## The act of deception.

Posted At : August 4, 2008 12:00 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc

**Updated 08/04/2008 to add a new Class C IP range in use by Coupons, Inc.**

A final thought on the acts of deception by Coupons, Inc.

Traffic to various websites around the internet is logged by IP Number, at the least. Traffic coming from Coupons, Inc's office(s) is no exception. Within the past several months, Coupons, Inc (its employees, officers or agents) have made numerous visits to this and other websites I run and have tried their best to do so deceptively.

During the month of May 2007, Coupons, Inc. created numerous accounts on my servers and not only used names and email addresses not associated with Coupons, Inc., they also participated in discussions which would lead one to believe they had no prior experience in the couponing world.

Names, email address and passwords used (or attempted) were:

- BobS - bobs0355@gmail.com - server assigned password
- couperduper - couperduper@gmail.com - attempted 5826juan as password
- coups4me - couperduper@gmail.com - attempted 5826juan as password
- mattonic@gmail.com - server assigned password
- iamru12@hotmail.com - server assigned password

IP numbers assigned to Coupons, Inc. (this list may not be all inclusive and is current as of the date of this posting)

- 209.31.237.160/27 Source: DomainTools
- 64.75.10.84/30 (No longer used by Coupons, Inc. as of 08/01/2008) Source: DomainTools
- 64.75.15.1/24 Source: DomainTools

and has made comments like:

I am really gung ho about coupons now.. funny, i never used them much before.

sorry if this was covered before - i notice several expired coupons on the site. is there a trick to redeeming expired coupons? i was also thinking it would be nice to have your site paginated. just a suggestion. keep up the good work!

i am not sure what you mean by the gm nv granola bar free milk deal.

(each of the above quote's came from an IP address assigned to Coupons, Inc.)

and it is my opinion that all of these comments are an attempt to deceive members of our site as well as other sites (these same usernames are in use on other couponing sites as well).

Deceptive practices? You be the judge.

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 481 Views

## TRUSTe - What were you thinking?

Posted At : March 21, 2008 11:47 AM | Posted By : John Stottlemire
Related Categories: Coupons, Inc

### A history

For the past several months I have been downloading and installing the coupon printer software offered by Coupons, Inc. in an attempt to determine exactly what information Coupons, Inc. collects about me and how that information is used.

February 15, 2007 TRUSTe certified Coupons, Inc.'s Coupon Printer software version 3.3.0.2 and placed Coupons, Inc.'s software on its Trusted Download Whitelist and claimed "The companies whose applications have passed the challenging certification process for the Trusted Download whitelist are all demonstrating a commitment to protecting consumer privacy...[b]y completely informing users about the particulars of the downloads they offer up front, the participating companies are increasing transparency and giving control to users." (See *TRUSTe Publishes Initial Trusted Download Beta Program Whitelist*)

May 15, 2007 the first version of Coupons, Inc.'s coupon printer software I tested was version 3.3.0.2.

Coupons, Inc. dismisses with
prejudice
fick said: congrats! [More]

Coupons, Inc. dismisses with
prejudice
Barry said: Congrats John! Great
job! [More]

Coupons, Inc. dismisses with
prejudice
Kent said: Good job John, strike
one for the good guys! Thanks for
taking this to the floor! [More]

A request for comments from
readers of this blog
Tina said: I think it is obvious
that Coupons Inc. has lied. I don't
see how the courts would not be
able to se... [More]

My Rant Against the EFF
Mike said: I came upon your site
while Googling to find information
about this coupon "software". I ...
[More]

After making the results of that test public, I found myself served with a cause of action for violations of the Digital Millennium Copyright Act and other state law claims. The lawsuit filed against me by Coupons, Inc. prompted national media attention and resulted in independent testing of the coupon printer software by Professor Benjamin Edelman, Harvard Business School.

August 28, 2007 Professor Edelman confirmed my results and filed a Watchdog Complaint with TRUSTe, "an independent, nonprofit organization dedicated to enabling individuals and organizations to establish trusting relationships based on respect for personal identity and information in the evolving networked world." Professor Edelman's motivation for filing the Watchdog Complaint was simple, Coupons, Inc. was in violation of several sections of the TRUSTe Trusted Download Agreement.

September 20, 2007, after reviewing Professor Edelman's Watchdog Complaint, TRUSTe issued mandates to Coupons, Inc., published the mandates on September 20, 2007, and gave Coupons, Inc. 90 days to comply with the mandates. These mandates included a modification to Coupons, Inc.'s End User License Agreement, renaming deceptively named, hidden files and registry keys to comply with the requirements of TRUSTe's Trusted Download Program and removal of the deceptively named, hidden files and registry keys from consumer's computers.

November 16, 2007, during this 90 day period, Coupons, Inc. released several different versions of its coupon printer software and changed the version number to 4.0.0.2. Release of version 4.0.0.2 prompted me to file an independent Watchdog Complaint on or about November 16, 2007 and asked the question *"During this 90 day period is Coupons, Inc. allowed to continue business as usual?"* as version number 4.0.0.2 introduced new deceptively named registry keys into the mix. As a result of my inquiry, TRUSTe maintains an open Watchdog Complaint initiated by me against Coupons, Inc. and promised *"We will include your observations as part of our on-going monitoring and work with Coupons.com to bring their application into compliance with our Trusted Download program requirements."*

February 22, 2008 I received an email from TRUSTe which states *"[Coupons, Inc. has] completed changes to their software recently and we believe this resolves the issue (blog.truste.org has a blog entry update)."* and asked me to respond by March 7, 2008 if I believed otherwise. Because of litigation with Coupons, Inc. and personal reasons, I requested TRUSTe extend my deadline of March 7, 2008 which they did on February 28, 2008. The February 28, 2008 email states, in part, *"Thank you for notifying us that you need more time to evaluate the latest release by Coupons.com. We are extending the time available on this Watchdog complaint until March 28, 2008, and will plan to close this Watchdog complaint if we have not heard from you by then."*

March 15, 2008 I reviewed the blog entry posted by TRUSTe and immediately began testing Coupons, Inc.'s software to determine the validity of TRUSTe's comments. Surprised at my findings, I published them and alerted TRUSTe.

March 18, 2008 Professor Edelman published findings similar to those I published confirming Coupons, Inc.'s continued non-compliance with TRUSTe's Trusted Download requirements.

March 19, 2008 TRUSTe, as a result of my blog entry, published a self-congratulatory statement and claims, *"An old version of the software was accidentally put into production on [Coupons, Inc.'s] servers during a data center migration on the weekend of March 15th."* TRUSTe further claims the issue has been resolved and once again, Coupons, Inc. is in compliance with TRUSTe's Trusted Download requirements. (I have proof that this "mistake" happened before March 1, 2008 however, TRUSTe has decided Coupons, Inc. is trustworthy enough to believe their explanation of events.).

March 20, 2008 Professor Edelman published findings which contradict TRUSTe's March 19, 2008 statement and claims *"TRUSTe staff issued a boilerplate endorsement -- failing to identify shortcomings that would have been apparent in any careful analysis"*

## What were you thinking?

May 24, 2005 Coupons, Inc. files complaint in the Northern District of California in an attempt to chill information published in an online forum at Deal-A-GoGo. The information Coupons, Inc. attempted to chill included deceptively named registry keys and files located on a consumer's computer who use Coupons, Inc.'s coupon printer software. Jeffrey Weitzman who at the time was Coupons, Inc.'s President and Chief Operating Officer stated *"These references -- now part of the public record -- pose serious risks to the anti-copying features of [Coupons, Inc.'s] technology...If viewed by consumers or [Coupons, Inc.'s] competitors, these references could irreparably harm the viability of [Coupons, Inc.'s] technology as well as [Coupons, Inc.'s] competitive position."* (See Declaration of Jeffrey Weitzman.) These statements, along with Coupons, Inc.'s actions provide proof of Coupons, Inc.'s deceptive and hidden naming practices **long before** certification was given by TRUSTe in February 2007.

In May 2007 (three months after Coupons, Inc. received TRUSTe certification), I tested Coupons, Inc.'s software and concluded Coupons, Inc was in violation of TRUSTe trusted download requirements. TRUSTe agreed in September 2007. The software I tested was identical to software tested by TRUSTe prior to TRUSTe certification. TRUSTe claims part of the certification process includes *"test[ing] the operation and behavior of the software with testing partner AppLabs Technologies."* However, TRUSTe and TRUSTe's testing partner obviously did not test the software as diligently as they should have, or simply turned a blind eye toward Coupons, Inc.'s coupon printer software. I'm unsure which of these statements are true, however recent events makes me believe that TRUSTe does not currently have the resources in place to fully test software which it places on its *"Whitelist"*

In February 2008 TRUSTe again proclaims Coupons, Inc. is in compliance of the requirements of the TRUSTe Trusted Download program and again TRUSTe falls short of fully testing Coupons, Inc.'s

software. Coupons, Inc.'s current software, which TRUSTe claims is compliant still uses a deceptively named random registry key hidden in the windows registry in a place it obviously does not belong and further hides a deceptively named file which collects pseudonymous data about a consumer's computer in the windows or windows system32 directory, again a random decision. This activity, I documented on February 18, 2008 as a response to third party inquiries and not as a part of a TRUSTe Watchdog Complaint. (See No matter what I do, coupons.com always recognizes me as a returning user.)

Has TRUSTe ever fully tested software distributed by Coupons, Inc.? Coupons, Inc. has practiced the act of deception since at least May 24, 2005 however TRUSTe's own testing did not uncover this blatant fact. Three months after TRUSTe certified Coupons, Inc. as one of the first eight "downloadable applications that have been certified for the Trusted Download whitelist" the software TRUSTe certified was found to be in violation of SEVERAL requirements of the Trusted Download Program. And again, one short month after TRUSTe claims Coupons, Inc. is in full compliance of the TRUSTe Trusted Download Program, third parties uncover further deception along with Coupons, Inc.'s collection of pseudonymous data in violation of the TRUSTe Trusted Download Program.

I leave you with the following questions that hopefully will be answered by TRUSTe:

1. Why did TRUSTe certify Coupons, Inc. for the Trusted Download Whitelist on February 15, 2007?
2. Did TRUSTe fully test Coupons, Inc.'s software PRIOR to adding it to the Trusted Download Whitelist on February 15, 2007?
3. IF TRUSTe fully tested Coupons, Inc.'s software PRIOR to adding it to the Trusted Download Whitelist, why did TRUSTe miss the blatant shortcomings documented by myself and Professor Edelman?
4. Why did TRUSTe claim Coupons, Inc. met mandates TRUSTe issued on September 20, 2007 as a result of Professor Edelman's Watchdog Complaint?
5. Did TRUSTe fully test Coupons, Inc.'s software PRIOR to claiming Coupons, Inc. had met the mandates issued on September 20, 2007?
6. IF TRUSTe fully tested Coupons, Inc.'s software PRIOR to claiming Coupons, Inc. had met the mandates issued on September 20, 2007, why did TRUSTe miss the remaining random registry key?
7. IF TRUSTe fully tested Coupons, Inc.'s software PRIOR to claiming Coupons, Inc. had met the mandates issued on September 20, 2007, why did TRUSTe miss the newly introduced file which is deceptively named, deceptively hidden, not removed upon uninstall and the file's true function.

### My Opinion

Through this entire process, I now conclude **TRUSTe does not maintain the resources required to fully test and certify third party applications as "TRUSTED" or TRUSTe has no desire to fully test third party applications to ensure they are in compliance of the standards they have set to achieve Trusted Download Whitelist status**, and even worse TRUSTe has not issued a statement concerning these shortfalls.

Quite frankly, TRUSTe CANNOT BE TRUSTED.

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 572 Views

## Can TRUSTe be TRUSTED?
Posted At : March 18, 2008 12:00 AM | Posted By : John Stottlemire
Related Categories: Coupons, Inc

Recently posted by TRUSTe concerning Coupons, Inc: (the original post can be seen here)

Coupons, Inc. is a perfect example of the close cooperation between Trusted Download publishers and the TRUSTe compliance teams to maintain high standards for trustworthy software. On December 20th, Coupons, Inc. rolled out a number of significant changes to their Coupon Printer Software that addressed concerns raised in September. To improve registry key and naming, the new version of the software uses an improved security scheme that writes only one registry key placed in a typical location, named in an appropriate manner. During installation all users accept the process as described in the EULA. The new version uninstaller removes the files left behind by the previous versions. Users who didn't receive the automated upgrade for technical reasons received an email from the company with user upgrade instructions. Finally, Coupons, Inc. updated its HELP section so the small number of users who may have missed these notifications, can easily find information on how to uninstall older versions of the software.

This is an excellent outcome to a long, but ultimately productive process. A user found a problem, filed a complaint, and TRUSTe worked with the Participant to make necessary corrections. This is the essence of our approach — encourage good behavior from certified companies, and address problems promptly to provide a good consumer experience.

Posted by Irina Doliov, Sr. Product Manager

My email to TRUSTe in response

Jordan,

TRUSTe really needs to test Coupons, Inc's software again and retract the blog entry posted on the TRUSTe

blog.

It is more than obvious that either TRUSTe failed to test currently distributed software by Coupons, Inc or ignored the impact Coupons, Inc software has on end user's computer systems. The initial complaint filed by Professor Benjamin Edelman was based in part on Coupons, Inc's practice of using deceptively named windows registry keys and file names. This practice, although TRUSTe reports is no longer in effect, continues with their latest release.

My steps:

1. Installed a fresh copy of Windows XP SP2 on a reformatted hard drive and installed all available security updates available through the windows update site.
2. Took a snapshot of my registry and file system.
3. Installed Coupons, Inc's coupon printer software which was obtained by visiting their website and attempting to print a coupon from their website.
4. Took a snapshot of my registry and file system.

My conclusions:

1. The software provided by Coupons, Inc created two files (with read only and hidden attribute set) and placed them in my C:\windows directory. These files are called WindowsShellOld.Manifest.1 and uccspecc.sys.
2. The software provided by Coupons, Inc created five registry keys. These registry keys are called:
   - HKLM\Software\Microsoft\Windows\CurrentVersion\UccSpecC
   - HKLM\Software\Microsoft\Windows\CurrentVersion\Controls Folder\Presentation Style
   - HKLM\Software\Microsoft\Windows\CurrentVersion\Explorer\EnableAutoTrayHistory
   - HKLM\Software\Microsoft\Windows\CurrentVersion\Internet Settings\URLDecoding
   - HKLM\Software\Classes\Manifest.Template.1

   (Please note, multiple tests were conducted and the Coupons, Inc installer picks a random key from five to place in the HKLM\Software\Classes hive of the windows registry. The remaining four keys are:

   - HKLM\Software\Classes\English.cpl
   - HKLM\Software\Classes\Web.Template.URL
   - HKLM\Software\Classes\NODEMGR.Cache
   - HKLM\Software\Classes\Web.IndexCache.1)

3. Uninstalling software provided by Coupons, Inc does not remove any of the above mentioned files or registry keys.

These registry keys and files are either identical or nearly identical to the files and registry keys reported by Professor Benjamin Edelman in his initial watchdog complaint, and the same or nearly the same registry keys and files which TRUSTe mandated that Coupons, Inc rename and finally remove upon uninstalling of the Coupons, Inc software. It is completely unclear why TRUSTe now claims that "the new version of the software uses an improved security scheme that writes only one registry key placed in a typical location, named in an appropriate manner" when in fact, the new version of the software acts in the exact same manner as Professor Edelman reported in his initial watchdog complaint.

In addition, Coupons, Inc has added an additional file which is deceptive in nature and is not removed from the user's computer when the software is uninstalled from the user's computer.

When attempting to print a coupon from the Coupons, Inc website, couponprinter.ocx downloads (without checking for appropriate signature) "cpnprt2.cid" and places the file in either c:\windows or c:\windows \system32 with the "hidden" and "read only" attribute. This file, in fact, is a DLL file and not a CID file and contains the print engine of the latest released version of Coupons, Inc's software. Additionally, cpnprt2.cid survives the uninstall process of Coupons, Inc's uninstaller and the users are neither told it will be downloaded, that it exists, what it's purpose is or that it will survive an uninstall. (I have further concerns about cpnprt2.cid which will be addressed in my blog when time permits)

It is obvious to me that TRUSTe has failed to require Coupons, Inc comply with mandates issued by TRUSTe. What is not so obvious is why TRUSTe reports Coupons, Inc has complied. Users around the internet have come to rely on TRUSTe endorsements. These endorsements provide a guarantee to these users that the website they are visiting or the software they are installing is TRUSTED. Credibility in this system is lost when TRUSTe blindly endorses a company which completely ignores mandates TRUSTe issues without full testing by TRUSTe to ensure those mandates were met.

---

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 2136 Views

## TRUSTe mandates Coupons, Inc comply with its TRUSTe agreement

Posted At : September 21, 2007 4:47 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc

As a result of Professor Benjamin Edelman's report on Coupons.com, TRUSTe has mandated Coupons, Inc make the following changes to their day to day business practices:

- TRUSTe required Coupons to modify their End User License Agreement (EULA) to provide proper notice that files would be left behind after uninstall.
- Rename the deceptively named registry keys and files.
- remove old files left behind by previous software versions.

TRUSTe has given Coupons, Inc 90 days to comply with the above changes.

See the complete article by clicking here TRUSTe: Changing Software Behavior

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 363 Views

## Misrepresentation.

Posted At : September 5, 2007 6:12 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc

**Quoted from coupons.com privacy policy:**

We do not share "personally identifiable" information with other third-party organizations for their marketing or promotional uses without your consent except as part of a specific program or feature for which *you will have the ability to opt-out.* For example, we offer coupons on *our network* that require you fill out an advertiser survey in order to receive the coupon. This data is provided to the advertiser and *you will always have the option to say "No Thanks" and return to selecting other coupons.* (emphasis mine)

Why would any company make such a statement within their privacy policy when it just isn't true?

I again invite everyone to visit coupons.com clients listed below and to click the "No thanks" link located below the fill-in form.

1. Dial Corp
2. Freebie Fanatic
3. Garelick Farms
4. 4MomsAtHome.com
5. SeaPak Shrimp Co.
6. NBC 15 Online
7. The Herald Journal
8. Weight Watchers
9. Kieto's Daily Recipe and Funnies
10. The Ashland City Times

You'll discover that the exact same page is provided to you again (no matter how many times you say "No Thanks"), but if you fill out the minimum required information, your email address (twice), password and zipcode and then click submit, you are forwarded to a page of coupons.

What's the purpose? Why is it so difficult to state the truth? *To receive coupons from coupons.com's network sites there are occassions where you will be required to provide Personal Identifing Information and you will not be given the opportunity to opt-out.*

The content of this article is current as of the date published and hopefully will not be accurate soon thereafter (as coupons, inc will either correct their privacy policy or comply with it).

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 310 Views

## Wired.com interviews Steven Boal, CEO of Coupons, Inc.

Posted At : August 28, 2007 10:51 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc

As a result of the article written by Ben Edelman, Wired's David Kravets spoke with CEO, Steven Boal of Coupons, Inc. David publishes statements made by Steven Boal, that while it may be Boal's opinion, may not be the opinion of the computer industry as a whole:

**Deceptive File Names and Registry Keys**

"Steven Boal, chief executive officer and founder of Coupons Inc., said the company was not practicing deception."

I, along with others, disagree. If you closely inspect the list of files and registry keys placed on the computer upon running Coupons, Inc's coupon printer ActiveX control you will notice the following entries:

1. HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\uccspecc
2. HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\Controls Folder\Presentation Style
3. HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\Internet Settings\URLDecoding
4. HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\Explorer\EnableAutoTrayHistory
5. HKEY_LOCAL_MACHINE\Software\Classes\Manifest.Template.1

Let us look at these closely:
Item number 2 in the list above is

• HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\Controls Folder\Presentation Style

a nonessential registry key placed in the Software\Microsoft\Windows hive of the registry. If we check the same location in the registry but in HKEY_CURRENT_USER we find:

1. HKEY_CURRENT_USER\Software\Microsoft\Windows\CurrentVersion\Controls Folder\Presentation Cache
2. HKEY_CURRENT_USER\Software\Microsoft\Windows\CurrentVersion\Controls Folder\Presentation LCID

These keys, if removed, would cause imminent failure of the Windows operating system

Item number 3 in the list above is

- HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\Internet Settings\URLDecoding

again, a nonessential registry key placed in the Software\Microsoft\Windows hive of the registry. And again, if we check directly below that key we find:

- HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\Internet Settings\URLEncoding

along with several other registry keys that if deleted would cause imminent failure of the Windows operating system

Item number 4 in the list above is

- HKEY_LOCAL_MACHINE\Software\Microsoft\Windows\CurrentVersion\Explorer\EnableAutoTrayHistory

again, a nonessential registry key placed in the Software\Microsoft\Windows hive of the registry. And again, if we check the corresponding location within HKEY_CURRENT_USER we will find:

- HKEY_CURRENT_USER\Software\Microsoft\Windows\CurrentVersion\Explorer\EnableAutoTray

along with several other registry keys that if deleted would cause imminent failure of the Windows operating system

Realizing this, and seeing how very similar the registry keys are, knowing if any of the corresponding keys were deleted it would have a major impact on the operation of my computer quite possibly causing the "Blue Screen Of Death" ultimately resulting in a reformat (with loss of data) and reinstallation of the operating system, most Microsoft Certified Technicians would likely avoid deleting those keys without researching exactly what they are. Coupons, Inc, while denying their files and registry keys are deceptive would have to agree that they are very closely named to files and keys that would disable a computer if accidentally or purposely removed.

"Boal calls that allegation hogwash"

If hogwash, why did the suspected page disappear from the veri-fi.com website? Why did Ben Edelman make the following update to his original article: "Update (August 28, 2007 - 3:35pm): Coupons.com has contacted me to report that the Veri-fi site no longer allows the data retrieval described above."

First, getting the ID assigned to a computer by Coupons, Inc's is very simple. There are no security features built into the software that limits the release of the ID only to Coupons, Inc. and it can be obtained by invoking the ActiveX control and then with a few lines of java. Invoking ActiveX controls is quite simple, and is done by many websites to embed video; graphics; games; and in this case, a coupon printer into a webpage. The webpage had three fields named (a copy of the webpage can be found here)

1. First 8 Digits
2. Next 12 Digits
3. Last 2 Digits

These fields relate to:

1. First 8 Digits = Unique Id Assigned to client
2. Next 12 Digits = Coupon Control Number assigned by Coupons, Inc.
3. Last 2 Digits = 01 or 02 depending on which coupon it is, the first one you printed or the second.

So, how do you obtain the print history of an unsuspecting client? The process again is quite simple and in practice on a daily basis all over the internet, its the reason Captcha was invented. You write a program that does automated form submissions. The program would input your ID, then the coupon control number, then 01 and then submit the form. Veri-fi.com would then return one of two items, either the coupon is valid (along with the date and time it was printed and a detailed description of the coupon) or the coupon is invalid. If it is valid, repeat the process, but submit an 02 in field 3 to determine if the ID had printed two copies or just one. After you have done that, you merely go to the next coupon control number and repeat the process over and over until you have tried all the control numbers. Hogwash?! I think NOT, and if Mr Boal would return veri-fi.com to the state it was in just 36 hours ago, I could give him irrefutable proof.

Lastly, "Boal added that users of the printing software never have to enter their names to make coupons."

Upon close examination of coupons.com's website, I would have to say he is right, but I wouldn't highlight this point if I agreed totally with him. The coupons.com site might not ask for such information, but what about all those other sites which utilize his software and although those sites appear to be driven by those other companies, they are, in fact, subdomains of coupons.com. Example: Dial Corp (the makers of that wonderful soap), the internet address for the coupons they offer is: http://microsite.coupons.com /gmsa/Login.asp?pid=11194&ZID=nd80&NID=10 (notice microsite.coupons.com) and we see here a registration page and while close inspection does not REQUIRE name, the layman computer user would most likely fill that information out. The registration page does require an email address and while it is not our name, it has been classified as "Personally Identifying Information" within the court system of the United States, so just as good as a name. But wait! What's this? An opt-out of registration? "No thanks, back to the coupons" Clicking that link reloads the current page. You can not "view the coupons" until you've registered and logged in. There are hundreds of other sites with the same requirements, here is a list of 10:

1. Dial Corp
2. Freebie Fanatic
3. Garelick Farms
4. 4MomsAtHome.com
5. SeaPak Shrimp Co.
6. NBC 15 Online
7. The Herald Journal
8. Weight Watchers
9. Kieto's Daily Recipe and Funnies
10. The Ashland City Times

**My Conclusion**

Thank God for Google Cached Copies. The veri-fi.com website changed late last night and the Layout buttons were removed. Why? Because Ben Edelman's report isn't a bunch of hogwash and Coupons, Inc removed the page (Google Cached Copy here). Even with that ONE security leak stopped, Coupons Inc still has the daunting task of deciding if it will stop using deceptive file names and registry keys as well as fixing the security in their coupon printer so that any website who invokes its ActiveX will not be able to retrieve the ID assigned to the computer. Lets see what other changes will come about in the next week or two.

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 552 Views

## Changes to Veri-Fi.com
Posted At : August 28, 2007 7:28 AM | Posted By : John Stottlemire
Related Categories: **Coupons, Inc**



Coupon Layout 2

Soon after Ben Edelman's story was released, I noticed something and although it was expected, I am disturbed. The Veri-fi website, located here, owned and operated by Coupons, Inc. has changed. Until just yesterday the website had a way you could verify both "Layout 1" and "Layout 2" of a coupon, which of course, is the purpose of the website. Retailers and merchants could go to the website, type in a few numbers and they would be informed immediately if Coupons, Inc. issued the particular coupon or not. Layout 1's purpose was to verify coupons who had a row of numbers directly below the 2d barcode and Layout 2 was to verify coupons with the row of numbers absent from beneath the 2d barcode and instead with numbers located directly above the UPC code.

Layout 2 has disappeared. Implications? If you currently have in your possession a "Layout 2" coupon it cannot be verified. Retailers may not accept it since, according to veri-fi.com, it is impossible to verify. In addition, if you haven't upgraded your coupon printer, any new coupon you print may not be accepted as the older version only prints "Layout 2" coupons. Harder yet, if you would like to upgrade your coupon printer so that you print "Layout 1", there is no link on the coupons.com website (that I could find) which would allow you to do so although there is a link to the coupon bar which allows you to print "Layout 1" but installs a toolbar in your webbrowser as well.

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 433 Views

## A Closer Look At Coupons.com
Posted At : August 27, 2007 9:27 PM | Posted By : John Stottlemire
Related Categories: **Coupons, Inc**

Benjamin Edelman, an assistant professor at the Harvard Business School, has done a wonderful job at examining Coupons, Inc's printer software and business practices in general. His story can be found by following this link: A Closer Look at Coupons.com

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 672 Views

## How does Coupons, Inc's coupon printer software work?
Posted At : July 15, 2007 1:30 PM | Posted By : John Stottlemire
Related Categories: **Coupons, Inc**

**Please note: This analysis is for version 3.3.0.2. If you are looking for information pertaining to current practices of Coupons, Inc. please see here**

Coupons, Inc uses a technology which will retain a unique ID it has assigned to a computer even after that computer has removed its software from the computer. At first glance, I assumed this was done using a simple cookie or other form of identification of the computer such as IP number or even the MAC address assigned to the Ethernet card. Deleting the IP number, removing cookies and even changing the MAC address had no impact on the retention of the unique ID. My curiosity getting the best of me, I undertook an analysis of the coupon printer software to see what technology Coupons, Inc may have invented which thwarted all efforts to remove the unique ID.

On a computer I use strictly for testing, I reformatted and reinstalled my Windows XP operating system before beginning my analysis of the coupon printer offered by Coupons, Inc on its website at www.coupons.com. Then, through the use of tools, I compared changes to my Windows registry and hard drive so that I could determine exactly what changes the coupon printer made to my system. I further analyzed the html pages served by the coupons.com website and have come to the following conclusions:

Note: this analysis was made using Windows Internet Explorer Version 7.0 and may not hold true with other versions of Internet Explorer or with other web browsers. The coupon printer I installed, version 3.3.0.2, was installed through the use of a webpage with embedded cab file containing an ActiveX control, not the standard executable file that is downloaded to a computer and then launched. Using an embedded cab file limits Coupons, Inc's ability to add an "End User Licensing Agreement" and they must include that "Licensing Agreement" as a link on the page they offer the download from. The page I downloaded the cab file from contained no links to an underlying "End User Licensing Agreement" nor was such a file included in their cab file. Obviously a mistake on their part. The cab file was located at ftp://ftp.coupons.com/r3302/cpbrkpie.cab and contained two files, "cpbrkpie.inf", an instruction set telling windows how to install the file; and "cpbrkpie.ocx", the ActiveX control.

Installation of the cab file causes:

- cpbrkpie.inf to be copied to the "C:\windows\downloaded program files" directory
- cpbrkpie.ocx to be copied to the "C:\windows" directory
- "{9522B3FB-7A2B-4A66-8AF6-36E7F593073C}" to be added to the windows registry at HKCR\CLSID
- "{7DD95802-9882-11CF-9FA9-00AA006C42C4}" to be added to the windows registry at HKLM\Software \Classes\CLSID\{87255C51-CD7D-4506-B9AD-97606DAF53F3}\Implemented Categories
- "{7DD95801-9882-11CF-9FA9-00AA006C45C4}" to be added to the windows registry at HKLM\Software \Classes\CLSID\{87255C51-CD7D-4506-B9AD-97606DAF53F3}\Implemented Categories

Installation causes no other changes to the computer at this time and when uninstalled, these entries are removed.

Coupons, Inc's download page contains a link which states "Installed the Coupon Printer? Get Coupons" you must click to print coupons you had previously selected as they apparently have no way to tell if you've installed the software or not. Clicking that link causes your web browser to go through a number of pages without requiring user input and eventually lands on a page that states it is sending coupons to your printer. Within a matter of minutes, the coupons you requested are now sitting on your printer waiting for you to cut them out and of course, take them to the store and enjoy your savings.

Analysis of the html code of the web pages which the web browser was automatically sent through shows that the ActiveX control was launched and queried to determine if your computer currently has an assigned user ID. The html code uses java script to invoke a procedure within the ActiveX called "GetUserID()". Further analysis of the html code reveals the GetUserID() function can either "timeout" in the event no UserID is found or return the UserID. The html code/java script has the timeout set to two seconds and I assume, if the UserID is not returned within that time period, the Coupons, Inc servers assume the computer has not yet been assigned a UserID.

Now, its time to compare my hard drive pre and post printing of the coupons.

Changes to the file structure of my computer:

- "uccspecb.sys" was created in the "C:\windows" directory with "hidden" attribute.
- "WindowsShellOld.Manifest" was created in the "C:\windows" directory with the "hidden" attribute.

No changes, to include temporary cache files, were created other than those stated above.

Changes to the Windows registry of my computer:

- "UccSpecB" was created at "HKLM\Software\Microsoft\Windows\CurrentVersion"
- "URLDecoding" was created at "HKLM\Software\Microsoft\Windows\CurrentVersion\Internet Settings"
- "UccSpecB" was created at "HKCU\Software\Microsoft\Windows\CurrentVersion"
- "Presentation Style" was created at HKCU\Software\Microsoft\Windows\Controls Folder"
- "EnableAutoTrayHistory" was created at HKCU\Software\Microsoft\Windows\Explorer"

No changes were made to the Windows registry other than those stated above. (the contents of uccspecb.sys file and uccspecb registry keys contain a hexadecimal number containing the exact same number sent to Coupons, Inc's web server as the "UserID" and is printed on every coupon printed from Coupons, Inc's web site).

As Coupons, Inc's coupon printer software is not installed with the normal "exe" installable file when uninstall is required it cannot be done with the "Add/Remove Programs" function in the Control Panel of Windows. Uninstalling this software on Windows XP using Internet Explorer 7.0 requires launching of the "Internet Options" function in the Control Panel and then clicking on the "Manage add-ons" button on the "Programs" tab. On the "Manage add-ons" page, you must then select "Downloaded ActiveX Controls (32-bit)" from the "Show" dropdown

list. Click "cpbrkpie" and then click "Delete" at the bottom of the screen. Windows will then remove the files and registry keys that were added to your system when you initially installed the coupon printer, however, it does not remove the files and registry keys added to the computer "post" printing of a coupon.

Uninstalling and then reinstalling the coupon printer show the UserID survives the uninstall process. Uninstalling, removing the files and registry keys which were not removed by the uninstall process (by simply using the [delete] key on the keyboard) and then reinstalling results in Coupons, Inc's website assigning a new "UserID" to the computer.

My conclusion:

Through the use of hiding files and registry keys on a computer, in areas normally reserved for the Windows operating system and naming these files and registry keys very closely to files and registry keys Windows requires to operate, Coupons, Inc attempts to control access to coupons it offers to the public. A special "password buster", "DVD Decrypter", "Key Generator", or software designed to block access to the hard drive or windows registry is not required to obscure your identity from Coupons, Inc. The only tool required is the delete button on your keyboard (or in the alternative, the simple windows command "erase") and knowledge of where these unprotected files lie.

Coupons, Inc has recently claimed that the "ability to control electronic reproduction of unique coupons is key to [our] success" and has, on more than one attempt, chilled the information I now make available in this report. (I am now in litigation with Coupons, Inc for posting this information on another website). Their attempt to style their attempts to chill as a DMCA claim requires that the judicial system of the United States make it illegal to delete files from your own computer and for the judicial system to further conclude that the act of "hiding files and registry keys" on a computer constitutes a "technological measure" as per the DMCA.

Comments (1) | Send | del.icio.us | Digg It! | Linking Blogs | 2253 Views

All material on the www.tenbucks.net site is protected by U.S. and international copyrights. Personal use of material is permitted for research and/or information purpose only. No part of any material posted on www.tenbucks.net may be copied, modified, downloaded, or redistributed for any other purpose without the expressed written permission of John A Stottlemire.
©2007 - 2009 John A Stottlemire
0A83D1D5-BCDE-457C-05F831A98DEA7292



# John A Stottlemire

### Phone: (510) 996-1111

**RECENT ENTRIES**

Coupons, Inc. dismisses with prejudice

Order on Motion to Dismiss

Reply to Opposition

Opposition to Motions

**NAVIGATION**

Home
About Me
Recent Came From
Recent Pages Viewed

**ARCHIVES BY SUBJECT**

Coupons, Inc (9) [RSS]
Coupons, Inc v. Stottlemire (47) [RSS]
Coupons, Inc., The DMCA and Me (2) [RSS]
Uninstalling Coupon Printer (2) [RSS]

**CALENDAR**

<< January 2009 >>

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |

**LINKS**

John's Blog

My Favorite Charities
The Jeff Gordon Foundation
The Jimmy Johnson Foundation
The Hendrick Foundation

**SEARCH**

Search

**RSS**

**RECENT COMMENTS**

## Opposition to Motions

Posted At : October 7, 2008 7:40 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc v. Stottlemire

Coupons, Inc. filed oppositions to the pending motions this evening. My reply to the opposition is due on October 21, 2008.

The documents can be downloaded here:

- Coupons, Inc.'s Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint for Failure to State a Claim upon which Relief may be Granted Link (pdf)
- Coupons, Inc.'s Opposition to Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure Link (pdf)

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 197 Views

Comments (Comment Moderation is enabled. Your comment will not appear until approved.)

There are no comments for this entry.

[Add Comment]

Coupons, Inc. dismisses with prejudice
Rick said: congrats! [More]

Coupons, Inc. dismisses with prejudice
Barry said: Congrats John! Great job! [More]

Coupons, Inc. dismisses with prejudice
Kent said: Good job John, stake one for the good guys! Thanks for taking this to the floor! [More]

A request for comments from readers of this blog
Tina said: I think it is obvious that Coupons Inc. has lied. I don't see how the courts would not be able to se... [More]

My Rant Against the EFF
Mike said: I came upon your site while Googling to find information about this coupon "software". I ... [More]

All material on the www.tenbucks.net site is protected by U.S. and international copyrights. Personal use of material is permitted for research and/or information purpose only. No part of any material posted on www.tenbucks.net may be copied, modified, downloaded, or redistributed for any other purpose without the expressed written permission of John A Stottlemire.
©2007 - 2009 John A Stottlemire
0A83D1D5-BCDE-457C-05F831A98DEA7292





Phone: (510) 996-1111

**RECENT ENTRIES**

Coupons, Inc. dismisses with prejudice

Order on Motion to Dismiss

Reply to Opposition

Opposition to Motions

**NAVIGATION**

Home
About Me
Recent Came From
Recent Pages Viewed

**ARCHIVES BY SUBJECT**

Coupons, Inc (9) [RSS]
Coupons, Inc v. Stottlemire (47) [RSS]
Coupons, Inc., The DMCA and Me (2) [RSS]
Uninstalling Coupon Printer (2) [RSS]

**CALENDAR**

<< January 2009 >>

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |

**LINKS**

John's Blog

My Favorite Charities
The Jeff Gordon Foundation
The Jimmy Johnson Foundation
The Hendrick Foundation

**SEARCH**

Search

**RSS**

**RECENT COMMENTS**

## Reply to Opposition

Posted At : October 20, 2008 5:11 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc v. Stottlemire

I filed replies to Coupons, Inc.'s Opposition to both the Rule 11 Motion for Sanctions and the Motion to Dismiss today. The replies can be viewed below:

- Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (pdf)
- Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (pdf)

Comments (0) |    Send |  del.icio.us |    Digg It! |    Linking Blogs | 213 Views

Comments (Comment Moderation is enabled. Your comment will not appear until approved.)

There are no comments for this entry.

[Add Comment]

Coupons, Inc. dismisses with
prejudice
Rick said: congrats! [More]

Coupons, Inc. dismisses with
prejudice
Barry said: Congrats John! Great
job! [More]

Coupons, Inc. dismisses with
prejudice
Kent said: Good job John, strike
one for the good guys! Thanks for
taking this to the floor! [More]

A request for comments from
readers of this blog
Tina said: I think it is obvious
that Coupons Inc. has lied. I don't
see how the courts would not be
able to se... [More]

My Rant Against the EFF
Mike said: I came upon your site
while Googling to find information
about this coupon "software". I ...
[More]

All material on the www.tenbucks.net site is protected by U.S. and international copyrights. Personal use of material is permitted for research
and/or information purpose only. No part of any material posted on www.tenbucks.net may be copied, modified, downloaded, or redistributed for
any other purpose without the expressed written permission of John A Stottlemire.
©2007 - 2009 John A Stottlemire
0A83D1D5-BCDE-457C-05F831A98DEA7292



# John A Stottlemire

**Phone: (510) 996-1111**

**RECENT ENTRIES**

Coupons, Inc. dismisses with prejudice

Order on Motion to Dismiss

Reply to Opposition

Opposition to Motions

**NAVIGATION**

Home
About Me
Recent Came From
Recent Pages Viewed

**ARCHIVES BY SUBJECT**

Coupons, Inc (9) [RSS]
Coupons, Inc v. Stottlemire (47) [RSS]
Coupons, Inc., The DMCA and Me (2) [RSS]
Uninstalling Coupon Printer (2) [RSS]

**CALENDAR**

<< January 2009 >>

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |

**LINKS**

John's Blog

My Favorite Charities
The Jeff Gordon Foundation
The Jimmy Johnson Foundation
The Hendrick Foundation

**SEARCH**

Search

**RSS**

**RECENT COMMENTS**

## Order on Motion to Dismiss

Posted At : November 7, 2008 6:22 AM | Posted By : John Stottlemire
Related Categories: Coupons, Inc v. Stottlemire

Although the Court denied the Motion to Dismiss the Third Amended Complaint, it certainly is not a loss. The Court did not reject my arguments. The Court simply stated that my arguments are premature and need to be made after the record is developed.

Defendant's Motion to Dismiss Plaintiff's Claim under 17 U.S.C. 1201(a) was denied. Issue raised by me was that to be liable under 1201(a) Coupons, Inc.'s technological measure must effectively control access to its copyrighted works. Since these works are set in their first form of tangible medium where they can be perceived only when they are printed to an ordinary piece of paper and Coupons, Inc. has only claimed that their technology protects its "coupon" it is obvious that no technology exists which effectively controls access to works printed on paper. The Court, in its decision, stated that:

> "At the hearing there was some discussion about whether plaintiff claimed copyright protection for its coupons as printed, for the digital form of the coupons, or for the coupons in all forms. Defendant alleged that the digital form of the coupon is not copyrightable, and that the printed coupon is "analog" and rightly not protected by the "digital" copyright act. These arguments are best addressed once the parties have engaged in discovery"

AND

> "Defendant's arguments about the "effectiveness" of plaintiff's technology are better raised once the relevant evidence has been developed"

Defendant's Motion to Dismiss Plaintiff's Claim under 17 U.S.C. 1201(b) was denied. Issue raised by me was that to be liable under 1201(b) Coupons, Inc must protect its exclusive rights with more than just an access control. The Court, in its decision stated that:

> "Ultimately, plaintiff will have to prove that is software actually works as both an "access" and "use" control. Plaintiff has, however, sufficiently alleged facts that support its theory that defendant violated 1201(b), and it should be allowed, in due course, to offer its proof."

Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure was denied. Issue raised by me was that Coupons, Inc. lied in its Third Amended Complaint in order to advance a claim against me. The Court, in its decision, stated that:

> "The sentence defendant objects to does appear to imply that access is denied in the absence of registry keys, when if fact, it seems that a registry key is automatically placed on the consumer's computer (if one is not found) when the consumer clicks 'print.' It does not appear, from plaintiff's own description, that access is ever really blocked in the absence of a registry key. Regardless, the court does not find that this inartfully crafted sentence warrants the imposition of Rule 11 sanctions. The court's analysis of plaintiff's 1201(a) claim did not turn on any misinterpretation of the sentence in question"

A copy of the order can be viewed here: Link (pdf)

Comments (0) | Send | del.icio.us | Digg It! | Linking Blogs | 229 Views

Comments (Comment Moderation is enabled. Your comment will not appear until approved.)

There are no comments for this entry.

[Add Comment]

**EXHIBIT  B**

**TO**

**DECLARATION OF STEVEN BOAL IN
OPPOSITION TO DEFENDANT'S MOTION TO
SUMMARILY ENFORCE SETTLEMENT
AGREEMENT**



Home » Deeplinks Blog » July, 2008

July 3rd, 2008

# Court Rejects Attempt to Expand the DMCA

*Deeplink by* Michael Kwun

Yesterday, a district court dismissed several claims in the case *Coupons, Inc. v. Stottlemire*, in which we had, in March, filed an amicus brief. Coupons offers online coupons that consumers can access and print using software provided by Coupons. The software tries to limit the number of times a user can print each coupon. Coupons claims that John Stottlemire created a tool that modifies the Coupons software, allowing users to print more coupons.

The claims we were most interested in were Coupons's "anti-circumvention" claims under the Digital Millennium Copyright Act (DMCA). Coupons claimed that Stottlemire's tool circumvents technological measures that limit *use* of its coupons (a "rights-control" claim), but also tried to allege that the tool circumvents measures that limit *access* to those coupons (an "access-control" claim). The problem is that the tool doesn't have anything to do with access - anyone can *access* the coupons whether they use the original software or the modified software.

This isn't just an academic issue. While the DMCA prohibits the distribution of tools that circumvent rights *or* access controls, it prohibits actual circumvention (e.g., through use of such tools) only in the case of access controls. This is because controlling *use* of copyrighted material is already addressed by copyright law, and addressing it again in the DMCA would upset the careful balance between the rights of copyright owners and those of the public. As the court properly understood, maintaining a clear distinction between access-control claims and rights-control claims "leaves room for individual fair uses, adaptations for the blind, library research, and the other statutory exceptions to copyright." Because the court agreed that Coupons's DMCA claims "blur the carefully constructed distinction between 'access controls' and 'rights controls,'" the court dismissed the access-control claim. (The court is giving Coupons a chance to try to amend its access-control claim to see if it can save it, but it seems unlikely to us that Coupons can do that.)

At the hearing, EFF's positions were ably argued by Hari O'Connell and Domenic Ippolito, law student members of the Samuelson Law, Technology and Policy Clinic at the Berkeley School of Law.

| Attachment | Size |
|---|---|
| Coupons-v-Stottlemire - Order re Motion to Dismiss.pdf | 54.84 KB |

*Related Issues:* DMCA

[Permalink] [Email this article]

**EXHIBIT  C**

**TO**

**DECLARATION OF STEVEN BOAL IN
OPPOSITION TO DEFENDANT'S MOTION TO
SUMMARILY ENFORCE SETTLEMENT
AGREEMENT**



# John A Stottlemire

### Phone: (510) 996-1111

| Congratulations Jimmy Johnson, Hendrick Motorsports and the entire Lowe's Racing Team |

## Coupons, Inc. dismisses with prejudice
Posted At : November 19, 2008 2:41 PM | Posted By : John Stottlemire
Related Categories: Coupons, Inc v. Stottlemire

As long as Coupons, Inc. complies with the confidential settlement agreement, the action against me will be dismissed with prejudice. Dismissal with prejudice means that Coupons, Inc. will be unable to file this action again.

The letter Coupons, Inc. sent the Court to confirm the above can be viewed here: Link (PDF)

🗨 Comments (3) | ✉ Send | ⬛ del.icio.us | Digg it! | Linking Blogs | 175 Views

Comments (Comment Moderation is enabled. Your comment will not appear until approved.)

[Add Comment]

Good job John, strike one for the good guys! Thanks for taking this to the floor!

# Posted By Kent | 11/21/08 10:54 AM

Congrats John! Great job!

# Posted By Barry | 11/21/08 5:32 PM

congrats!

# Posted By fick | 11/22/08 2:41 PM

[Add Comment]

### BLOG CHAT



John Stottlemire
Currently ONLINE

This is a private chat viewable only by the two of us.

Nickn...

### RECENT ENTRIES

Coupons, Inc. dismisses with prejudice

Order on Motion to Dismiss

Reply to Opposition

Opposition to Motions

Motion To Dismiss Third Amended Complaint

### NAVIGATION

Home
About Me
Recent Came From
Recent Pages Viewed

### ARCHIVES BY SUBJECT

Coupons, Inc (9) [RSS]
Coupons, Inc v. Stottlemire (47) [RSS]
Coupons, Inc., The DMCA and Me (2) [RSS]
Uninstalling Coupon Printer (2) [RSS]

### CALENDAR

<< November 2008 >>

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     | 1   |
| 2   | 3   | 4   | 5   | 6   | 7   | 8   |
| 9   | 10  | 11  | 12  | 13  | 14  | 15  |
| 16  | 17  | 18  | 19  | 20  | 21  | 22  |
| 23  | 24  | 25  | 26  | 27  | 28  | 29  |
| 30  |     |     |     |     |     |     |

LINKS

**John's Blog**

My Favorite Charities
**The Jeff Gordon Foundation**
**The Jimmy Johnson Foundation**
**The Hendrick Foundation**

SEARCH

( Search )

RSS

[RSS][FEED2008]

RECENT COMMENTS

**Coupons, Inc. dismisses with prejudice**
Rick said: congrats! [More]

**Coupons, Inc. dismisses with prejudice**
Barry said: Congrats John! Great Job! [More]

**Coupons, Inc. dismisses with prejudice**
Kent said: Good job John, strike one for the good guys! Thanks for taking this to the floor! [More]

**A request for comments from readers of this blog**
Tina said: I think it is obvious that Coupons Inc. has lied. I don't see how the courts would not be able to se... [More]

**My Rant Against the EFF**
Mike said: I came upon your site while Googling to find information about this coupon "software". I ... [More]

All material on the www.tenbucks.net site is protected by U.S. and international copyrights. Personal use of material is permitted for research and/or information purpose only. No part of any material posted on www.tenbucks.net may be copied, modified, downloaded, or redistributed for any other purpose without the expressed written permission of John A Stottlemire.
©2007 - 2008 John A Stottlemire

**EXHIBIT D**

**TO**

**DECLARATION OF STEVEN BOAL IN OPPOSITION TO DEFENDANT'S MOTION TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT**



Buy Now

GoPhone® prepaid cell phones

Never miss a deal again with Deal Alerts and keep tabs on deals on the go with Slickdeals for your Mobile Phone. Click here to remove this message.

Home     Coupons     Forums     Blog     🔍 keywords     Search

Register     Members List     Calendar     Today's Posts     Search

SlickDeals.net Forums > General Discussion > The Lounge
└─ **Coupons, Inc. v. Stottlemire**

| User Name | User Name | ☑ Remember Me? |
| Password | | Log in |

🗒 Post Reply     Page 1 of 2 (Results 1 - 15 of 16)   1   2   Next

Tags: chat                    Search this Thread     Thread Tools

---

11-20-2008, 10:09 AM                                                    #1

**virtually_john**                    **Coupons, Inc. v. Stottlemire**

*L1: Learner*                         This may be considered as self promotion and if it is, I guess the moderators will remove
                                      it, but its information I would like to share.

                                      The lawsuit I have been involved in over the past 16 months has finally come to a close.
Date Joined:    Sep 2007             Coupons, Inc. has decided to dismiss the claims they have pending against me in Federal
Location        Fremont, CA          Court and I have agreed to allow them to do so. The exact terms of the dismissal are
Posts:          17                   confidential so I cannot go into detail as to why this has happened. I will (and can) say
Reputation      17                   this: If you feel you have done nothing wrong, instead of simply rushing to a settlement
                                      that may not be to your liking, **FIGHT** and **FIGHT LIKE HELL** even when you have no
                                      attorney available to help you. Perseverance, instead of bullying tactics, will prevail in
                                      the end.

                                      -john stottlemire

                                                                                                        Reply

11-20-2008, 10:09 AM

---

**Guests, join the SlickDeals.net Community to remove this ad.**

**Dell Special Deals**                    **Free $250 Best Buy GC**
Offers on Dell's Powerful Computers w/ Intel Technology. Hurry &    Sign up with MegaFreebie today and refer just 5 friends! Join
Save!                                     Now.
www.Dell.com                              MegaFreebie.com

Ads by Google

---

11-20-2008, 10:11 AM                                                    #2

**ZoeBoe'smom**              

*Playing Animal Crossing...*



Date Joined     Jun 2006
Posts           1,834
Reputation:     539

11-20-2008, 10 11 AM

**TigerStar**

*Brynn for Lounge Mod*
~~▬▬▬▬▬▬~~



| | |
|---|---|
| Date Joined: | May 2005 |
| Location: | Georgia |
| Posts | 20,399 |
| Reputation: | 752 🗇 |

good for you.

You cannot help the poor by destroying the rich.
You cannot strengthen the weak by weakening the strong.
You cannot bring about prosperity by discouraging thrift.
You cannot lift the wage earner up by pulling the wage payer down.
You cannot further the brotherhood of man by inciting class hatred.
You cannot build character and courage by taking away men's initiative and independence.
You cannot help men permanently by doing for them, what they could and should do for themselves.

11-20-2008, 10:14 AM

**MarkBett**

*The original gay....*
~~▬▬▬▬▬~~

**H** ~~▬▬▬▬~~

| | |
|---|---|
| Date Joined: | Nov 2003 |
| Location | California (Bay Area) |
| Posts: | 3,580 |
| Reputation | 202 🗇 |

umm k tnx 😊

"Whenever any form of government becomes destructive of these ends (life, liberty & the pursuit of happiness), it is the right of the people to alter or abolish it, & to institute new government." -*Thomas Jefferson*

"The tree of liberty must be refreshed from time to time with the blood of patriots & tyrants. It is its natural manure." -*Thomas Jefferson*

> **Quote from ~KTM~** 🖼 **:**
> Okay...wish me luck...off to lube and see if I can't make that penis go back where it belongs! 😊

11-20-2008, 10:17 AM

**Pig**

*I + I0 = 0 |V| 9 ! ! !*
~~▬▬▬▬▬▬~~



| | |
|---|---|
| Date Joined: | Jun 2004 |
| Posts | 22,262 |

Wot was the lawsuit about?



11-20-2008, 10:18 AM

**MarkBett**

*The original gay....*
~~▬▬▬▬▬~~

**H** ~~▬▬▬▬~~

> **Quote from Pig** 🖼 **:**
> Wot was the lawsuit about?

Coupons, Inc. v. Stottlemire

Date Joined     Nov 2003
Location     California (Bay Area)
Posts     3,580
Reputation     202 🗌

Plaintiff Coupons, Inc. alleged that Defendant John Stottlemire intentionally circumvented technological measures used to limit the number of times a visitor to the coupons.com website may print a coupon.
Tags: copyright,coupons,digital millennium copyright act,dmca
Plaintiff: Coupons, Inc.
Defendant: John Stottlemire

Case Number: 5:2007cv03457
Filed: July 2, 2007

Court: California Northern District Court
Office: San Jose Office [ Court Info ]
County: Santa Clara
Presiding Judge: Magistrate Judge Howard R. Lloyd

Nature of Suit: Intellectual Property - Copyrights
Cause: 28:1331 Fed. Question
Jurisdiction: Federal Question
Jury Demanded By: Plaintiff
Date Filed # Docket Text
July 2, 2007 1 COMPLAINT for Violations of the Digital Millennium Copyright Act and Related State Law Claims (Summons Issued; jury demand; against John Stottlemire ( Filing fee $ 350, receipt number 54611001279). Filed by Coupons, Inc.. (bw, COURT STAFF) (Filed on 7/2/2007) Additional attachment(s) added on 7/2/2007 (bw, COURT STAFF). (Entered: July 2, 2007)
July 2, 2007 2 ADR SCHEDULING ORDER: Case Management Statement due by 10/2/2007. Case Management Conference set for 10/9/2007 01:30 PM. (bw, COURT STAFF) (Filed on 7/2/2007) Additional attachment(s) added on 7/2/2007 (bw, COURT STAFF). (Entered: July 2, 2007)
July 2, 2007 Summons Issued as to John Stottlemire. (bw, COURT STAFF) (Filed on 7/2/2007) (Entered: July 2, 2007)
July 2, 2007 CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 7/2/2007) (Entered: July 2, 2007)
July 2, 2007 REPORT on the filing or determination of an action regarding Copyright Infringement (cc: form mailed to register). (bw, COURT STAFF) (Filed on 7/2/2007) (Entered: July 2, 2007)
July 18, 2007 3 Proof of Personal Service of Summons on Defendant John Stottlemire on 7/6/2007, answer due 7/26/2007.re ( 1 ), ( 2 ) filed by Coupons, Inc. (Hire, Hollis) (Filed on 7/18/2007) Modified on 7/19/2007 hyper link added (bw, COURT STAFF). (Entered: July 18, 2007)
July 23, 2007 4 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT ( 1 ) by Coupons, Inc. (Hire, Hollis) (Filed on 7/23/2007) Modified on 7/24/2007 (bw, COURT STAFF). (Entered: July 23, 2007)
July 24, 2007 5 Administrative Motion to Extend Time to Respond to Complaint ( 1 ) filed by John Stottlemire. (bw, COURT STAFF) (Filed on 7/24/2007) (Entered: July 24, 2007)
July 24, 2007 (Proposed) Order Granting Motion to Extend Time to Respond to Complaint ( 1 ), re 5 by John Stottlemire. (bw, COURT STAFF) (Filed on 7/24/2007) (Entered: July 24, 2007)
July 24, 2007 6 CONSENT to Proceed Before a US Magistrate Judge by John Stottlemire. (bw, COURT STAFF) (Filed on 7/24/2007) (Entered: July 25, 2007)
July 26, 2007 7 Opposition to Motion to Extend Time to Respond to Complaint filed by Coupons, Inc. (Hire, Hollis) (Filed on 7/26/2007) Text modified on 8/8/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: July 26, 2007)
August 1, 2007 8 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part re 5 MOTION for Extension of Time to File Response/Reply as to 1 Complaint, Response due by 9/24/2007.(hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)
August 1, 2007 Set/Reset Hearings: Initial Case Management Conference set for 11/6/2007 01:30 PM. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)
August 1, 2007 Set/Reset Deadlines: Last day to meet and confer re: initial disclosures, etc... 10/16/2007. Case Management Statement due by 10/30/2007. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)
August 1, 2007 9 ORDER GRANTING Administrative Motion to Allow Pro Se Defendant to E-file. Signed by Magistrate Judge Howard R. Lloyd on 8/1/07. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: 08/01/2007)
August 29, 2007 10 CONSENT to Proceed Before a US Magistrate Judge by Coupons, Inc.(Hire, Hollis) (Filed on 8/29/2007) Modified on 8/30/2007 (bw, COURT STAFF). (Entered: August 29, 2007)
August 29, 2007 11 First Amended Complaint for Violations of the Digital Millennium Copyright Act and Related State Law Claims against all defendants. Filed by Coupons, Inc.

(Hire, Hollis) (Filed on 8/29/2007) Text modified on 8/30/2007 to conform to document caption post by counsel (bw, COURT STAFF). Modified on 8/31/2007 (sp, COURT STAFF). (Entered: August 29, 2007)

September 24, 2007 12 Motion to Dismiss for Failure to State a Claim on Which Relief can be Granted, or in the Alternative, for Summary Judgment; Memorandum of Points and Authorities in Support Thereof filed by John Stottlemire. Motion Hearing set for 11/13/2007 10:00 AM. (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

September 24, 2007 13 REQUEST of Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc.'s First Amended Complaint ( 11 ), or in the Alternative, Summary Judgment re ( 12 ) by John Stottlemire. (bw, COURT STAFF) (Filed on 9/24/2007) Modified on 9/27/2007 (bw, COURT STAFF). (Entered: September 25, 2007)

September 24, 2007 (Proposed) Order Granting Defendant John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint ( 11 ) Pursuant to Rule 12(B)(6) of the Federal Fule of Civil Procedure filed by John Stottlemire. (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

September 24, 2007 14 CERTIFICATE OF SERVICE by John Stottlemire re ( 12 ), ( 13 ) (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

October 15, 2007 15 Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Procedure; Supporting Memorandum of Points and Authorities filed by John Stottlemire. Motion Hearing set for 11/20/2007 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Supplement Request For Judicial Notice and Exhibits# 2 (Proposed) Order (Stottlemire, John) (Filed on 10/15/2007)Text modified on 10/15/2007 (bw, COURT STAFF). (Entered: October 15, 2007)

October 19, 2007 16 NOTICE of Substitution of Counsel by Dennis M. Cusack (Cusack, Dennis) (Filed on 10/19/2007) (Entered: October 19, 2007)

October 22, 2007 17 Motion to Continue Hearing and Case Management Dates by Coupons, Inc. (Cusack, Dennis) (Filed on 10/22/2007) Text modified on 10/23/2007 (bw, COURT STAFF). (Entered: October 22, 2007)

October 22, 2007 18 Declaration in of Dennis M. Cusack in Support of Motion to Continue Hearing and Case Management Dates 17 filed by Coupons, Inc. (Attachments: # 1 Proposed Order For Continuance of Hearing and Case Management Dates)(Related document(s) 17 ) (Cusack, Dennis) (Filed on 10/22/2007) Modified on 10/23/2007 (bw, COURT STAFF). (Entered: October 22, 2007)

October 22, 2007 19 Opposition to Motion to Continue Hearing and Case Management Dates re ( 17 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/22/2007) Text modified on 10/23/2007, linkage added (bw, COURT STAFF). (Entered: October 22, 2007)

October 24, 2007 20 ORDER re 17 Notice to Continue Hearing and Case Management Dates filed by Coupons, Inc., and 19 Memorandum in Opposition filed by John Stottlemire (re: Ineffective substitution of counsel). Signed by Magistrate Judge Howard R. Lloyd on 10/24/07. (hrllc1, COURT STAFF) (Filed on 10/24/2007) (Entered: October 24, 2007)

October 24, 2007 Set/Reset Hearings: Motion Hearing set for 12/4/2007 10:00 AM in Courtroom 2, 5th Floor, San Jose re: Docket Nos. 12 and 15 . (hrllc1, COURT STAFF) (Filed on 10/24/2007) (Entered: October 24, 2007)

November 13, 2007 21 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion to Dismuiss or in the Alternative Motion for Summary Judgment; Opposition to Request for Judicial Notice, Objections to Evidence and Motion to Strike; Coupon's Opposition to Defendant's Motion for Sanction re ( 12 ), ( 15 ), ( 28 ) filed by Coupons, Inc. (Cusack, Dennis) (Filed on 11/13/2007) Text modified and linkage added on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 22 Appendix in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss re 21 filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 23 Declaration of ED (BUD) MILLER in Support of 21 of Motion to Dismiss - Motion to Strike - Motion for Sanctions filed by Coupons, Inc. (Related document (s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 24 Declaration of JEFFREY WEITZMAN in Support of 21 filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 25 Declaration of Proof of Service by Coupons, Inc. re 21 (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 26 HOLLIS BETH HIRE AND WILSON SONSINI GOODRICH & ROSATI'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION FOR SANCTIONS ( 15 ) filed by Coupons, Inc. (Hire, Hollis) (Filed on 11/13/2007) Text modified and linkage added on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 27 Declaration of HOLLIS BETH HIRE in Support of 26 filed by Coupons, Inc. (Attachments: # 1 Exhibit 1)(Related document(s) 26 ) (Hire, Hollis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13,

2007)

November 14, 2007 28 Ex Parte MOTION to Strike Plaintiff's Opposition to Defendant's Motion To Dismiss ( 21 , ( 22 ), ( 23 ), ( 24 ), ( 25 ) filed by John Stottlemire. (Attachments: # 1 Proposed Order)(Stottlemire, John) (Filed on 11/14/2007) Modified on 11/15/2007 and linkage added (bw, COURT STAFF). (Entered: 11/14/2007)

November 19, 2007 29 Declaration of John A Stottlemire in Support of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment 13 filed by John Stottlemire. (Attachments: # 1 Exhibits G and H) (Related document(s) 13 ) (Stottlemire, John) (Filed on 11/19/2007) Modified on 11/20/2007 (bw, COURT STAFF). (Entered: November 19, 2007)

November 20, 2007 30 Reply to Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Modified on 11/20/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

November 20, 2007 31 Reply to Opposition Defendant's to Request for Judicial Notice re ( 13 ) , filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Text modified on 11/21/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

November 20, 2007 32 CERTIFICATE OF SERVICE by John Stottlemire re 29 Declaration in Support, of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 33 CERTIFICATE OF SERVICE by John Stottlemire re 30 Reply to Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 34 CERTIFICATE OF SERVICE by John Stottlemire re 31 Reply to Opposition Request for Judicial Notice, Objections to Evidence and Motion to Strike (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 35 Reply to Hollis Beth Hire Wilson Sonsini Goodrich and Rosati's Opposition to Defendant's Motion for Sanctions filed by Hollis Beth Hire 26 and Coupons, Inc 21 filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Text modified on 11/21/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

December 4, 2007 36 Minute Entry: Motion Hearing held on 12/4/2007 before Magistrate Judge Howard R. Lloyd (Date Filed: 12/4/2007) re 12 , 15 , 28 Case Management Conference set for 2/5/2008 01:30 PM. (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 12/4/2007) (Entered: December 4, 2007)

December 7, 2007 37 ORDER re-setting the Case Management Conference. Signed by Magistrate Judge Howard R. Lloyd on 12/7/07. (hrllc1, COURT STAFF) (Filed on 12/7/2007) (Entered: December 7, 2007)

December 7, 2007 38 MOTION to Withdraw as Attorney filed by Coupons, Inc. (Hire, Hollis) (Filed on 12/7/2007) Modified on 12/10/2007 (bw, COURT STAFF). (Entered: December 7, 2007)

December 12, 2007 39 ORDER by Magistrate Judge Howard R. Lloyd:granting in part and denying in part 12 Motion to Dismiss; denying 12 Motion for Summary Judgment; denying 15 Motion for Sanctions; denying 28 Motion to Strike. Plaintiff has until January 2, 2008 to file amended complaint. (hrllc1, COURT STAFF) (Filed on 12/12/2007) (Entered: December 12, 2007)

December 12, 2007 40 ORDER by Magistrate Judge Howard R. Lloyd granting 38 Motion to Withdraw as Attorney. Attorneys Hollis Beth Hire and John Lawrence Slafsky terminated. (hrllc1, COURT STAFF) (Filed on 12/12/2007) (Entered: December 12, 2007)

December 27, 2007 41 SECOND AMENDED COMPLAINT against John Stottlemire. Filed byCoupons, Inc. (Cusack, Dennis) (Filed on 12/27/2007) Text modified on 12/27/2007 (bw, COURT STAFF). (Entered: December 27, 2007)

January 2, 2008 Summons Issued as to John Stottlemire re Second Amended Complaint ( 41 ) (bw, COURT STAFF) (Filed on 1/2/2008) (Entered: January 2, 2008)

January 7, 2008 42 STIPULATION to Extend Time To Respond to Second Amended Complaint re 41 Amended Complaint by John Stottlemire. (Stottlemire, John) (Filed on 1/7/2008) Text modified on 1/8/2008 (bw, COURT STAFF). (Entered: January 7, 2008)

January 14, 2008 43 Administrative MOTION to Extend Time to Respond to Second Amended Complaint re 41 Amended Complaint filed by John Stottlemire. (Stottlemire, John) (Filed on 1/14/2008) Text modified on 1/15/2008 (bw, COURT STAFF). (Entered: January 14, 2008)

January 18, 2008 44 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part 43 Administrative Motion for Extension of Time to Answer. (hrllc1, COURT STAFF) (Filed on 1/18/2008) (Entered: January 18, 2008)

January 29, 2008 45 JOINT CASE MANAGEMENT CONFERENCE STATEMENT filed by John Stottlemire. (Stottlemire, John) (Filed on 1/29/2008) Text modified on 1/30/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: January 29, 2008)

February 5, 2008 46 Minute Entry: Initial Case Management Conference held on 2/5/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 2/5/2008). (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 2/5/2008) (Entered: February 5, 2008)

February 6, 2008 47 ORDER REFERRING CASE to Early Neutral Evaluation; CASE MANAGEMENT SCHEDULING ORDER: Jury Trial set for 3/23/2009 08:00 AM in Courtroom 2, 5th Floor, San Jose. Pretrial Conference set for 3/17/2009 01:30 PM in

Courtroom 2. Signed by Magistrate Judge Howard R. Lloyd on 2/6/08. (hrllc1, COURT STAFF) (Filed on 2/6/2008) (Entered: February 6, 2008)

February 11, 2008 48 ADR Clerk's Notice Setting ADR Phone Conference on Wednesday, February 20, 2008 at 10:00 a.m. The ADR Program will initiate the call. (af, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/11/2008)

February 20, 2008 ADR Remark: ADR Phone Conference conducted on 2/20/2008 by Robin W. Siefkin, ADR Program Staff Attorney. (af, COURT STAFF) (Filed on 2/20/2008) (Entered: February 20, 2008)

February 26, 2008 49 MOTION to Dismiss Second Amended Complaint filed by John Stottlemire. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 2/26/2008) (Entered: February 26, 2008)

February 27, 2008 50 ADR Clerk's Notice Appointing Harold J. McElhinny as ENE Evaluator. (af, COURT STAFF) (Filed on 2/27/2008) (Entered: February 27, 2008)

February 28, 2008 51 Letter dated 2/28/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 2/28/2008) (Entered: February 28, 2008)

March 4, 2008 52 Letter dated 3/4/2008 from Evaluator, Harold J. McElhinny's office. (af, COURT STAFF) (Filed on 3/4/2008) (Entered: March 4, 2008)

March 4, 2008 Pre ENE phone conference scheduled on Friday, March 14, 2008 at 9:30 a.m. (af, COURT STAFF) (Filed on 3/4/2008) (Entered: March 4, 2008)

March 13, 2008 53 Letter dated 3/13/2008 from Harold J. McElhinny rescheduing the pre ENE telephone conference from 9:30 a.m., to 9:45 a.m., on 3/14/2008. (af, COURT STAFF) (Filed on 3/13/2008) (Entered: 03/13/2008)

March 17, 2008 54 Letter dated 3/14/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 3/17/2008) (Entered: March 17, 2008)

March 17, 2008 Set/Reset Hearings: ENE Hearing set for 5/5/2008 10:00 AM., at the evaluator's offices, Morrison Foerster, 425 Market Street, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 3/17/2008) (Entered: March 17, 2008)

March 25, 2008 55 Motion and of the Electronic Frontier Foundation for Leave to File Amicus Curiae Brief in Support of Defendant's Motion to Dismiss ( 49 ) filed by Electronic Frontier Foundation. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Declaration of Jennifer Lynch In Support of Motion to File Amicus Brief, # 2 (Proposed) Order, # 3 Exhibit Amicus Brief of Electronic Frontier Foundation in Support of Defendant's Motion to Dismiss) (Lynch, Jennifer) (Filed on 3/25/2008) Text modified on 3/26/2008 conforming to posted document caption, linkage added (bw, COURT STAFF). (Entered: March 25, 2008)

March 25, 2008 56 MOTION of the Electronic Frontier Foundation for Leave to Particiapate in Oral Argument filed by Electronic Frontier Foundation. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Proposed Order) (Lynch, Jennifer) (Filed on 3/25/2008) Text modified on 3/25/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: March 25, 2008)

March 28, 2008 57 STIPULATION and [Proposed] Order to Extend Time to File Opposition and Reply to Motion to Dismiss by Coupons, Inc. (Cusack, Dennis) (Filed on 3/28/2008) Modified on 3/31/2008 (bw, COURT STAFF). (Entered: March 28, 2008)

March 28, 2008 58 Declaration of Dennis M. Cusack in Support of Stipulation and [Proposed] Order to Extend Time to File Opposition and Reply to Motion to Dismiss 57 filed by Coupons, Inc. (Related document(s) 57 ) (Cusack, Dennis) (Filed on 3/28/2008) Modified on 3/31/2008 (bw, COURT STAFF). (Entered: March 28, 2008)

March 31, 2008 59 ORDER by Magistrate Judge Howard R. Lloyd granting 55 Motion to File Amicus Curiae Brief. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: March 31, 2008)

March 31, 2008 60 ORDER by Magistrate Judge Howard R. Lloyd granting 56 Amicus Curiae Motion for Leave to Appear. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: March 31, 2008)

March 31, 2008 61 ORDER re 57 Stipulation to extend dates. Hearing on Defendant's Motion to Dismiss CONTINUED to 5/6/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. Signed by Magistrate Judge Howard R. Lloyd on 3/31/08. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008)

April 3, 2008 62 STIPULATION and (Proposed) Order to Continue Hearing Date on Defendant's Motion to Dismiss re 49 . 61 by Electronic Frontier Foundation. (Attachments: # 1 Declaration of Jennifer Lynch in Support of Stipulation and [Proposed] Order to Continue Hearing Date)(Lynch, Jennifer) (Filed on 4/3/2008) Text modified on 4/3/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 3, 2008)

April 3, 2008 63 ORDER re 62 Stipulation to Continue Hearing; STIPULATION AND ORDER. Signed by Magistrate Judge Howard R. Lloyd on 4/3/08. (hrllc1, COURT STAFF) (Filed on 4/3/2008) (Entered: April 3, 2008)

April 4, 2008 64 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion to Dismiss ( 49 ) filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption, linkage added (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 65 Appendix of Non-Federal and Unpublished authorities Cited in Coupon's Coupons' Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's

Motion to Dismiss re 64 filed by Coupons, Inc. (Attachments: # 1 Exhibit A through C to Appendix of Non-Federal and Unpublished Authorities)(Related document(s) 64 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 66 EXHIBIT D to the Appexdix of Non-Federal and Unpublished Authorities Cited in Coupon's Opposition to Stottlemire's Motion to Dismiss re 65 Appendix, of Non-Federal and Unpublished Authorities filed byCoupons, Inc. (Related document(s) 65 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 67 EXHIBITS E to the appendix of Non-Federal and Unpublished authorities Cited in Coupon's Opposition to Stottlemeire's Motion to Dismiss Ure 65 Appendix, Exhs E-I, of Non-Federal and Unpublished Authorities filed by Coupons, Inc. (Attachments: # 1 Exhibit G through I to the Appendix) (Related document(s) 65 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 68 (Proposed) Order Denying Defendant John Stottlemire's Motion to Dismiss re 64 Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 69 **FILED IN ERROR* SEE DOCKET ( 68 )**** AFFIDAVIT of Service for Opposition to Motion to Dismiss via Mail served on John Stottlemire, defendant on 04/04/2008, filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Modified on 4/7/2008 (bw, COURT STAFF). (Entered: April 4, 2008)

April 7, 2008 70 Declaration of Proof of Service for Opposition to Defendant's Motion to Dismiss served on Defendant John Stottlemire on Friday, April 4, 2008, re ( 64 ), ( 65 ), ( 68 ) filed by Coupons, Inc. (Filed on 4/7/2008) Text modified on 4/7/2008 to conform to posted document caption, linkage added (bw, COURT STAFF). (Entered: April 7, 2008)

April 8, 2008 71 STIPULATION and [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION by Coupons, Inc. (Alameda, Carly) (Filed on 4/8/2008) Modified on 4/9/2008 (bw, COURT STAFF). (Entered: April 8, 2008)

April 10, 2008 72 ORDER re 71 Stipulation to Extend Deadline for Conducting Early Neutral Evaluation. Signed by Magistrate Judge Howard R. Lloyd on 4/10/08. (hrllc1, COURT STAFF) (Filed on 4/10/2008) (Entered: April 10, 2008)

April 10, 2008 Remark : Copy of ADR Stipulation and Order re: ENE deadline extension mailed to evaluator Harold J. McElhinny. (hrllc1, COURT STAFF) (Filed on 4/10/2008) (Entered: April 10, 2008)

April 11, 2008 73 Reply to Opposition to Defendant's Motion to Dismiss ( 64 ) re: ( 49 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 4/11/2008) Modified to add linkage on 4/14/2008 (srm, COURT STAFF). Modified on 4/15/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 11, 2008)

April 16, 2008 74 Letter dated April 16, 2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 4/16/2008) (Entered: April 16, 2008)

April 23, 2008 75 ADR Clerk's Notice Setting ADR Phone Conference on Thursday, May 1, 2008 at 2:00 p.m. pacific time. The ADR Program will initiate the call. (af, COURT STAFF) (Filed on 4/23/2008) (Entered: April 23, 2008)

May 1, 2008 ADR Remark: ADR Phone Conference conducted on 5/1/2008 by Robin W. Siefkin, ADR Program Staff Attorney. (af, COURT STAFF) (Filed on 5/1/2008) (Entered: May 1, 2008)

May 12, 2008 76 Letter dated 5/12/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 5/12/2008) (Entered: May 12, 2008)

May 12, 2008 Set/Reset Hearings: ENE Hearing set for 7/9/2008 10:00 AM., at the Evaluator's office, Morrison & Foerster, 425 Market Street, San Francisco, CA 94105. Please take note that this date is beyond the court set deadline for the ENE and is subject to approval by the court. (af, COURT STAFF) (Filed on 5/12/2008) (Entered: May 12, 2008)

May 13, 2008 77 Minute Entry: Motion Hearing held on 5/13/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 5/13/2008) re 49 (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 5/13/2008) (Entered: May 13, 2008)

May 13, 2008 78 STIPULATION and Order to Extend Deadline for Conducting ENE. Signed by Judge Howard R. Lloyd. by Coupons, Inc. (Cusack, Dennis) (Filed on 5/13/2008) Modified on 5/14/2008 (bw, COURT STAFF)). Modified on 5/15/2008 (bw, COURT STAFF). (Entered: May 13, 2008)

May 19, 2008 79 MOTION to Strike Plaintiff's Supplemental Letter Brief Following Hearing on Motion to Dismiss filed by John Stottlemire. (Stottlemire, John) (Filed on 5/19/2008) (Entered: 05/19/2008)

May 19, 2008 80 (Proposed) Order Granting Defendant's Motion to Strike Plaintiff's Supplemental Letter Brief Following Hearing on Motion to Dismiss ( 79 ) by John Stottlemire. (Stottlemire, John) (Filed on 5/19/2008) Linkage added on 5/19/2008 (bw, COURT STAFF). (Entered: May 19, 2008)

May 20, 2008 81 Opposition of Defendant's Motion to Strike Plaintiff's Letter Brief filed by Coupons, Inc. (Alameda, Carly) (Filed on 5/20/2008) Modified on 5/21/2008 (bw, COURT

STAFF). (Entered: 05/20/2008)

May 29, 2008 ADR Remark: The deadline for conducting the ENE has been extended to July 18, 2008 78 . (af, COURT STAFF) (Filed on 5/29/2008) (Entered: May 29, 2008)

July 1, 2008 82 STIPULATION and (Proposed) Order to Extend Deadline for Conducting Early Neutral Evaluation by Coupons, Inc. (Alameda, Carly) (Filed on 7/1/2008) Text modified on 7/1/2008 (bw, COURT STAFF). (Entered: July 1, 2008)

July 2, 2008 83 ORDER by Judge Howard R. Lloyd granting in part and denying in part 49 Motion to Dismiss; denying 79 Motion to Strike. (hrllc1, COURT STAFF) (Filed on 7/2/2008) (Entered: July 2, 2008)

July 2, 2008 84 STIPULATION AND ORDER re ( 82 ) . Signed by Judge Howard R. Lloyd on 07/02/08. (hrllc1, COURT STAFF) (Filed on 7/2/2008) Linkage added on 7/8/2008 (bw, COURT STAFF). (Entered: July 2, 2008)

July 17, 2008 85 STIPULATION AND PROPOSED ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE by Coupons, Inc. (Cusack, Dennis) (Filed on 7/17/2008) Modified on 7/18/2008 (bw, COURT STAFF). (Entered: July 17, 2008)

July 18, 2008 86 STIPULATION AND ORDER VACATING PRE-TRIAL AND TRIAL DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE FOR 9/23/08 re 85 . Signed by Magistrate Judge Howard R. Lloyd on 7/18/08. (hrllc1, COURT STAFF) (Filed on 7/18/2008) (Entered: July 18, 2008)

July 22, 2008 87 Third Amended Complaint (jury demand) against John Stottlemire. Filed by Coupons, Inc. (Cusack, Dennis) (Filed on 7/22/2008) Modified on 7/23/2008 (bw, COURT STAFF). (Entered: July 22, 2008)

July 25, 2008 Pre ENE phone conference scheduled on Friday, July 25, 2008 at 1:00 p.m. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July 25, 2008)

July 25, 2008 88 Letter from Evaluator, Harold J. McElhinny dated 7/25/2008. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July 25, 2008)

July 25, 2008 Set/Reset Hearings: ENE Hearing set for 9/8/2008 10:00 AM., at the offices of Morrison & Foerster LLP, 425 Market Street, 33rd Floor, San Francisco, CA 94105. ENE statements should be in Evaluator's possession no later than close of business on Tuesday, 9/2/2008. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July 25, 2008)

July 28, 2008 89 Administrative MOTION to Extend Time to Respond to Third Amended Complaint re 87 filed by John Stottlemire. (Stottlemire, John) (Filed on 7/28/2008) Text modified on 7/29/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: July 28, 2008) ·

July 31, 2008 90 Memorandum in Opposition to Defendant's Motion to Extend Time to Respond to Amended Complaint re ( 89 ) filed by Coupons, Inc. (Alameda, Carly) (Filed on 7/31/2008) Text modified and Linkage added on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

July 31, 2008 91 Declaration of Dennis M. Cusack in Opposition to Defendant's Motion to Extend Time to Respond to Third Amended Complaint 90 filed by Coupons, Inc. (Alameda, Carly) (Filed on 7/31/2008) Text modified on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

July 31, 2008 92 (Proposed) Order Denying Defendant's Motion to Extend Time to Respond to Third Amended Complaint re 90 by Coupons, Inc. (Alameda, Carly) (Filed on 7/31/2008) Text modified on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

August 8, 2008 93 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part 89 Motion for Extension of Time to Answer (hrllc1, COURT STAFF) (Filed on 8/8/2008) (Entered: August 8, 2008)

August 20, 2008 94 STIPULATION and [Proposed] Order to Extend Deadline for Conducting Early Neutral Evaluation by Coupons, Inc. (Cusack, Dennis) (Filed on 8/20/2008) Modified on 8/21/2008 (bw, COURT STAFF). (Entered: August 20, 2008)

August 25, 2008 95 STIPULATION AND ORDER re 94 Stipulation filed by Coupons, Inc. Signed by Magistrate Judge Howard R. Lloyd on 8/25/08. (hrllc1, COURT STAFF) (Filed on 8/25/2008) (Entered: August 25, 2008)

September 3, 2008 96 MOTION for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure filed by John Stottlemire. Motion Hearing set for 11/4/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 9/3/2008) (Entered: September 3, 2008)

September 22, 2008 97 MOTION to Dismiss Plaintiff's Third Amended Complaint re ( 87 ) filed by John Stottlemire. Motion Hearing set for 11/4/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 9/22/2008) Linkage 9/22/2008 (bw, COURT STAFF). (Entered: 09/22/2008)

September 22, 2008 98 (Proposed) Order Granting MOTION to Dismiss Plaintiff's Third Amended Complaint re 97 by John Stottlemire. (Stottlemire, John) (Filed on 9/22/2008) Text modified on 9/22/2008 (bw, COURT STAFF). (Entered: September 22, 2008)

October 7, 2008 99 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure re 96 filed by Coupons, Inc. (Attachments: # 1 Exhibit A & B)(Cusack, Dennis) (Filed on 10/7/2008)Text modified on 10/8/2008 (bw, COURT STAFF). (Entered: October 7, 2008)

October 7, 2008 100 Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss Third Amended Complaint re 97 filed by Coupons, Inc. (Cusack, Dennis) (Filed on 10/7/2008) Text modified on 10/8/2008 (bw, COURT STAFF). (Entered: October 7, 2008)

October 20, 2008 101 Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure ( 96 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/20/2008) Modified text to add linkage on 10/21/2008 (srm, COURT STAFF). Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 20, 2008)

October 20, 2008 102 Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Third Amended Complaint ( 97 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/20/2008) Modified text to add linkage on 10/21/2008 (srm, COURT STAFF). Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 20, 2008)

October 22, 2008 103 Letter from Evaluator, Harold J. McElhinny, dated 10/21/08. (af, COURT STAFF) (Filed on 10/22/2008) (Entered: October 22, 2008)

October 22, 2008 Set/Reset Hearings: ENE Hearing set for 11/13/2008 10:00 AM., at the Evaluator's offices, Morrison & Foerster, 425 Market Street, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 10/22/2008) (Entered: October 22, 2008)

October 27, 2008 104 STIPULATION and [Proposed] Order to Extend Deadline for Conducting Early Neutral Evaluation (with cover letter) by Coupons, Inc. (Cusack, Dennis) (Filed on 10/27/2008) Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 27, 2008)

October 31, 2008 105 STIPULATION AND ORDER EXTENDING ENE DEADLINE. Signed by Magistrate Judge Howard R. Lloyd on 10/31/08. (hrllc1, COURT STAFF) (Filed on 10/31/2008) (Entered: October 31, 2008)

November 4, 2008 106 Minute Entry: Motion Hearing held on 11/4/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 11/4/2008) re 97 , 96 . (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 11/4/2008) (Entered: November 4, 2008)

November 6, 2008 107 ORDER by Magistrate Judge Howard R. Lloyd denying 96 Motion for Sanctions; denying 97 Motion to Dismiss (hrllc1, COURT STAFF) (Filed on 11/6/2008) (Entered: November 6, 2008)

November 7, 2008 Set/Reset Hearings: ENE Hearing set for 11/13/2008 10:00 AM., at the offices of Morrison & Foerster, 755 Page Mill Road, Palo Alto, CA 94304-1018, 650-813-5600 (af, COURT STAFF) (Filed on 11/7/2008) (Entered: November 7, 2008)

November 12, 2008 108 Administrative Motion to Extend Time to Answer Third Amended Complaint re ( 87 ) filed by John Stottlemire. (Attachments: # 1 Declaration Of John Stottlemire In Support of Motion to Extend Time, # 2 (Proposed) Order (Stottlemire, John) (Filed on 11/12/2008) Text modified on 11/12/2008 conforming to posted docouments, linkage added (bw, COURT STAFF). (Entered: November 12, 2008)

November 12, 2008 109 Letter from Evaluator, Harold J. McElhinny, dated 11/10/08.. (af, COURT STAFF) (Filed on 11/12/2008) (Entered: November 12, 2008)

November 12, 2008 ADR Remark: The locale for the ENE scheduled on Thursday, November 13, 2008 will now be Morrison & Foerster LLP, 425 Market Street, 33rd Floor, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 11/12/2008) (Entered: November 12, 2008)

November 14, 2008 110 Letter from Plaintiff's Counsel re successful ENE. (Alameda, Carly) (Filed on 11/14/2008) (Entered: November 14, 2008)

November 17, 2008 111 CERTIFICATION OF ENE Session on 11/13/2008, case fully settled, ENE complete. Signed by Evaluator, Harold J. McElhinny dated 11/13/2008. (af, COURT STAFF) (Filed on 11/17/2008) (af, COURT STAFF). (Entered: November 17, 2008)

Reply

---

11-20-2008, 10:19 AM                                                                                    #7

**playa07**

*Get over it*



life is pain

Date Joined:       Oct 2007
Posts              499
Reputation:        230

Right On!!!

So, are you allowed to post anymore blogs about how to remove this damn software from our machines without formatting the entire PC?

11-20-2008, 10:20 AM

**MarkBett**

*The original gay ...*

H

Date Joined:     Nov 2003
Location:     California (Bay Area)
Posts:     3,580
Reputation:     202

looks like op created multiple accounts to try to get coupons for free stuff and other coupons and violated the dmca and also "sold" coupons as well as circumvented the software to allow multiple copies of copons

*Last edited by MarkBett : 11-20-2008 at 10:24 AM.*

11-20-2008, 10:20 AM

**Max**

*Temporarily Banned*



Date Joined:     Sep 2006
Location:     Work.........................
     Working hard or hardly working.
Posts:     11,480
Reputation:     533

Quote from MarkBett 📝 :

Coupons, Inc. v. Stottlemire

Plaintiff Coupons, Inc. alleged that Defendant John Stottlemire intentionally circumvented technological measures used to limit the number of times a visitor to the coupons.com website may print a coupon.
Tags: copyright,coupons,digital millennium copyright act,dmca
Plaintiff: Coupons, Inc.
Defendant: John Stottlemire

Case Number: 5:2007cv03457
Filed: July 2, 2007

Court: California Northern District Court
Office: San Jose Office [ Court Info ]
County: Santa Clara
Presiding Judge: Magistrate Judge Howard R. Lloyd

Nature of Suit: Intellectual Property - Copyrights
Cause: 28:1331 Fed. Question
Jurisdiction: Federal Question
Jury Demanded By: Plaintiff
Date Filed # Docket Text
July 2, 2007 1 COMPLAINT for Violations of the Digital Millennium Copyright Act and Related State Law Claims (Summons Issued; jury demand; against John Stottlemire ( Filing fee $ 350, receipt number 54611001279). Filed by Coupons, Inc.. (bw, COURT STAFF) (Filed on 7/2/2007) Additional attachment(s) added on 7/2/2007 (bw, COURT STAFF). (Entered: July 2, 2007)
July 2, 2007 2 ADR SCHEDULING ORDER: Case Management Statement due by 10/2/2007. Case Management Conference set for 10/9/2007 01:30 PM. (bw, COURT STAFF) (Filed on 7/2/2007) Additional attachment(s) added on 7/2/2007 (bw, COURT STAFF). (Entered: July 2, 2007)
July 2, 2007 Summons Issued as to John Stottlemire. (bw, COURT STAFF) (Filed on 7/2/2007) (Entered: July 2, 2007)
July 2, 2007 CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 7/2/2007) (Entered: July 2, 2007)
July 2, 2007 REPORT on the filing or determination of an action regarding Copyright Infringement (cc: form mailed to register). (bw, COURT STAFF) (Filed on 7/2/2007) (Entered: July 2, 2007)
July 18, 2007 3 Proof of Personal Service of Summons on Defendant John Stottlemire on 7/6/2007, answer due 7/26/2007.re ( 1 ), ( 2 ) filed by Coupons, Inc. (Hire, Hollis) (Filed on 7/18/2007) Modified on 7/19/2007 hyper link added (bw, COURT STAFF). (Entered: July 18, 2007)
July 23, 2007 4 STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT ( 1 ) by Coupons, Inc. (Hire, Hollis) (Filed on 7/23/2007) Modified on 7/24/2007 (bw, COURT STAFF). (Entered: July 23, 2007)
July 24, 2007 5 Administrative Motion to Extend Time to Respond to

Complaint ( 1 ) filed by John Stottlemire. (bw, COURT STAFF) (Filed on 7/24/2007) (Entered: July 24, 2007)

July 24, 2007 (Proposed) Order Granting Motion to Extend Time to Respond to Complaint ( 1 ), re 5 by John Stottlemire. (bw, COURT STAFF) (Filed on 7/24/2007) (Entered: July 24, 2007)

July 24, 2007 6 CONSENT to Proceed Before a US Magistrate Judge by John Stottlemire. (bw, COURT STAFF) (Filed on 7/24/2007) (Entered: July 25, 2007)

July 26, 2007 7 Opposition to Motion to Extend Time to Respond to Complaint filed by Coupons, Inc. (Hire, Hollis) (Filed on 7/26/2007) Text modified on 8/8/2007 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: July 26, 2007)

August 1, 2007 8 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part re 5 MOTION for Extension of Time to File Response/Reply as to 1 Complaint, Response due by 9/24/2007.(hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)

August 1, 2007 Set/Reset Hearings: Initial Case Management Conference set for 11/6/2007 01:30 PM. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)

August 1, 2007 Set/Reset Deadlines: Last day to meet and confer re: initial disclosures, etc... 10/16/2007. Case Management Statement due by 10/30/2007. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)

August 1, 2007 9 ORDER GRANTING Administrative Motion to Allow Pro Se Defendant to E-file. Signed by Magistrate Judge Howard R. Lloyd on 8/1/07. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: 08/01/2007)

August 29, 2007 10 CONSENT to Proceed Before a US Magistrate Judge by Coupons, Inc.(Hire, Hollis) (Filed on 8/29/2007) Modified on 8/30/2007 (bw, COURT STAFF). (Entered: August 29, 2007)

August 29, 2007 11 First Amended Complaint for Violations of the Digital Millennium Copyright Act and Related State Law Claims against all defendants. Filed by Coupons, Inc. (Hire, Hollis) (Filed on 8/29/2007) Text modified on 8/30/2007 to conform to document caption post by counsel (bw, COURT STAFF). Modified on 8/31/2007 (sp, COURT STAFF). (Entered: August 29, 2007)

September 24, 2007 12 Motion to Dismiss for Failure to State a Claim on Which Relief can be Granted, or in the Alternative, for Summary Judgment; Memorandum of Points and Authorities in Support Thereof filed by John Stottlemire. Motion Hearing set for 11/13/2007 10:00 AM. (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

September 24, 2007 13 REQUEST of Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc.'s First Amended Complaint ( 11 ), or in the Alternative, Summary Judgment re ( 12 ) by John Stottlemire. (bw, COURT STAFF) (Filed on 9/24/2007) Modified on 9/27/2007 (bw, COURT STAFF). (Entered: September 25, 2007)

September 24, 2007 (Proposed) Order Granting Defendant John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint ( 11 ) Pursuant to Rule 12(B)(6) of the Federal Fule of Civil Procedure filed by John Stottlemire. (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

September 24, 2007 14 CERTIFICATE OF SERVICE by John Stottlemire re ( 12 ), ( 13 ) (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

October 15, 2007 15 Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Procedure; Supporting Memorandum of Points and Authorities filed by John Stottlemire. Motion Hearing set for 11/20/2007 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Supplement Request For Judicial Notice and Exhibits# 2 (Proposed) Order (Stottlemire, John) (Filed on 10/15/2007)Text modified on 10/15/2007 (bw, COURT STAFF). (Entered: October 15, 2007)

October 19, 2007 16 NOTICE of Substitution of Counsel by Dennis M. Cusack (Cusack, Dennis) (Filed on 10/19/2007) (Entered: October 19, 2007)

October 22, 2007 17 Motion to Continue Hearing and Case Management Dates by Coupons, Inc. (Cusack, Dennis) (Filed on 10/22/2007) Text modified on 10/23/2007 (bw, COURT STAFF). (Entered: October 22, 2007)

October 22, 2007 18 Declaration in of Dennis M. Cusack in Support of Motion to Continue Hearing and Case Management Dates 17 filed by Coupons, Inc. (Attachments: # 1 Proposed Order For Continuance of Hearing and Case Management Dates)(Related document(s) 17 ) (Cusack, Dennis) (Filed on 10/22/2007) Modified on 10/23/2007 (bw, COURT STAFF). (Entered: October 22, 2007)

October 22, 2007 19 Opposition to Motion to Continue Hearing and Case Management Dates re ( 17 ) filed by John Stottlemire. (Stottlemire, John)

(Filed on 10/22/2007) Text modified on 10/23/2007, linkage added (bw, COURT STAFF). (Entered: October 22, 2007)

October 24, 2007 20 ORDER re 17 Notice to Continue Hearing and Case Management Dates filed by Coupons, Inc., and 19 Memorandum in Opposition filed by John Stottlemire (re: Ineffective substitution of counsel). Signed by Magistrate Judge Howard R. Lloyd on 10/24/07. (hrllc1, COURT STAFF) (Filed on 10/24/2007) (Entered: October 24, 2007)

October 24, 2007 Set/Reset Hearings: Motion Hearing set for 12/4/2007 10:00 AM in Courtroom 2, 5th Floor, San Jose re: Docket Nos. 12 and 15 . (hrllc1, COURT STAFF) (Filed on 10/24/2007) (Entered: October 24, 2007)

November 13, 2007 21 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion to Dismiss or in the Alternative Motion for Summary Judgment; Opposition to Request for Judicial Notice, Objections to Evidence and Motion to Strike; Coupon's Opposition to Defendant's Motion for Sanction re ( 12 ), ( 15 ), ( 28 ) filed by Coupons, Inc. (Cusack, Dennis) (Filed on 11/13/2007) Text modified and linkage added on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 22 Appendix in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss re 21 filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 23 Declaration of ED (BUD) MILLER in Support of 21 of Motion to Dismiss - Motion to Strike - Motion for Sanctions filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 24 Declaration of JEFFREY WEITZMAN in Support of 21 filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 25 Declaration of Proof of Service by Coupons, Inc. re 21 (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 26 HOLLIS BETH HIRE AND WILSON SONSINI GOODRICH & ROSATI'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION FOR SANCTIONS ( 15 ) filed by Coupons, Inc. (Hire, Hollis) (Filed on 11/13/2007) Text modified and linkage added on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 27 Declaration of HOLLIS BETH HIRE in Support of 26 filed by Coupons, Inc. (Attachments: # 1 Exhibit 1)(Related document(s) 26 ) (Hire, Hollis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 14, 2007 28 Ex Parte MOTION to Strike Plaintiff's Opposition to Defendant's Motion To Dismiss ( 21 ), ( 22 ), ( 23 ), ( 24 ), ( 25 ) filed by John Stottlemire. (Attachments: # 1 Proposed Order)(Stottlemire, John) (Filed on 11/14/2007) Modified on 11/15/2007 and linkage added (bw, COURT STAFF). (Entered: 11/14/2007)

November 19, 2007 29 Declaration of John A Stottlemire in Support of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment 13 filed by John Stottlemire. (Attachments: # 1 Exhibits G and H) (Related document(s) 13 ) (Stottlemire, John) (Filed on 11/19/2007) Modified on 11/20/2007 (bw, COURT STAFF). (Entered: November 19, 2007)

November 20, 2007 30 Reply to Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Modified on 11/20/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

November 20, 2007 31 Reply to Opposition Defendant's to Request for Judicial Notice re ( 13 ) , filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Text modified on 11/21/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

November 20, 2007 32 CERTIFICATE OF SERVICE by John Stottlemire re 29 Declaration in Support, of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 33 CERTIFICATE OF SERVICE by John Stottlemire re 30 Reply to Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 34 CERTIFICATE OF SERVICE by John Stottlemire re 31 Reply to Opposition Request for Judicial Notice, Objections to Evidence

and Motion to Strike (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 35 Reply to Hollis Beth Hire Wilson Sonsini Goodrich and Rosati's Opposition to Defendant's Motion for Sanctions filed by Hollis Beth Hire 26 and Coupons, Inc 21 filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Text modified on 11/21/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

December 4, 2007 36 Minute Entry: Motion Hearing held on 12/4/2007 before Magistrate Judge Howard R. Lloyd (Date Filed: 12/4/2007) re 12 , 15 , 28 Case Management Conference set for 2/5/2008 01:30 PM. (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 12/4/2007) (Entered: December 4, 2007)

December 7, 2007 37 ORDER re-setting the Case Management Conference. Signed by Magistrate Judge Howard R. Lloyd on 12/7/07. (hrllc1, COURT STAFF) (Filed on 12/7/2007) (Entered: December 7, 2007)

December 7, 2007 38 MOTION to Withdraw as Attorney filed by Coupons, Inc. (Hire, Hollis) (Filed on 12/7/2007) Modified on 12/10/2007 (bw, COURT STAFF). (Entered: December 7, 2007)

December 12, 2007 39 ORDER by Magistrate Judge Howard R. Lloyd:granting in part and denying in part 12 Motion to Dismiss; denying 12 Motion for Summary Judgment; denying 15 Motion for Sanctions; denying 28 Motion to Strike. Plaintiff has until January 2, 2008 to file amended complaint. (hrllc1, COURT STAFF) (Filed on 12/12/2007) (Entered: December 12, 2007)

December 12, 2007 40 ORDER by Magistrate Judge Howard R. Lloyd granting 38 Motion to Withdraw as Attorney. Attorneys Hollis Beth Hire and John Lawrence Slafsky terminated. (hrllc1, COURT STAFF) (Filed on 12/12/2007) (Entered: December 12, 2007)

December 27, 2007 41 SECOND AMENDED COMPLAINT against John Stottlemire. Filed byCoupons, Inc. (Cusack, Dennis) (Filed on 12/27/2007) Text modified on 12/27/2007 (bw, COURT STAFF). (Entered: December 27, 2007)

January 2, 2008 Summons Issued as to John Stottlemire re Second Amended Complaint ( 41 ) (bw, COURT STAFF) (Filed on 1/2/2008) (Entered: January 2, 2008)

January 7, 2008 42 STIPULATION to Extend Time To Respond to Second Amended Complaint re 41 Amended Complaint by John Stottlemire. (Stottlemire, John) (Filed on 1/7/2008) Text modified on 1/8/2008 (bw, COURT STAFF). (Entered: January 7, 2008)

January 14, 2008 43 Administrative MOTION to Extend Time to Respond to Second Amended Complaint re 41 Amended Complaint filed by John Stottlemire. (Stottlemire, John) (Filed on 1/14/2008) Text modified on 1/15/2008 (bw, COURT STAFF). (Entered: January 14, 2008)

January 18, 2008 44 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part 43 Administrative Motion for Extension of Time to Answer. (hrllc1, COURT STAFF) (Filed on 1/18/2008) (Entered: January 18, 2008)

January 29, 2008 45 JOINT CASE MANAGEMENT CONFERENCE STATEMENT filed by John Stottlemire. (Stottlemire, John) (Filed on 1/29/2008) Text modified on 1/30/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: January 29, 2008)

February 5, 2008 46 Minute Entry: Initial Case Management Conference held on 2/5/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 2/5/2008). (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 2/5/2008) (Entered: February 5, 2008)

February 6, 2008 47 ORDER REFERRING CASE to Early Neutral Evaluation; CASE MANAGEMENT SCHEDULING ORDER: Jury Trial set for 3/23/2009 08:00 AM in Courtroom 2, 5th Floor, San Jose. Pretrial Conference set for 3/17/2009 01:30 PM in Courtroom 2. Signed by Magistrate Judge Howard R. Lloyd on 2/6/08. (hrllc1, COURT STAFF) (Filed on 2/6/2008) (Entered: February 6, 2008)

February 11, 2008 48 ADR Clerk's Notice Setting ADR Phone Conference on Wednesday, February 20, 2008 at 10:00 a.m. The ADR Program will initiate the call. (af, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/11/2008)

February 20, 2008 ADR Remark: ADR Phone Conference conducted on 2/20/2008 by Robin W. Siefkin, ADR Program Staff Attorney. (af, COURT STAFF) (Filed on 2/20/2008) (Entered: February 20, 2008)

February 26, 2008 49 MOTION to Dismiss Second Amended Complaint filed by John Stottlemire. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 2/26/2008) (Entered: February 26, 2008)

February 27, 2008 50 ADR Clerk's Notice Appointing Harold J. McElhinny

as ENE Evaluator. (af, COURT STAFF) (Filed on 2/27/2008) (Entered: February 27, 2008)

February 28, 2008 51 Letter dated 2/28/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 2/28/2008) (Entered: February 28, 2008)

March 4, 2008 52 Letter dated 3/4/2008 from Evaluator, Harold J. McElhinny's office. (af, COURT STAFF) (Filed on 3/4/2008) (Entered: March 4, 2008)

March 4, 2008 Pre ENE phone conference scheduled on Friday, March 14, 2008 at 9:30 a.m. (af, COURT STAFF) (Filed on 3/4/2008) (Entered: March 4, 2008)

March 13, 2008 53 Letter dated 3/13/2008 from Harold J. McElhinny rescheduing the pre ENE telephone conference from 9:30 a.m., to 9:45 a.m., on 3/14/2008. (af, COURT STAFF) (Filed on 3/13/2008) (Entered: 03/13/2008)

March 17, 2008 54 Letter dated 3/14/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 3/17/2008) (Entered: March 17, 2008)

March 17, 2008 Set/Reset Hearings: ENE Hearing set for 5/5/2008 10:00 AM., at the evaluator's offices, Morrison Foerster, 425 Market Street, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 3/17/2008) (Entered: March 17, 2008)

March 25, 2008 55 Motion and of the Electronic Frontier Foundation for Leave to File Amicus Curiae Brief in Support of Defendant's Motion to Dismiss ( 49 ) filed by Electronic Frontier Foundation. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Declaration of Jennifer Lynch In Support of Motion to File Amicus Brief, # 2 (Proposed) Order, # 3 Exhibit Amicus Brief of Electronic Frontier Foundation in Support of Defendant's Motion to Dismiss) (Lynch, Jennifer) (Filed on 3/25/2008) Text modified on 3/26/2008 conforming to posted document caption, linkage added (bw, COURT STAFF). (Entered: March 25, 2008)

March 25, 2008 56 MOTION of the Electronic Frontier Foundation for Leave to Particiapate in Oral Argument filed by Electronic Frontier Foundation. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Proposed Order) (Lynch, Jennifer) (Filed on 3/25/2008) Text modified on 3/25/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: March 25, 2008)

March 28, 2008 57 STIPULATION and [Proposed] Order to Extend Time to File Opposition and Reply to Motion to Dismiss by Coupons, Inc. (Cusack, Dennis) (Filed on 3/28/2008) Modified on 3/31/2008 (bw, COURT STAFF). (Entered: March 28, 2008)

March 28, 2008 58 Declaration of Dennis M. Cusack in Support of Stipulation and [Proposed] Order to Extend Time to File Opposition and Reply to Motion to Dismiss 57 filed byCoupons, Inc. (Related document(s) 57 ) (Cusack, Dennis) (Filed on 3/28/2008) Modified on 3/31/2008 (bw, COURT STAFF). (Entered: March 28, 2008)

March 31, 2008 59 ORDER by Magistrate Judge Howard R. Lloyd granting 55 Motion to File Amicus Curiae Brief. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: March 31, 2008)

March 31, 2008 60 ORDER by Magistrate Judge Howard R. Lloyd granting 56 Amicus Curiae Motion for Leave to Appear. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: March 31, 2008)

March 31, 2008 61 ORDER re 57 Stipulation to extend dates. Hearing on Defendant's Motion to Dismiss CONTINUED to 5/6/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. Signed by Magistrate Judge Howard R. Lloyd on 3/31/08. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008)

April 3, 2008 62 STIPULATION and (Proposed) Order to Continue Hearing Date on Defendant's Motion to Dismiss re 49 . 61 by Electronic Frontier Foundation. (Attachments: # 1 Declaration of Jennifer Lynch in Support of Stipulation and [Proposed] Order to Continue Hearing Date)(Lynch, Jennifer) (Filed on 4/3/2008) Text modified on 4/4/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 3, 2008)

April 3, 2008 63 ORDER re 62 Stipulation to Continue Hearing; STIPULATION AND ORDER. Signed by Magistrate Judge Howard R. Lloyd on 4/3/08. (hrllc1, COURT STAFF) (Filed on 4/3/2008) (Entered: April 3, 2008)

April 4, 2008 64 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion to Dismiss ( 49 ) filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption, linkage added (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 65 Appendix of Non-Federal and Unpublished authorities Cited

in Coupon's Coupons' Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion to Dismiss re 64 filed by Coupons, Inc. (Attachments: # 1 Exhibit A through C to Appendix of Non-Federal and Unpublished Authorities)(Related document(s) 64 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 66 EXHIBIT D to the Appexdix of Non-Federal and Unpublished Authorities Cited in Coupon's Opposition to Stottlemire's Motion to Dismiss re 65 Appendix, of Non-Federal and Unpublished Authorities filed byCoupons, Inc. (Related document(s) 65 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 67 EXHIBITS E to the appendix of Non-Federal and Unpublished authorities Cited in Coupon's Opposition to Stottlemeire's Motion to Dismiss Ure 65 Appendix, Exhs E-I, of Non-Federal and Unpublished Authorities filed by Coupons, Inc. (Attachments: # 1 Exhibit G through I to the Appendix) (Related document(s) 65 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 68 (Proposed) Order Denying Defendant John Stottlemire's Motion to Dismiss re 64 Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 69 **FILED IN ERROR* SEE DOCKET ( 68 )**** AFFIDAVIT of Service for Opposition to Motion to Dismiss via Mail served on John Stottlemire, defendant on 04/04/2008, filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Modified on 4/7/2008 (bw, COURT STAFF). (Entered: April 4, 2008)

April 7, 2008 70 Declaration of Proof of Service for Opposition to Defendant's Motion to Dismiss served on Defendant John Stottlemire on Friday, April 4, 2008, re ( 64 ), ( 65 ), ( 68 ) filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/7/2008) Text modified on 4/7/2008 to conform to posted document caption, linkage added (bw, COURT STAFF). (Entered: April 7, 2008)

April 8, 2008 71 STIPULATION and [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION by Coupons, Inc. (Alameda, Carly) (Filed on 4/8/2008) Modified on 4/9/2008 (bw, COURT STAFF). (Entered: April 8, 2008)

April 10, 2008 72 ORDER re 71 Stipulation to Extend Deadline for Conducting Early Neutral Evaluation. Signed by Magistrate Judge Howard R. Lloyd on 4/10/08. (hrllc1, COURT STAFF) (Filed on 4/10/2008) (Entered: April 10, 2008)

April 10, 2008 Remark : Copy of ADR Stipulation and Order re: ENE deadline extension mailed to evaluator Harold J. McElhinny. (hrllc1, COURT STAFF) (Filed on 4/10/2008) (Entered: April 10, 2008)

April 11, 2008 73 Reply to Opposition to Defendant's Motion to Dismiss ( 64 ) re: ( 49 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 4/11/2008) Modified to add linkage on 4/14/2008 (srm, COURT STAFF). Modified on 4/15/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 11, 2008)

April 16, 2008 74 Letter dated April 16, 2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 4/16/2008) (Entered: April 16, 2008)

April 23, 2008 75 ADR Clerk's Notice Setting ADR Phone Conference on Thursday, May 1, 2008 at 2:00 p.m. pacific time. The ADR Program will initiate the call. (af, COURT STAFF) (Filed on 4/23/2008) (Entered: April 23, 2008)

May 1, 2008 ADR Remark: ADR Phone Conference conducted on 5/1/2008 by Robin W. Siefkin, ADR Program Staff Attorney. (af, COURT STAFF) (Filed on 5/1/2008) (Entered: May 1, 2008)

May 12, 2008 76 Letter dated 5/12/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 5/12/2008) (Entered: May 12, 2008)

May 12, 2008 Set/Reset Hearings: ENE Hearing set for 7/9/2008 10:00 AM., at the Evaluator's office, Morrison & Foerster, 425 Market Street, San Francisco, CA 94105. Please take note that this date is beyond the court set deadline for the ENE and is subject to approval by the court. (af, COURT STAFF) (Filed on 5/12/2008) (Entered: May 12, 2008)

May 13, 2008 77 Minute Entry: Motion Hearing held on 5/13/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 5/13/2008) re 49 (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 5/13/2008) (Entered: May 13, 2008)

May 13, 2008 78 STIPULATION and Order to Extend Deadline for

Conducting ENE. Signed by Judge Howard R. Lloyd. by Coupons, Inc.
(Cusack, Dennis) (Filed on 5/13/2008) Modified on 5/14/2008 (bw, COURT
STAFF)). Modified on 5/15/2008 (bw, COURT STAFF). (Entered: May 13,
2008)

May 19, 2008 79 MOTION to Strike Plaintiff's Supplemental Letter Brief
Following Hearing on Motion to Dismiss filed by John Stottlemire.
(Stottlemire, John) (Filed on 5/19/2008) (Entered: 05/19/2008)

May 19, 2008 80 (Proposed) Order Granting Defendant's Motion to Strike
Plaintiff's Supplemental Letter Brief Following Hearing on Motion to Dismiss
( 79 ) by John Stottlemire. (Stottlemire, John) (Filed on 5/19/2008) Linkage
added on 5/19/2008 (bw, COURT STAFF). (Entered: May 19, 2008)

May 20, 2008 81 Opposition of Defendant's Motion to Strike Plaintiff's Letter
Brief filed by Coupons, Inc. (Alameda, Carly) (Filed on 5/20/2008) Modified
on 5/21/2008 (bw, COURT STAFF). (Entered: 05/20/2008)

May 29, 2008 ADR Remark: The deadline for conducting the ENE has been
extended to July 18, 2008 78 . (af, COURT STAFF) (Filed on 5/29/2008)
(Entered: May 29, 2008)

July 1, 2008 82 STIPULATION and (Proposed) Order to Extend Deadline for
Conducting Early Neutral Evaluation by Coupons, Inc. (Alameda, Carly)
(Filed on 7/1/2008) Text modified on 7/1/2008 (bw, COURT STAFF).
(Entered: July 1, 2008)

July 2, 2008 83 ORDER by Judge Howard R. Lloyd granting in part and
denying in part 49 Motion to Dismiss; denying 79 Motion to Strike. (hrllc1,
COURT STAFF) (Filed on 7/2/2008) (Entered: July 2, 2008)

July 2, 2008 84 STIPULATION AND ORDER re ( 82 ) . Signed by Judge
Howard R. Lloyd on 07/02/08. (hrllc1, COURT STAFF) (Filed on 7/2/2008)
Linkage added on 7/8/2008 (bw, COURT STAFF). (Entered: July 2, 2008)

July 17, 2008 85 STIPULATION AND PROPOSED ORDER TO VACATE
PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE
MANAGEMENT CONFERENCE by Coupons, Inc. (Cusack, Dennis) (Filed
on 7/17/2008) Modified on 7/18/2008 (bw, COURT STAFF). (Entered: July
17, 2008)

July 18, 2008 86 STIPULATION AND ORDER VACATING PRE-TRIAL AND
TRIAL DATES AND SETTING FURTHER CASE MANAGEMENT
CONFERENCE FOR 9/23/08 re 85 . Signed by Magistrate Judge Howard R.
Lloyd on 7/18/08. (hrllc1, COURT STAFF) (Filed on 7/18/2008) (Entered:
July 18, 2008)

July 22, 2008 87 Third Amended Complaint (jury demand) against John
Stottlemire. Filed by Coupons, Inc. (Cusack, Dennis) (Filed on 7/22/2008)
Modified on 7/23/2008 (bw, COURT STAFF). (Entered: July 22, 2008)

July 25, 2008 Pre ENE phone conference scheduled on Friday, July 25,
2008 at 1:00 p.m. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July
25, 2008)

July 25, 2008 88 Letter from Evaluator, Harold J. McElhinny dated
7/25/2008. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July 25,
2008)

July 25, 2008 Set/Reset Hearings: ENE Hearing set for 9/8/2008 10:00 AM.,
at the offices of Morrison & Foerster LLP, 425 Market Street, 33rd Floor,
San Francisco, CA 94105. ENE statements should be in Evaluator's
possession no later than close of business on Tuesday, 9/2/2008. (af,
COURT STAFF) (Filed on 7/25/2008) (Entered: July 25, 2008)

July 28, 2008 89 Administrative MOTION to Extend Time to Respond to
Third Amended Complaint re 87 filed by John Stottlemire. (Stottlemire,
John) (Filed on 7/28/2008) Text modified on 7/29/2008 conforming to posted
document caption (bw, COURT STAFF). (Entered: July 28, 2008)

July 31, 2008 90 Memorandum in Opposition to Defendant's Motion to
Extend Time to Respond to Amended Complaint re ( 89 ) filed by Coupons,
Inc. (Alameda, Carly) (Filed on 7/31/2008) Text modified and Linkage added
on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

July 31, 2008 91 Declaration of Dennis M. Cusack in Opposition to
Defendant's Motion to Extend Time to Respond to Third Amended
Complaint 90 filed by Coupons, Inc. (Alameda, Carly) (Filed on 7/31/2008)
Text modified on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

July 31, 2008 92 (Proposed) Order Denying Defendant's Motion to Extend
Time to Respond to Third Amended Complaint re 90 by Coupons, Inc.
(Alameda, Carly) (Filed on 7/31/2008) Text modified on 7/31/2008 (bw,
COURT STAFF). (Entered: July 31, 2008)

August 8, 2008 93 ORDER by Magistrate Judge Howard R. Lloyd granting
in part and denying in part 89 Motion for Extension of Time to Answer
(hrllc1, COURT STAFF) (Filed on 8/8/2008) (Entered: August 8, 2008)

August 20, 2008 94 STIPULATION and [Proposed] Order to Extend
Deadline for Conducting Early Neutral Evaluation by Coupons, Inc. (Cusack,
Dennis) (Filed on 8/20/2008) Modified on 8/21/2008 (bw, COURT STAFF).

(Entered: August 20, 2008)

August 25, 2008 95 STIPULATION AND ORDER re 94 Stipulation filed by Coupons, Inc. Signed by Magistrate Judge Howard R. Lloyd on 8/25/08. (hrllc1, COURT STAFF) (Filed on 8/25/2008) (Entered: August 25, 2008)

September 3, 2008 96 MOTION for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure filed by John Stottlemire. Motion Hearing set for 11/4/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 9/3/2008) (Entered: September 3, 2008)

September 22, 2008 97 MOTION to Dismiss Plaintiff's Third Amended Complaint re ( 87 ) filed by John Stottlemire. Motion Hearing set for 11/4/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 9/22/2008) Linkage 9/22/2008 (bw, COURT STAFF). (Entered: 09/22/2008)

September 22, 2008 98 (Proposed) Order Granting MOTION to Dismiss Plaintiff's Third Amended Complaint re 97 by John Stottlemire. (Stottlemire, John) (Filed on 9/22/2008) Text modified on 9/22/2008 (bw, COURT STAFF). (Entered: September 22, 2008)

October 7, 2008 99 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure re 96 filed by Coupons, Inc. (Attachments: # 1 Exhibit A & B)(Cusack, Dennis) (Filed on 10/7/2008)Text modified on 10/8/2008 (bw, COURT STAFF). (Entered: October 7, 2008)

October 7, 2008 100 Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss Third Amended Complaint re 97 filed by Coupons, Inc. (Cusack, Dennis) (Filed on 10/7/2008) Text modified on 10/8/2008 (bw, COURT STAFF). (Entered: October 7, 2008)

October 20, 2008 101 Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure ( 96 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/20/2008) Modified text to add linkage on 10/21/2008 (srm, COURT STAFF). Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 20, 2008)

October 20, 2008 102 Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Third Amended Complaint ( 97 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/20/2008) Modified text to add linkage on 10/21/2008 (srm, COURT STAFF). Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 20, 2008)

October 22, 2008 103 Letter from Evaluator, Harold J. McElhinny, dated 10/21/08. (af, COURT STAFF) (Filed on 10/22/2008) (Entered: October 22, 2008)

October 22, 2008 Set/Reset Hearings: ENE Hearing set for 11/13/2008 10:00 AM., at the Evaluator's offices, Morrison & Foerster, 425 Market Street, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 10/22/2008) (Entered: October 22, 2008)

October 27, 2008 104 STIPULATION and [Proposed] Order to Extend Deadline for Conducting Early Neutral Evaluation (with cover letter) by Coupons, Inc. (Cusack, Dennis) (Filed on 10/27/2008) Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 27, 2008)

October 31, 2008 105 STIPULATION AND ORDER EXTENDING ENE DEADLINE. Signed by Magistrate Judge Howard R. Lloyd on 10/31/08. (hrllc1, COURT STAFF) (Filed on 10/31/2008) (Entered: October 31, 2008)

November 4, 2008 106 Minute Entry: Motion Hearing held on 11/4/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 11/4/2008) re 97 , 96 . (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 11/4/2008) (Entered: November 4, 2008)

November 6, 2008 107 ORDER by Magistrate Judge Howard R. Lloyd denying 96 Motion for Sanctions; denying 97 Motion to Dismiss (hrllc1, COURT STAFF) (Filed on 11/6/2008) (Entered: November 6, 2008)

November 7, 2008 Set/Reset Hearings: ENE Hearing set for 11/13/2008 10:00 AM., at the offices of Morrison & Foerster, 755 Page Mill Road, Palo Alto, CA 94304-1018, 650-813-5600 (af, COURT STAFF) (Filed on 11/7/2008) (Entered: November 7, 2008)

November 12, 2008 108 Administrative Motion to Extend Time to Answer Third Amended Complaint re ( 87 )filed by John Stottlemire. (Attachments: # 1 Declaration Of John Stottlemire In Support of Motion to Extend Time, # 2 (Proposed) Order (Stottlemire, John) (Filed on 11/12/2008) Text modified on 11/12/2008 conforming to posted docouments, linkage added (bw, COURT STAFF). (Entered: November 12, 2008)

November 12, 2008 109 Letter from Evaluator, Harold J. McElhinny, dated 11/10/08.. (af, COURT STAFF) (Filed on 11/12/2008) (Entered: November 12, 2008)

November 12, 2008 ADR Remark: The locale for the ENE scheduled on Thursday, November 13, 2008 will now be Morrison & Foerster LLP, 425 Market Street, 33rd Floor, San Francisco, CA 94105. (af, COURT STAFF)

(Filed on 11/12/2008) (Entered: November 12, 2008)
November 14, 2008 110 Letter from Plaintiff's Counsel re successful ENE.
(Alameda, Carly) (Filed on 11/14/2008) (Entered: November 14, 2008)
November 17, 2008 111 CERTIFICATION OF ENE Session on 11/13/2008,
case fully settled, ENE complete. Signed by Evaluator, Harold J. McElhinny
dated 11/13/2008. (af, COURT STAFF) (Filed on 11/17/2008) (af, COURT
STAFF). (Entered: November 17, 2008)


Just wanted to quote it.


### Quote from MarkBett [?] :

Coupons, Inc. v. Stottlemire

Plaintiff Coupons, Inc. alleged that Defendant John Stottlemire intentionally
circumvented technological measures used to limit the number of times a
visitor to the coupons.com website may print a coupon.
Tags: copyright,coupons,digital millennium copyright act,dmca
Plaintiff: Coupons, Inc.
Defendant: John Stottlemire

Case Number: 5:2007cv03457
Filed: July 2, 2007

Court: California Northern District Court
Office: San Jose Office [ Court Info ]
County: Santa Clara
Presiding Judge: Magistrate Judge Howard R. Lloyd

Nature of Suit: Intellectual Property - Copyrights
Cause: 28:1331 Fed. Question
Jurisdiction: Federal Question
Jury Demanded By: Plaintiff
Date Filed # Docket Text
July 2, 2007 1 COMPLAINT for Violations of the Digital Millennium
Copyright Act and Related State Law Claims (Summons Issued, jury
demand; against John Stottlemire ( Filing fee $ 350, receipt number
54611001279). Filed by Coupons, Inc.. (bw, COURT STAFF) (Filed on
7/2/2007) Additional attachment(s) added on 7/2/2007 (bw, COURT
STAFF). (Entered: July 2, 2007)
July 2, 2007 2 ADR SCHEDULING ORDER: Case Management Statement
due by 10/2/2007. Case Management Conference set for 10/9/2007 01:30
PM. (bw, COURT STAFF) (Filed on 7/2/2007) Additional attachment(s)
added on 7/2/2007 (bw, COURT STAFF). (Entered: July 2, 2007)
July 2, 2007 Summons Issued as to John Stottlemire. (bw, COURT STAFF)
(Filed on 7/2/2007) (Entered: July 2, 2007)
July 2, 2007 CASE DESIGNATED for Electronic Filing. (bw, COURT
STAFF) (Filed on 7/2/2007) (Entered: July 2, 2007)
July 2, 2007 REPORT on the filing or determination of an action regarding
Copyright Infringement (cc: form mailed to register). (bw, COURT STAFF)
(Filed on 7/2/2007) (Entered: July 2, 2007)
July 18, 2007 3 Proof of Personal Service of Summons on Defendant John
Stottlemire on 7/6/2007, answer due 7/26/2007.re ( 1 ), ( 2 ) filed by
Coupons, Inc. (Hire, Hollis) (Filed on 7/18/2007) Modified on 7/19/2007
hyper link added (bw, COURT STAFF). (Entered: July 18, 2007)
July 23, 2007 4 STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT ( 1 ) by Coupons, Inc. (Hire, Hollis) (Filed on 7/23/2007)
Modified on 7/24/2007 (bw, COURT STAFF). (Entered: July 23, 2007)
July 24, 2007 5 Administrative Motion to Extend Time to Respond to
Complaint ( 1 ) filed by John Stottlemire. (bw, COURT STAFF) (Filed on
7/24/2007) (Entered: July 24, 2007)
July 24, 2007 (Proposed) Order Granting Motion to Extend Time to
Respond to Complaint ( 1 ), re 5 by John Stottlemire. (bw, COURT STAFF)
(Filed on 7/24/2007) (Entered: July 24, 2007)
July 24, 2007 6 CONSENT to Proceed Before a US Magistrate Judge by
John Stottlemire. (bw, COURT STAFF) (Filed on 7/24/2007) (Entered: July
25, 2007)
July 26, 2007 7 Opposition to Motion to Extend Time to Respond to
Complaint filed by Coupons, Inc. (Hire, Hollis) (Filed on 7/26/2007) Text
modified on 8/8/2007 to conform to document caption post by counsel (bw,

COURT STAFF). (Entered: July 26, 2007)

August 1, 2007 8 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part re 5 MOTION for Extension of Time to File Response/Reply as to 1 Complaint, Response due by 9/24/2007.(hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)

August 1, 2007 Set/Reset Hearings: Initial Case Management Conference set for 11/6/2007 01:30 PM. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)

August 1, 2007 Set/Reset Deadlines: Last day to meet and confer re: initial disclosures, etc... 10/16/2007. Case Management Statement due by 10/30/2007. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: August 1, 2007)

August 1, 2007 9 ORDER GRANTING Administrative Motion to Allow Pro Se Defendant to E-file. Signed by Magistrate Judge Howard R. Lloyd on 8/1/07. (hrllc1, COURT STAFF) (Filed on 8/1/2007) (Entered: 08/01/2007)

August 29, 2007 10 CONSENT to Proceed Before a US Magistrate Judge by Coupons, Inc.(Hire, Hollis) (Filed on 8/29/2007) Modified on 8/30/2007 (bw, COURT STAFF). (Entered: August 29, 2007)

August 29, 2007 11 First Amended Complaint for Violations of the Digital Millennium Copyright Act and Related State Law Claims against all defendants. Filed by Coupons, Inc. (Hire, Hollis) (Filed on 8/29/2007) Text modified on 8/30/2007 to conform to document caption post by counsel (bw, COURT STAFF). Modified on 8/31/2007 (sp, COURT STAFF). (Entered: August 29, 2007)

September 24, 2007 12 Motion to Dismiss for Failure to State a Claim on Which Relief can be Granted, or in the Alternative, for Summary Judgment; Memorandum of Points and Authorities in Support Thereof filed by John Stottlemire. Motion Hearing set for 11/13/2007 10:00 AM. (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

September 24, 2007 13 REQUEST of Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc.'s First Amended Complaint ( 11 ), or in the Alternative, Summary Judgment re ( 12 ) by John Stottlemire. (bw, COURT STAFF) (Filed on 9/24/2007) Modified on 9/27/2007 (bw, COURT STAFF). (Entered: September 25, 2007)

September 24, 2007 (Proposed) Order Granting Defendant John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint ( 11 ) Pursuant to Rule 12(B)(6) of the Federal Fule of Civil Procedure filed by John Stottlemire. (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

September 24, 2007 14 CERTIFICATE OF SERVICE by John Stottlemire re ( 12 ), ( 13 ) (bw, COURT STAFF) (Filed on 9/24/2007) (Entered: September 25, 2007)

October 15, 2007 15 Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Procedure; Supporting Memorandum of Points and Authorities filed by John Stottlemire. Motion Hearing set for 11/20/2007 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Supplement Request For Judicial Notice and Exhibits# 2 (Proposed) Order (Stottlemire, John) (Filed on 10/15/2007)Text modified on 10/15/2007 (bw, COURT STAFF). (Entered: October 15, 2007)

October 19, 2007 16 NOTICE of Substitution of Counsel by Dennis M. Cusack (Cusack, Dennis) (Filed on 10/19/2007) (Entered: October 19, 2007)

October 22, 2007 17 Motion to Continue Hearing and Case Management Dates by Coupons, Inc. (Cusack, Dennis) (Filed on 10/22/2007) Text modified on 10/23/2007 (bw, COURT STAFF). (Entered: October 22, 2007)

October 22, 2007 18 Declaration in of Dennis M. Cusack in Support of Motion to Continue Hearing and Case Management Dates 17 filed by Coupons, Inc. (Attachments: # 1 Proposed Order For Continuance of Hearing and Case Management Dates)(Related document(s) 17 ) (Cusack, Dennis) (Filed on 10/22/2007) Modified on 10/23/2007 (bw, COURT STAFF). (Entered: October 22, 2007)

October 22, 2007 19 Opposition to Motion to Continue Hearing and Case Management Dates re ( 17 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/22/2007) Text modified on 10/23/2007, linkage added (bw, COURT STAFF). (Entered: October 22, 2007)

October 24, 2007 20 ORDER re 17 Notice to Continue Hearing and Case Management Dates filed by Coupons, Inc., and 19 Memorandum in Opposition filed by John Stottlemire (re: Ineffective substitution of counsel). Signed by Magistrate Judge Howard R. Lloyd on 10/24/07. (hrllc1, COURT STAFF) (Filed on 10/24/2007) (Entered: October 24, 2007)

October 24, 2007 Set/Reset Hearings: Motion Hearing set for 12/4/2007 10:00 AM in Courtroom 2, 5th Floor, San Jose re: Docket Nos. 12 and 15. (hrllc1, COURT STAFF) (Filed on 10/24/2007) (Entered: October 24, 2007)

November 13, 2007 21 Memorandum of Points and Authorities in

Opposition to Defendant Stottlemire's Motion to Dismuiss or in the Alternative Motion for Summary Judgment; Opposition to Request for Judicial Notice, Objections to Evidence and Motion to Strike; Coupon's Opposition to Defendant's Motion for Sanction re ( 12 ), ( 15 ), ( 28 ) filed by Coupons, Inc. (Cusack, Dennis) (Filed on 11/13/2007) Text modified and linkage added on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 22 Appendix in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss re 21 filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 23 Declaration of ED (BUD) MILLER in Support of 21 of Motion to Dismiss - Motion to Strike - Motion for Sanctions filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 24 Declaration of JEFFREY WEITZMAN in Support of 21 filed by Coupons, Inc. (Related document(s) 21 ) (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 25 Declaration of Proof of Service by Coupons, Inc. re 21 (Cusack, Dennis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 26 HOLLIS BETH HIRE AND WILSON SONSINI GOODRICH & ROSATI'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION FOR SANCTIONS ( 15 ) filed by Coupons, Inc. (Hire, Hollis) (Filed on 11/13/2007) Text modified and linkage added on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 13, 2007 27 Declaration of HOLLIS BETH HIRE in Support of 26 filed by Coupons, Inc. (Attachments: # 1 Exhibit 1)(Related document(s) 26 ) (Hire, Hollis) (Filed on 11/13/2007) Text modified on 11/15/2007 (bw, COURT STAFF). (Entered: November 13, 2007)

November 14, 2007 28 Ex Parte MOTION to Strike Plaintiff's Opposition to Defendant's Motion To Dismiss ( 21 , ( 22 ), ( 23 ), ( 24 ), ( 25 ) filed by John Stottlemire. (Attachments: # 1 Proposed Order)(Stottlemire, John) (Filed on 11/14/2007) Modified on 11/15/2007 and linkage added (bw, COURT STAFF). (Entered: 11/14/2007)

November 19, 2007 29 Declaration of John A Stottlemire in Support of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment 13 filed by John Stottlemire. (Attachments: # 1 Exhibits G and H) (Related document(s) 13 ) (Stottlemire, John) (Filed on 11/19/2007) Modified on 11/20/2007 (bw, COURT STAFF). (Entered: November 19, 2007)

November 20, 2007 30 Reply to Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Modified on 11/20/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

November 20, 2007 31 Reply to Opposition Defendant's to Request for Judicial Notice re ( 13 ) , filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Text modified on 11/21/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

November 20, 2007 32 CERTIFICATE OF SERVICE by John Stottlemire re 29 Declaration in Support, of Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 33 CERTIFICATE OF SERVICE by John Stottlemire re 30 Reply to Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 34 CERTIFICATE OF SERVICE by John Stottlemire re 31 Reply to Opposition Request for Judicial Notice, Objections to Evidence and Motion to Strike (Stottlemire, John) (Filed on 11/20/2007) (Entered: November 20, 2007)

November 20, 2007 35 Reply to Hollis Beth Hire Wilson Sonsini Goodrich and Rosati's Opposition to Defendant's Motion for Sanctions filed by Hollis Beth Hire 26 and Coupons, Inc 21 filed by John Stottlemire. (Stottlemire, John) (Filed on 11/20/2007) Text modified on 11/21/2007 (bw, COURT STAFF). (Entered: November 20, 2007)

December 4, 2007 36 Minute Entry: Motion Hearing held on 12/4/2007 before Magistrate Judge Howard R. Lloyd (Date Filed: 12/4/2007) re 12 , 15 , 28 Case Management Conference set for 2/5/2008 01:30 PM. (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 12/4/2007) (Entered: December

4, 2007)
December 7, 2007 37 ORDER re-setting the Case Management Conference. Signed by Magistrate Judge Howard R. Lloyd on 12/7/07. (hrllc1, COURT STAFF) (Filed on 12/7/2007) (Entered: December 7, 2007)
December 7, 2007 38 MOTION to Withdraw as Attorney filed by Coupons, Inc. (Hire, Hollis) (Filed on 12/7/2007) Modified on 12/10/2007 (bw, COURT STAFF). (Entered: December 7, 2007)
December 12, 2007 39 ORDER by Magistrate Judge Howard R. Lloyd:granting in part and denying in part 12 Motion to Dismiss; denying 12 Motion for Summary Judgment; denying 15 Motion for Sanctions; denying 28 Motion to Strike. Plaintiff has until January 2, 2008 to file amended complaint. (hrllc1, COURT STAFF) (Filed on 12/12/2007) (Entered: December 12, 2007)
December 12, 2007 40 ORDER by Magistrate Judge Howard R. Lloyd granting 38 Motion to Withdraw as Attorney. Attorneys Hollis Beth Hire and John Lawrence Slafsky terminated. (hrllc1, COURT STAFF) (Filed on 12/12/2007) (Entered: December 12, 2007)
December 27, 2007 41 SECOND AMENDED COMPLAINT against John Stottlemire. Filed byCoupons, Inc. (Cusack, Dennis) (Filed on 12/27/2007) Text modified on 12/27/2007 (bw, COURT STAFF). (Entered: December 27, 2007)
January 2, 2008 Summons Issued as to John Stottlemire re Second Amended Complaint ( 41 ) (bw, COURT STAFF) (Filed on 1/2/2008) (Entered: January 2, 2008)
January 7, 2008 42 STIPULATION to Extend Time To Respond to Second Amended Complaint re 41 Amended Complaint by John Stottlemire. (Stottlemire, John) (Filed on 1/7/2008) Text modified on 1/8/2008 (bw, COURT STAFF). (Entered: January 7, 2008)
January 14, 2008 43 Administrative MOTION to Extend Time to Respond to Second Amended Complaint re 41 Amended Complaint filed by John Stottlemire. (Stottlemire, John) (Filed on 1/14/2008) Text modified on 1/15/2008 (bw, COURT STAFF). (Entered: January 14, 2008)
January 18, 2008 44 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part 43 Administrative Motion for Extension of Time to Answer. (hrllc1, COURT STAFF) (Filed on 1/18/2008) (Entered: January 18, 2008)
January 29, 2008 45 JOINT CASE MANAGEMENT CONFERENCE STATEMENT filed by John Stottlemire. (Stottlemire, John) (Filed on 1/29/2008) Text modified on 1/30/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: January 29, 2008)
February 5, 2008 46 Minute Entry: Initial Case Management Conference held on 2/5/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 2/5/2008). (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 2/5/2008) (Entered: February 5, 2008)
February 6, 2008 47 ORDER REFERRING CASE to Early Neutral Evaluation; CASE MANAGEMENT SCHEDULING ORDER: Jury Trial set for 3/23/2009 08:00 AM in Courtroom 2, 5th Floor, San Jose. Pretrial Conference set for 3/17/2009 01:30 PM in Courtroom 2. Signed by Magistrate Judge Howard R. Lloyd on 2/6/08. (hrllc1, COURT STAFF) (Filed on 2/6/2008) (Entered: February 6, 2008)
February 11, 2008 48 ADR Clerk's Notice Setting ADR Phone Conference on Wednesday, February 20, 2008 at 10:00 a.m. The ADR Program will initiate the call. (af, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/11/2008)
February 20, 2008 ADR Remark: ADR Phone Conference conducted on 2/20/2008 by Robin W. Siefkin, ADR Program Staff Attorney. (af, COURT STAFF) (Filed on 2/20/2008) (Entered: February 20, 2008)
February 26, 2008 49 MOTION to Dismiss Second Amended Complaint filed by John Stottlemire. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 2/26/2008) (Entered: February 26, 2008)
February 27, 2008 50 ADR Clerk's Notice Appointing Harold J. McElhinny as ENE Evaluator. (af, COURT STAFF) (Filed on 2/27/2008) (Entered: February 27, 2008) ·
February 28, 2008 51 Letter dated 2/28/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 2/28/2008) (Entered: February 28, 2008)
March 4, 2008 52 Letter dated 3/4/2008 from Evaluator, Harold J. McElhinny's office. (af, COURT STAFF) (Filed on 3/4/2008) (Entered: March 4, 2008)
March 4, 2008 Pre ENE phone conference scheduled on Friday, March 14, 2008 at 9:30 a.m. (af, COURT STAFF) (Filed on 3/4/2008) (Entered: March 4, 2008)

March 13, 2008 53 Letter dated 3/13/2008 from Harold J. McElhinny rescheduling the pre ENE telephone conference from 9:30 a.m., to 9:45 a.m., on 3/14/2008. (af, COURT STAFF) (Filed on 3/13/2008) (Entered: 03/13/2008)

March 17, 2008 54 Letter dated 3/14/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 3/17/2008) (Entered: March 17, 2008)

March 17, 2008 Set/Reset Hearings: ENE Hearing set for 5/5/2008 10:00 AM., at the evaluator's offices, Morrison Foerster, 425 Market Street, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 3/17/2008) (Entered: March 17, 2008)

March 25, 2008 55 Motion and of the Electronic Frontier Foundation for Leave to File Amicus Curiae Brief in Support of Defendant's Motion to Dismiss ( 49 ) filed by Electronic Frontier Foundation. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Declaration of Jennifer Lynch In Support of Motion to File Amicus Brief, # 2 (Proposed) Order, # 3 Exhibit Amicus Brief of Electronic Frontier Foundation in Support of Defendant's Motion to Dismiss) (Lynch, Jennifer) (Filed on 3/25/2008) Text modified on 3/26/2008 conforming to posted document caption, linkage added (bw, COURT STAFF). (Entered: March 25, 2008)

March 25, 2008 56 MOTION of the Electronic Frontier Foundation for Leave to Particiapate in Oral Argument filed by Electronic Frontier Foundation. Motion Hearing set for 4/22/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Attachments: # 1 Proposed Order) (Lynch, Jennifer) (Filed on 3/25/2008) Text modified on 3/25/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: March 25, 2008)

March 28, 2008 57 STIPULATION and [Proposed] Order to Extend Time to File Opposition and Reply to Motion to Dismiss by Coupons, Inc. (Cusack, Dennis) (Filed on 3/28/2008) Modified on 3/31/2008 (bw, COURT STAFF). (Entered: March 28, 2008)

March 28, 2008 58 Declaration of Dennis M. Cusack in Support of Stipulation and [Proposed] Order to Extend Time to File Opposition and Reply to Motion to Dismiss 57 filed byCoupons, Inc. (Related document(s) 57 ) (Cusack, Dennis) (Filed on 3/28/2008) Modified on 3/31/2008 (bw, COURT STAFF). (Entered: March 28, 2008)

March 31, 2008 59 ORDER by Magistrate Judge Howard R. Lloyd granting 55 Motion to File Amicus Curiae Brief. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: March 31, 2008)

March 31, 2008 60 ORDER by Magistrate Judge Howard R. Lloyd granting 56 Amicus Curiae Motion for Leave to Appear. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: March 31, 2008)

March 31, 2008 61 ORDER re 57 Stipulation to extend dates. Hearing on Defendant's Motion to Dismiss CONTINUED to 5/6/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. Signed by Magistrate Judge Howard R. Lloyd on 3/31/08. (hrllc1, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008)

April 3, 2008 62 STIPULATION and (Proposed) Order to Continue Hearing Date on Defendant's Motion to Dismiss re 49 . 61 by Electronic Frontier Foundation. (Attachments: # 1 Declaration of Jennifer Lynch in Support of Stipulation and [Proposed] Order to Continue Hearing Date)(Lynch, Jennifer) (Filed on 4/3/2008) Text modified on 4/4/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 3, 2008)

April 3, 2008 63 ORDER re 62 Stipulation to Continue Hearing; STIPULATION AND ORDER. Signed by Magistrate Judge Howard R. Lloyd on 4/3/08. (hrllc1, COURT STAFF) (Filed on 4/3/2008) (Entered: April 3, 2008)

April 4, 2008 64 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion to Dismiss ( 49 ) filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption, linkage added (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 65 Appendix of Non-Federal and Unpublished authorities Cited in Coupon's Coupons' Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion to Dismiss re 64 filed by Coupons, Inc. (Attachments: # 1 Exhibit A through C to Appendix of Non-Federal and Unpublished Authorities)(Related document(s) 64 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 66 EXHIBIT D to the Appexdix of Non-Federal and Unpublished Authorities Cited in Coupon's Opposition to Stottlemire's Motion to Dismiss re 65 Appendix, of Non-Federal and Unpublished Authorities filed byCoupons, Inc. (Related document(s) 65 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted

document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 67 EXHIBITS E to the appendix of Non-Federal and Unpublished authorities Cited in Coupon's Opposition to Stottlemeire's Motion to Dismiss Ure 65 Appendix, Exhs E-I, of Non-Federal and Unpublished Authorities filed by Coupons, Inc. (Attachments: # 1 Exhibit G through I to the Appendix) (Related document(s) 65 ) (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 68 (Proposed) Order Denying Defendant John Stottlemire's Motion to Dismiss re 64 Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Text modified on 4/7/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 4, 2008)

April 4, 2008 69 **FILED IN ERROR* SEE DOCKET ( 68 )**** AFFIDAVIT of Service for Opposition to Motion to Dismiss via Mail served on John Stottlemire, defendant on 04/04/2008, filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/4/2008) Modified on 4/7/2008 (bw, COURT STAFF). (Entered: April 4, 2008)

April 7, 2008 70 Declaration of Proof of Service for Opposition to Defendant's Motion to Dismiss served on Defendant John Stottlemire on Friday, April 4, 2008, re ( 64 ), ( 65 ), ( 68 ) filed by Coupons, Inc. (Alameda, Carly) (Filed on 4/7/2008) Text modified on 4/7/2008 to conform to posted document caption, linkage added (bw, COURT STAFF). (Entered: April 7, 2008)

April 8, 2008 71 STIPULATION and [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION by Coupons, Inc. (Alameda, Carly) (Filed on 4/8/2008) Modified on 4/9/2008 (bw, COURT STAFF). (Entered: April 8, 2008)

April 10, 2008 72 ORDER re 71 Stipulation to Extend Deadline for Conducting Early Neutral Evaluation. Signed by Magistrate Judge Howard R. Lloyd on 4/10/08. (hrllc1, COURT STAFF) (Filed on 4/10/2008) (Entered: April 10, 2008)

April 10, 2008 Remark : Copy of ADR Stipulation and Order re: ENE deadline extension mailed to evaluator Harold J. McElhinny. (hrllc1, COURT STAFF) (Filed on 4/10/2008) (Entered: April 10, 2008)

April 11, 2008 73 Reply to Opposition to Defendant's Motion to Dismiss ( 64 ) re: ( 49 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 4/11/2008) Modified to add linkage on 4/14/2008 (srm, COURT STAFF). Modified on 4/15/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: April 11, 2008)

April 16, 2008 74 Letter dated April 16, 2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 4/16/2008) (Entered: April 16, 2008)

April 23, 2008 75 ADR Clerk's Notice Setting ADR Phone Conference on Thursday, May 1, 2008 at 2:00 p.m. pacific time. The ADR Program will initiate the call. (af, COURT STAFF) (Filed on 4/23/2008) (Entered: April 23, 2008)

May 1, 2008 ADR Remark: ADR Phone Conference conducted on 5/1/2008 by Robin W. Siefkin, ADR Program Staff Attorney. (af, COURT STAFF) (Filed on 5/1/2008) (Entered: May 1, 2008)

May 12, 2008 76 Letter dated 5/12/2008 from Evaluator, Harold J. McElhinny. (af, COURT STAFF) (Filed on 5/12/2008) (Entered: May 12, 2008)

May 12, 2008 Set/Reset Hearings: ENE Hearing set for 7/9/2008 10:00 AM., at the Evaluator's office, Morrison & Foerster, 425 Market Street, San Francisco, CA 94105. Please take note that this date is beyond the court set deadline for the ENE and is subject to approval by the court. (af, COURT STAFF) (Filed on 5/12/2008) (Entered: May 12, 2008)

May 13, 2008 77 Minute Entry: Motion Hearing held on 5/13/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 5/13/2008) re 49 (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 5/13/2008) (Entered: May 13, 2008)

May 13, 2008 78 STIPULATION and Order to Extend Deadline for Conducting ENE. Signed by Judge Howard R. Lloyd. by Coupons, Inc. (Cusack, Dennis) (Filed on 5/13/2008) Modified on 5/14/2008 (bw, COURT STAFF)). Modified on 5/15/2008 (bw, COURT STAFF). (Entered: May 13, 2008)

May 19, 2008 79 MOTION to Strike Plaintiff's Supplemental Letter Brief Following Hearing on Motion to Dismiss filed by John Stottlemire. (Stottlemire, John) (Filed on 5/19/2008) (Entered: 05/19/2008)

May 19, 2008 80 (Proposed) Order Granting Defendant's Motion to Strike Plaintiff's Supplemental Letter Brief Following Hearing on Motion to Dismiss ( 79 ) by John Stottlemire. (Stottlemire, John) (Filed on 5/19/2008) Linkage added on 5/19/2008 (bw, COURT STAFF). (Entered: May 19, 2008)

May 20, 2008 81 Opposition of Defendant's Motion to Strike Plaintiff's Letter Brief filed by Coupons, Inc. (Alameda, Carly) (Filed on 5/20/2008) Modified on 5/21/2008 (bw, COURT STAFF). (Entered: 05/20/2008)

May 29, 2008 ADR Remark: The deadline for conducting the ENE has been extended to July 18, 2008 78 . (af, COURT STAFF) (Filed on 5/29/2008) (Entered: May 29, 2008)

July 1, 2008 82 STIPULATION and (Proposed) Order to Extend Deadline for Conducting Early Neutral Evaluation by Coupons, Inc. (Alameda, Carly) (Filed on 7/1/2008) Text modified on 7/1/2008 (bw, COURT STAFF). (Entered: July 1, 2008)

July 2, 2008 83 ORDER by Judge Howard R. Lloyd granting in part and denying in part 49 Motion to Dismiss; denying 79 Motion to Strike. (hrllc1, COURT STAFF) (Filed on 7/2/2008) (Entered: July 2, 2008)

July 2, 2008 84 STIPULATION AND ORDER re ( 82 ) . Signed by Judge Howard R. Lloyd on 07/02/08. (hrllc1, COURT STAFF) (Filed on 7/2/2008) Linkage added on 7/8/2008 (bw, COURT STAFF). (Entered: July 2, 2008)

July 17, 2008 85 STIPULATION AND PROPOSED ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE by Coupons, Inc. (Cusack, Dennis) (Filed on 7/17/2008) Modified on 7/18/2008 (bw, COURT STAFF). (Entered: July 17, 2008)

July 18, 2008 86 STIPULATION AND ORDER VACATING PRE-TRIAL AND TRIAL DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE FOR 9/23/08 re 85 . Signed by Magistrate Judge Howard R. Lloyd on 7/18/08. (hrllc1, COURT STAFF) (Filed on 7/18/2008) (Entered: July 18, 2008)

July 22, 2008 87 Third Amended Complaint (jury demand) against John Stottlemire. Filed by Coupons, Inc. (Cusack, Dennis) (Filed on 7/22/2008) Modified on 7/23/2008 (bw, COURT STAFF). (Entered: July 22, 2008)

July 25, 2008 Pre ENE phone conference scheduled on Friday, July 25, 2008 at 1:00 p.m. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July 25, 2008)

July 25, 2008 88 Letter from Evaluator, Harold J. McElhinny dated 7/25/2008. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July 25, 2008)

July 25, 2008 Set/Reset Hearings: ENE Hearing set for 9/8/2008 10:00 AM., at the offices of Morrison & Foerster LLP, 425 Market Street, 33rd Floor, San Francisco, CA 94105. ENE statements should be in Evaluator's possession no later than close of business on Tuesday, 9/2/2008. (af, COURT STAFF) (Filed on 7/25/2008) (Entered: July 25, 2008)

July 28, 2008 89 Administrative MOTION to Extend Time to Respond to Third Amended Complaint re 87 filed by John Stottlemire. (Stottlemire, John) (Filed on 7/28/2008) Text modified on 7/29/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: July 28, 2008)

July 31, 2008 90 Memorandum in Opposition to Defendant's Motion to Extend Time to Respond to Amended Complaint re ( 89 ) filed by Coupons, Inc. (Alameda, Carly) (Filed on 7/31/2008) Text modified and Linkage added on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

July 31, 2008 91 Declaration of Dennis M. Cusack in Opposition to Defendant's Motion to Extend Time to Respond to Third Amended Complaint 90 filed by Coupons, Inc. (Alameda, Carly) (Filed on 7/31/2008) Text modified on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

July 31, 2008 92 (Proposed) Order Denying Defendant's Motion to Extend Time to Respond to Third Amended Complaint re 90 by Coupons, Inc. (Alameda, Carly) (Filed on 7/31/2008) Text modified on 7/31/2008 (bw, COURT STAFF). (Entered: July 31, 2008)

August 8, 2008 93 ORDER by Magistrate Judge Howard R. Lloyd granting in part and denying in part 89 Motion for Extension of Time to Answer (hrllc1, COURT STAFF) (Filed on 8/8/2008) (Entered: August 8, 2008)

August 20, 2008 94 STIPULATION and [Proposed] Order to Extend Deadline for Conducting Early Neutral Evaluation by Coupons, Inc. (Cusack, Dennis) (Filed on 8/20/2008) Modified on 8/21/2008 (bw, COURT STAFF). (Entered: August 20, 2008)

August 25, 2008 95 STIPULATION AND ORDER re 94 Stipulation filed by Coupons, Inc. Signed by Magistrate Judge Howard R. Lloyd on 8/25/08. (hrllc1, COURT STAFF) (Filed on 8/25/2008) (Entered: August 25, 2008)

September 3, 2008 96 MOTION for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure filed by John Stottlemire. Motion Hearing set for 11/4/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire, John) (Filed on 9/3/2008) (Entered: September 3, 2008)

September 22, 2008 97 MOTION to Dismiss Plaintiff's Third Amended Complaint re ( 87 ) filed by John Stottlemire. Motion Hearing set for 11/4/2008 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Stottlemire,

John) (Filed on 9/22/2008) Linkage 9/22/2008 (bw, COURT STAFF). (Entered: 09/22/2008)

September 22, 2008 98 (Proposed) Order Granting MOTION to Dismiss Plaintiff's Third Amended Complaint re 97 by John Stottlemire. (Stottlemire, John) (Filed on 9/22/2008) Text modified on 9/22/2008 (bw, COURT STAFF). (Entered: September 22, 2008)

October 7, 2008 99 Memorandum of Points and Authorities in Opposition to Defendant Stottlemire's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure re 96 filed by Coupons, Inc. (Attachments: # 1 Exhibit A & B)(Cusack, Dennis) (Filed on 10/7/2008)Text modified on 10/8/2008 (bw, COURT STAFF). (Entered: October 7, 2008)

October 7, 2008 100 Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss Third Amended Complaint re 97 filed by Coupons, Inc. (Cusack, Dennis) (Filed on 10/7/2008) Text modified on 10/8/2008 (bw, COURT STAFF). (Entered: October 7, 2008)

October 20, 2008 101 Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure ( 96 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/20/2008) Modified text to add linkage on 10/21/2008 (srm, COURT STAFF). Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 20, 2008)

October 20, 2008 102 Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Third Amended Complaint ( 97 ) filed by John Stottlemire. (Stottlemire, John) (Filed on 10/20/2008) Modified text to add linkage on 10/21/2008 (srm, COURT STAFF). Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 20, 2008)

October 22, 2008 103 Letter from Evaluator, Harold J. McElhinny, dated 10/21/08. (af, COURT STAFF) (Filed on 10/22/2008) (Entered: October 22, 2008)

October 22, 2008 Set/Reset Hearings: ENE Hearing set for 11/13/2008 10:00 AM., at the Evaluator's offices, Morrison & Foerster, 425 Market Street, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 10/22/2008) (Entered: October 22, 2008)

October 27, 2008 104 STIPULATION and [Proposed] Order to Extend Deadline for Conducting Early Neutral Evaluation (with cover letter) by Coupons, Inc. (Cusack, Dennis) (Filed on 10/27/2008) Modified on 11/4/2008 (bw, COURT STAFF). (Entered: October 27, 2008)

October 31, 2008 105 STIPULATION AND ORDER EXTENDING ENE DEADLINE. Signed by Magistrate Judge Howard R. Lloyd on 10/31/08. (hrllc1, COURT STAFF) (Filed on 10/31/2008) (Entered: October 31, 2008)

November 4, 2008 106 Minute Entry: Motion Hearing held on 11/4/2008 before Magistrate Judge Howard R. Lloyd (Date Filed: 11/4/2008) re 97 , 96 . (Tape #FTR.) (pmc, COURT STAFF) (Date Filed: 11/4/2008) (Entered: November 4, 2008)

November 6, 2008 107 ORDER by Magistrate Judge Howard R. Lloyd denying 96 Motion for Sanctions; denying 97 Motion to Dismiss (hrllc1, COURT STAFF) (Filed on 11/6/2008) (Entered: November 6, 2008)

November 7, 2008 Set/Reset Hearings: ENE Hearing set for 11/13/2008 10:00 AM., at the offices of Morrison & Foerster, 755 Page Mill Road, Palo Alto, CA 94304-1018, 650-813-5600 (af, COURT STAFF) (Filed on 11/7/2008) (Entered: November 7, 2008)

November 12, 2008 108 Administrative Motion to Extend Time to Answer Third Amended Complaint re ( 87 )filed by John Stottlemire. (Attachments: # 1 Declaration Of John Stottlemire In Support of Motion to Extend Time, # 2 (Proposed) Order (Stottlemire, John) (Filed on 11/12/2008) Text modified on 11/12/2008 conforming to posted documents, linkage added (bw, COURT STAFF). (Entered: November 12, 2008)

November 12, 2008 109 Letter from Evaluator, Harold J. McElhinny, dated 11/10/08.. (af, COURT STAFF) (Filed on 11/12/2008) (Entered: November 12, 2008)

November 12, 2008 ADR Remark: The locale for the ENE scheduled on Thursday, November 13, 2008 will now be Morrison & Foerster LLP, 425 Market Street, 33rd Floor, San Francisco, CA 94105. (af, COURT STAFF) (Filed on 11/12/2008) (Entered: November 12, 2008)

November 14, 2008 110 Letter from Plaintiff's Counsel re successful ENE. (Alameda, Carly) (Filed on 11/14/2008) (Entered: November 14, 2008)

November 17, 2008 111 CERTIFICATION OF ENE Session on 11/13/2008, case fully settled, ENE complete. Signed by Evaluator, Harold J. McElhinny dated 11/13/2008. (af, COURT STAFF) (Filed on 11/17/2008) (af, COURT STAFF). (Entered: November 17, 2008)

Twice.

11-20-2006, 10:26 AM

**Pig**

*I + I0 = 0 |V| 9 ! ! !*



| | |
|---|---|
| Date Joined | Jun 2004 |
| Posts: | 22,262 |

So...you were exploiting their coupon policy?

11-20-2006, 10:26 AM

**w3kn**

*Ovechkin FTW!*

http://www.myspace.com/w3kn
http://w3kn.livejournal.com/
My Website

| | |
|---|---|
| Date Joined | Mar 2005 |
| Location: | MD |
| Posts: | 10,467 |
| Reputation: | 415 |

Somebody watched the People's Court evidently.

**Quote from Ray Nagin :**
Face it Andy, you're a neo maxi zoom dweebie

**Quote from redjen910 :**
What can I say? I'm easy in the morning.

11-20-2006, 10:27 AM

**Nikayla**

*L9: Master*



| | |
|---|---|
| Date Joined | Dec 2005 |
| Posts: | 5,127 |
| Reputation: | 2751 |

Congrats!!! Great news!!

**Quote from playa07 :**

:o) :o) :o) :o) :o) Right On!!!

So, are you allowed to post anymore blogs about how to remove this damn software from our machines without formatting the entire PC?

I would like to know the answer too. :-)

Life is supposed to be a little nuts sometimes, otherwise it's just a bunch of Thursdays strung together.

11-20-2006, 11:58 AM

**virtually_john**

*L1: Learner*

**Quote from MarkBett :**
looks like op created multiple accounts to try to get coupons for free stuff and other coupons and violated the dmca and also "sold" coupons as well as circumvented the software to allow multiple copies of copons

Date Joined :      Sep 2007
Location      Fremont, CA
Posts      17
Reputation      17

Actually, the case has nothing to do with creating multiple accounts. The fact that I offered coupons in exchange for a handling fee had no bearing other than to allege I was in competition with Coupons, Inc. Circumventing to allow multiple copies and violating the DMCA are the exact same thing, neither of which have been proved. Only alleged.

> **Quote from playa07** :
>
> 😊 😊 😊 😊 😊   Right On!!!
>
> So, are you allowed to post anymore blogs about how to remove this damn software from our machines without formatting the entire PC?

The blog will remain intact and updated as needed.

> **Quote from Pig** :
>
> So...you were exploiting their coupon policy?

Coupons, Inc. has no "coupon policy" on their website. The Licensing Agreement now in their software installation was nonexistant in May 2007 and only first appeared after I filed a motion to dismiss because there were no terms and conditions to prevent removal of files and registry keys on my computer. A motion I ultimately won because of the lack of the Licensing Agreement.

-john

Reply

11-20-2008, 12:01 PM        #14

**emelvee**

*Pun Horror*



Date Joined:      Aug 2005
Location:      North Carolina
Posts      17,490
Reputation:      1124

I'm tempted to quote MarkBett's entire post. 😀

Join SPAST today. Or else.

Reply

11-20-2008, 12:04 PM        #15

**Max**

*Temporarily Banned*



Date Joined:      Sep 2006
Location:      Work..........................
     Working hard or hardly working.
Posts      11,480
Reputation:      533

> **Quote from emelvee** :
>
> I'm tempted to quote MarkBett's entire post. 😀

Twice?

Reply

« Previous Thread | Next Thread »

Posting Rules      2

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

## Similar Threads

                                           2

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Has anyone seen my coupons? | aradia926 | The Lounge | 25 | 11-15-2008 06:16 PM |
| I "found" a box of coupons this morning! | mystery250 | The Lounge | 15 | 11-09-2008 05:08 PM |
| *Official* "How To Use and Maximize Coupons" thread! (With OT allowed, since this is the lounge) | Sonofabeech | The Lounge | 44 | 10-28-2008 06:37 AM |
| The *OFFICIAL* mystery250 thread for when no-one cares about the mystery250 thread V.1 | mystery250 | The Lounge | 16 | 10-19-2008 06:53 PM |
| Just received the Premier Secret Shopping Inc SCAM letter and $4950 check | mariusz106 | The Lounge | 24 | 10-15-2008 10:00 AM |

All times are GMT -7. The time now is 06:44 PM.

-- Hybrid                                              Contact Us - SlickDeals.net - Archive - Top

Copyright 1999-2008, Slickdeals, Inc. All Rights Reserved.
All content, trademarks and logos are copyright their respective owners.

Home   Coupons   Forums   Tools   Search   Blog   
Copyright / DMCA Notice - Privacy Policy - Terms of Service - Acceptable Use Policy (Rules)

## About Slickdeals

About Us, Advertising Opportunities, Our Blog

## RSS Feeds

Frontpage Deals, Hot Topics, Hot Deals, Freebies, Coupons, Contests & Sweepstakes, Drugstore B&M Deals

## Twitter Us

Twitter is a service that allows you to receive notifications via AIM or SMS whenever we make a new post! Never miss out on another deal! It's easy, just Subscribe to our Twitter Feed.

## Facebook App

Install our Facebook App and share deals with your friends.

## Need Help?

We hope your visit has been a pleasant one. If you're having any problems, or would just like to give some feedback, we'd love to hear from you.

For general help, questions, and suggestions, try our dedicated support forums

If you are a company or need to contact the admins, use our contact form.

## First Time?

Don't worry, we'll help you find your way. If you haven't already, check out this user guide that explains the features of our site.

Also, try visiting the FAQ.

**Check out these other popular features that most people like:**

Deal Alerts
Slickdeals Mobile
Slickdeals Blog
Amazon Fillers
Global Search
Price Compare



