# EXHIBIT  E

# TO

# DECLARATION OF STEVEN BOAL IN OPPOSITION TO DEFENDANT'S MOTION TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT

Dockets.Justia.com



**THREAT LEVEL**

PRIVACY, SECURITY, POLITICS AND CRIME ONLINE

All Wired          GO

« Bush Admin Rejects NYPD Spying Proposals as Illegal | Main | State Can Ban Prescription Data Mining, Appeals Court Rules »

✉ SEND US A TIP!

# Coupon Hacker Defeats DMCA Suit

By David Kravets ✉    November 20, 2008 | 4:02:42 PM

A California online coupon generating company is dropping its Digital Millennium Copyright Act lawsuit against a man sued for posting commands allowing users to print an unlimited number of valid coupons.



John Stottlemire was sued last year after posting the commands to his tenbucks.net and other websites. He was accused of posting code and instructions allowing shoppers to circumvent copy protection on downloadable, printable coupons from Colgate, General Foods and others for everything from cereal to soap.

Mountain View, Calif.-based Coupons Inc. argued Stottlemire was no different from cracks like "DVD Jon" Johansen's program, DeCSS, which allowed the duplication of encrypted DVDs.

"Without being represented by an attorney, I defended myself in federal court against a company who solicited the services of two separate law firms," Stottlemire said. "And in my opinion, I kicked their ass. By refusing to succumb to their bullying tactics, I continued to assert my innocence and fought the claims Coupons Inc. filed against me."

The 43-year-old Fremont, Calif., man insisted he did not circumvent any technology and instead found a weakness in Coupons Inc.'s software. Removing the key to the software's program limiting coupon production allowed users to acquire an unlimited number of coupons with unique, functioning serial codes.

Coupons Inc. declined comment. Terms of the dismissal were not made public. They do not require Stottlemire to remove the workaround, which is still published here.

Despite the settlement, the legal question at issue remains unsettled – whether Stottlemire's actions were unlawful under the DMCA. The 10-year-old law prohibits circumventing technology to work around measures to prevent the duplication of what Coupons Inc. claimed were copyrighted materials.

The question may be a moot point, at least for now. Coupons Inc. has countered Stottlemire's workaround, which no longer works.

*Photo:* JasonJT's Photostream

**See Also:**

- The Digital Millennium Copyright Act of 1998
- 10 Years Later, Misunderstood DMCA is the Law That Saved the Web ...
- DMCA Abuser Apologizes, Will Take Copyright Law Course
- Universal Says DMCA Takedown Notices Can Ignore 'Fair Use ...
- Stifled by Copyright, McCain Asks YouTube to Consider 'Fair Use ...
- Congress Moves to Reshape DMCA
- Air Force Cyber Command's New Weapon: DMCA Notices
- Google, EFF Applaud Veoh DMCA Ruling
- Judge Who Signed 'Torture Memo' Blasts DMCA Sentence
- EFF and U.C. Berkeley Defend Accused Coupon Hacker in DMCA Suit ...
- Universities Baffled By Massive Surge In RIAA Copyright Notices ...
- DMCA Abuser Retracts
- Ethan Ackerman Clarifies Copyright Takedown Stories



Enter to Win the Wired Wish List Bag! →



TEAM

**Kevin Poulsen** | e-mail
**David Kravets** | e-mail | twitter
**Kim Zetter** | e-mail
**Ryan Singel** | e-mail

2008 Winner
Knight-Batten Awards
Innovations in Journalism

MOST THREATENING ENTRIES

submit          Yahoo! Buzz     Stumble          ShareThis
709 diggs  digg



This post's photo could not cause your host to be install.
But I typed columns in XML parsing errors typ042, or while found true did when [help]
catch is to my conclusion select specialized type 1's

Posted by: **Tom** | Nov 20, 2008 11:18:19 PM

Gd'intending, Nice to see the "Blrk yes" come out on top news item and then.
José
https://www.anonymous at ti

Posted by: **John Davis** | Nov 21, 2008 4:59:23 PM

Hello
Here to me is brand website for social bookmarking which a very fast updating in google, yahoo, msn, as
use this website for your bookmarks

https://www.suppmarks.com

Posted by: **viz** | Nov 21, 2008 11:57:47 PM

**POST A COMMENT**

Name:

Email Address: (Not Required, Not Published)

Comments:

[ Post ]

---

### Colorado Man Faces 10 Years for Threatening Obama by E-Mail

### Guilty Plea: Blind Hacker Admits Harassment, Eavesdropping, Fraud

### Fannie Mae Logic Bomb Would Have Caused Weeklong Shutdown

### CIA Spy Enlisted Son to Collect Espionage Debts, Feds Say

### ISP Agrees to Ban Copyright Scofflaws

MOST RECENT ENTRIES

**January 2009**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 |  |  |  |

Colorado Man Faces 10 Years for Threatening Obama by E-Mail

Guilty Plea: Blind Hacker Admits Harassment, Eavesdropping, Fraud

CIA Spy Enlisted Son to Collect Espionage Debts, Feds Say

ISP Agrees to Ban Copyright Scofflaws

Fannie Mae Logic Bomb Would Have Caused Weeklong Shutdown

CIA Station Chief's Computer Searched Following Rape Allegations

ACLU Demands Eavesdropping, Torture Memos From White House

U.S. Consulate in Israel Auctions Sensitive Information

See more threat Level  China Pledges WTO Copyright, Trademark Cooperation

NSA Whistleblower: Grill the CEOs on Illegal Spying

CATEGORIES

2008 Republican National Convention (3)

AM-FM Royalties (1)

Announcements (15)

Apple, iPhone (2)

BitTorrent (23)

Black Friday (1)

Black Hat (6)

Breaches (38)

California Fires (6)

CCC (20)

Censorship (53)

Citibank (7)

Connectivity and Broadband (2)

Copyright Czar (1)

Copyrights and Patents (67)

Cover-Ups (45)

Crime (176)

Crypto (12)

Cybarmageddon! (29)

Cyberbullying (1)

Cybersecurity (22)

Darkmarket (7)

DefCon (23)

Digital Millennium Copyright Act (4)

Disasters (3)

DNC 2008 (14)

E-Voting (97)

Early Termination Fees (1)

Election '08 (566)

Fed Blotter (9)

Forensics (6)

Gists (3)

Glitches and Bugs (49)

Hacks and Cracks (192)

Hamburger Helper (1)

Hans Reiser Trial (117)

Hot Planet (25)

Identification (52)

Identity Theft (1)

Information Sharing (5)

Intellectual Property (53)

ISP Privacy Survey (10)

Kickbacks (8)

Lori Drew Trial (23)

Mobile Phone Unlocking (2)

MPAA Litigation (3)

Network Neutrality (33)

NSA (178)

Online Pharmacies (1)

Online Political Campaigns (19)

Patents (2)

Phreaky Phriday (3)

Politics (84)

Porn (19)

Privacy (146)

Propaganda (2)

Revolving Door (3)

RFID (5)

RIAA Litigation (84)

RNC08 (3)

RSA Conference (8)

Spam and Phishing (8)

Spooks Gone Wild (65)

Sunshine and Secrecy (100)

Surveillance (175)

Tech Companies in China (10)

The Courts (80)

The Ridiculous (21)

Threats (53)

ToorCon (8)

Virginia Tech shootings (32)

Watchlists (33)

Wikiwatch (3)

Yo Ho Ho (2)

Stay connected with Wired Mobile: Tech News,
Gadget Reviews, and Special Offers - all delivered to

your mobile device.

Add **Threat Level** to your favorite feed reader. Find more **Wired.com** feeds, including web-based news reader feeds, **here**.

Online Coupon Codes
Save now @ 3200+ Brand Name Stores Over 20000
Codes: CouponAlbum - www.CouponAlbum.com

#1 Anti-Aging Skin Care?
100s Of Creams Tested. Only 3 Work! Look Here To
Avoid Rip-Offs. - SkinCreamTrial.com/Free-Trial

Free Grocery Coupons
Free Coupons for 1,000s top brands! Save money free
printable coupons. - www.ShopAtHome.com

Oil Change w/ Free Filter
Complete 14-point Oil Change, Get Online Coupon
Here & Save $16 Now! - www.EZLubeOnline.com

Ads by Google



Corrections | Sitemap | FAQ | Contact Us | Wired Staff | Advertising | Press Center | Subscription Services | Newsletter | RSS Feeds

CondéNet
Webmonkey.com | Reddit.com | ArsTechnica.com | Epicurious.com | NutritionData.com | Concierge.com | HotelChatter.com | Jaunted.com | Style.com | Men.Style.com | Flip.com

Subscribe to a magazine:          Condé Nast web sites:

© 2009 CondéNet, Inc. All rights reserved.
Use of this site constitutes acceptance of our User Agreement and Privacy Policy

**EXHIBIT  F**

**TO**

**DECLARATION OF STEVEN BOAL IN
OPPOSITION TO DEFENDANT'S MOTION TO
SUMMARILY ENFORCE SETTLEMENT
AGREEMENT**




Feedback · Ads by Google

All   Apple   Business   Gadgets   Gaming   Hardware   Microsoft   Open Source   Science   Tech Policy   More        Search Ars

News   Guides   Reviews                                                                          Customize     OpenForum     Login/Join

Law & Disorder : Ars covers the world of tech policy

## Coupons, Inc. drops DMCA lawsuit against coupon hacker

**A copyright lawsuit against a man who posted instructions on how to print unlimited coupons online has finally been dropped after he argued that he didn't circumvent anyone's copyright protection in order to produce his "hack."**

By Jacqui Cheng | Last updated November 21, 2008 11:45

Text Size

Discuss this story

A copyright lawsuit against a man who posted instructions on how to print unlimited copies of coupons has been dropped. The defendant, John Stottlemire, posted to his website this week that he had reached a settlement with Coupons, Inc. after a year-long legal battle over the digital coupons, and that Coupons would not be able to file another similar action against him.

In late 2007, Stottlemire posted instructions to tenbucks.net detailing how to perform a number of registry key modifications under Windows that would allow users to print unlimited online coupons offered by couponsinc.com. Without the "hack," users are technologically limited to printing only one coupon apiece.

**Jacqui Cheng**

**Some Comcast subscribers get XXX interlude during Super Bowl (Updated)**

**Netflix hints at premium streaming channel**

**This week in Apple: iTunes Plus upgrades, multitouch patents, iPhone 2.2.1**

**Limited iMac availability could mean new iMacs soon**

Coupons, Inc. was unimpressed by Stottlemire's postings and filed a lawsuit against him, alleging that he violated the Digital Millennium Copyright Act by instructing users on how to circumvent the company's copy-protection scheme. Coupons even went so far as to compare Stottlemire to the infamous DVD Jon and his never-ending DRM-cracking efforts.

Stottlemire argued, however, that there was no hacking to be had, and that he only found a weakness in Coupons' own software. "I honestly think there are big problems when you are not allowed to delete files off of your computer," he said at the time. Because of this, Stottlemire argued (without a lawyer, no less) that he did not violate the DMCA and moved to have the claims dismissed. The Electronic Frontier Foundation also filed an *amicus brief* in support of Stottlemire's motion to dismiss, arguing that Coupons' technology didn't protect access to the files in question, and therefore Stottlemire did not circumvent anything.

A number of back-and-forths and a year later, Coupons apparently felt like it was getting nowhere with the case and came to a settlement with Stottlemire. As usual, the terms are largely confidential, although Stottlemire wrote on his site that the claims will be dismissed with prejudice, meaning that the company cannot bring further action against him.

Stottlemire is pretty proud of his success, too. "Without being represented by an attorney, I defended myself in federal court against a company who solicited the services of two separate law firms," he told *Wired*. "And in my opinion, I kicked their ass. By refusing to succumb to their bullying tactics, I continued to assert my innocence and fought the claims Coupons Inc. filed against me."

## Further reading:

- If you have PACER access, search for case number 5:07-cv-03457-HRL

**Join the conversation.** Discuss this story.



Digg submit        submit        Buzz up!              **Share this story.**

Prev Story   Next Story

Hot stories on Ars

   

TECH_POLICY
Modified DTV delay bill
set for House revote
Tuesday

TECH_POLICY
Microsoft: employee
stole documents for
patent lawsuit

TECH_POLICY
Tenenbaum asks
appeals court to allow
online video of trial

TECH_POLICY
Nokia to Finland: Let us
spy here, or we're going
elsewhere

Ajax and Flash



Digging for buried treasure:
Ars reviews iPhone apps



Small Business Resource Center:
News and analysis from Ars Technica

**Jobs.Ars**

**Perl Developer**
Pittsburgh, PA

**Senior Web Applications Developer**
Pioneer Square, Seattle, WA

**Freelance Web Developer**
Telecommute

**MRUNext SOA/ .NET Developer**
New York, NY

MORE JOB LISTINGS

**Sponsored Resources**

Whitepapers:

4 Key Steps to Automate IT Security Compliance

The Handbook of Application Delivery: Everything
You Wanted to Know but Didn't Know You Needed
to Ask

eBook: Vulnerability Management for Dummies

Rapid E-Learning: Maturing Technology Brings
Balance and Possibilities

*(These whitepapers will open in a new window.)*

About Us | Advertise with us | Contact Us | General FAQ | Privacy Policy | RSS Feeds | Reprints | User Agreement

Visit Our Sister Sites:

Concierge.com | Epicurious.com | Men.Style.com | Style.com | Wired.com | Lipstick.com | NutritionData.com | Allure | Architectural Digest | Brides | Cookie |
Condé Nast Portfolio | Glamour | Gourmet | Lucky | Men's Vogue | Self | Teen Vogue | The New Yorker | Vanity Fair | W

© 2009 Condé Nast Digital, Inc. All rights reserved.
Use of this site constitutes acceptance of our User Agreement and Privacy Policy

**EXHIBIT  G**

**TO**

**DECLARATION OF STEVEN BOAL IN OPPOSITION TO DEFENDANT'S MOTION TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT**

# Harvard Journal of Law & Technology

**An online companion to the Harvard Journal of Law & Technology**

**about digest**

**latest posts**

- Update: Quon v. Arch Wireless
- Vicsbingo.com v. Kentucky
- Amazon.com v. New York
- Al-Haramain Islamic Foundation v. Bush
- JOLT Fall 2008 Print Issue
- Final Exams & The Holiday Season
- Update: Warner Bros. v. RDR Books
- Qualcomm Inc. v. Broadcom Corp.
- Update: FTC v. CyberSpy Software
- United States v. Drew

**posts by topic**

- 10th Circuit Decisions
- 11th Circuit Decisions
- 1st Circuit Decisions
- 2nd Circuit Decisions
- 3rd Circuit Decisions
- 5th Circuit Decisions
- 6th Circuit Decisions
- 7th Circuit Decisions
- 8th Circuit Decisions
- 9th Circuit Decisions
- Agency Rulemaking
- Announcements
- Bioethics
- Communications Decency Act
- Computer Fraud and Abuse Act
- Copyright
  - Digital Millennium Copyright Act
  - Fair Use
- Digest Comment
- District Courts
- Electronic Communications Privacy Act
  - Stored Communications Act
- Employment
- Entertainment
- Environment
- Federal Circuit Decisions
- Federal Communications Commission
- First Amendment
- Flash Digest
- FOIA
- Fourth Amendment
- Hacking
- International Decisions
- International Regulation
- Internet
- Legislation
- Patent
- Peer-to-Peer
- Privacy
- Software

- o Software Licenses
- Spam
- Sports Law
- State Courts
- Supreme Court
- Telecommunications
  - o Broadcast
- Trademark

**search**

[ Go! ]

**archives**

- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- September 2007
- August 2007
- July 2007

Posted on Friday, November 28, 2008 at 3:56 pm

## Coupons, Inc. v. Stottlemire

**Alleged "Coupon Hacker" and Coupons, Inc. Settle DMCA Suit [UPDATED]**

By Chris Kulawik — Edited by Jon Choate

Coupons, Inc. v. Stottlemire
N.D. Cal., No. CV 07-03457 HRL
Court Documents (hosted by Justia)

Last week, Coupons, Inc. ("Coupons"), settled its DMCA suit against John Stottlemire, who had defended himself *pro se*. The parties have not fully disclosed the details of the settlement, but Stottlemire indicates that the case was dismissed with prejudice. The agreement follows a year's worth of litigation in the United States District Court for the Northern District of California.

**Note:**
Since the writing of this post, Coupons, claiming that Stottlemire breached material terms of the parties' settlement agreement, has resumed litigation. Stottlemire, in a motion filed with the court, claims that Coupons is mistaken in its belief that he has breached the confidentiality term of the settlement.

In July, 2007, Coupons filed suit against Stottlemire alleging in its complaint that his online posting constituted a violation of the anti-circumvention provisions of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §1201, and related California state laws. The posting had detailed a "hack" that allowed Coupons patrons to avoid imposed maximums and print multiple coupons with unique and functioning serial codes. Coupons claimed that the dissemination of the hack effectively "offered to the public" a technology "primarily designed for the purpose of circumventing technological measures that effectively control access to Plaintiff's works."

Stottlemire denied the allegation and sought to dismiss on the grounds that his posting did not qualify as the "hacking" or circumvention of certain protection made illegal under the DMCA. He argued instead that this technique merely exploited Coupons's faulty and limited software. Ars Technica reports Stottlemire as stating, "There are big problems when you are not allowed to delete files off of your computer."

The Electronic Frontier Foundation ("EFF"), which joined the Berkeley School of Law's Samuelson Law, Technology and Policy Clinic in filing an amicus brief in support of Stottlemire, discussed its position on the legal issues in the case on its blog after the Court dismissed

several of Coupons's claims in July:

> Coupons claimed that Stottlemire's tool circumvents technological measures that limit *use* of its coupons (a "rights-control" claim), but also tried to allege that the tool circumvents measures that limit *access* to those coupons (an "access-control" claim). The problem is that the tool doesn't have anything to do with access ¾ anyone can *access* the coupons whether they use the original software or the modified software.

> This isn't just an academic issue. While the DMCA prohibits the distribution of tools that circumvent rights *or* access controls, it prohibits actual circumvention (e.g., through use of such tools) only in the case of access controls. This is because controlling *use* of copyrighted material is already addressed by copyright law, and addressing it again in the DMCA would upset the careful balance between the rights of copyright owners and those of the public.

Speaking to Wired, Stottlemire celebrated the settlement:

> Without being represented by an attorney, I defended myself in federal court against a company who solicited the services of two separate law firms. And in my opinion, I kicked their ass. By refusing to succumb to their bullying tactics, I continued to assert my innocence and fought the claims Coupons Inc. filed against me.

**RELATED ENTRIES: Copyright, Digital Millennium Copyright Act, District Courts**

Harvard Journal of Law & Technology          Powered by **WordPress**

**EXHIBIT  H**

**TO**

**DECLARATION OF STEVEN BOAL IN
OPPOSITION TO DEFENDANT'S MOTION TO
SUMMARILY ENFORCE SETTLEMENT
AGREEMENT**



Never miss a deal again with **Deal Alerts** and keep tabs on deals on the go with **Slickdeals for your Mobile Phone**. Click here to remove this message.

Home     Coupons     Forums     Blog     Keywords

Register          Members List          Calendar          Today's Posts          Search

User Name | User Name | ☑ Remember Me?

Password | Log in

SlickDeals.net Forums > Deal Discussion > Deal Talk
└ **$3 off IP coupon for Ben & Jerry's Ice Cream**

Post Reply          Page 18 of 22 (Results 256 - 270 of 317)     First     Prev     8   16   17   18   19   20     Next     Last

Tags:  food   bandjpromotions                    Search this Thread          Thread Tools

01-04-2009, 07:11 PM                                      #256

**ky151**

*L7: Teacher*

Date Joined     Nov 2007
Location        Kentucky
Posts           2,185
Reputation      222

**Quote from shanecrow99** :
For those of you looking to clear your PC somehow to print more than 2 coupons may as well hang it up. Reinstalling the OS will not help you, changing your MAC or IP address will not help you. Editing your registry will not help you.

I have formatted and installed Vista numerous times and it does allow me to print new coupons. . . .well, it did up to about a month or so ago. So unless they have changed something very recently, this does work with the Vista OS. I posted this in another thread and someone commented that Vista has additional security features that do not allow the bricks technology to get certain information from your hardware. Whatever the case, I have an old laptop sitting around that I use just for this purpose.

Reply

01-04-2009, 07:11 PM

**Guests, join the SlickDeals.net Community to remove this ad.**

**Dell Special Deals**
Offers on Dell's Powerful Computers w/ Intel Technology. Hurry & Save!
www.Dell.com

Ads by Google

01-04-2009, 07:16 PM                                      #257

**maxie88**

*L2: Beginner*

Date Joined     Jan 2009
Posts           74
Reputation      23

**Quote from qwert7** :
It means you need to use a different Internet service + Computer

Nope. Same internet service just need a different computer. It can even be the same printer on a network. IE: if you had 4 networked computers and one printer you could print 8 coupons. I've already done that in my office so I know it works.

Reply

01-04-2009, 07:22 PM                                      #258

**taisharmoridin**

*L4: Apprentice*

| | |
|---|---|
| Date Joined: | Sep 2007 |
| Posts: | 317 |
| Reputation: | 335 |

**Quote from ky151 :**
I have formatted and installed Vista numerous times and it does allow me to print new coupons. . . .well, it did up to about a month or so ago. So unless they have changed something very recently, this does work with the Vista OS. I posted this in another thread and someone commented that Vista has additional security features that do not allow the bricks technology to get certain information from your hardware. Whatever the case, I have an old laptop sitting around that I use just for this purpose.

Sorry, formatting does not help. The software uses the serial number of your harddrive to determine if you've printed before or not. If not the serial, some other identifying characteristic.

I rebuilt my entire system, every component, except the HD, which was formatted and had a new OS installed on it... and I still couldn't print another 2 coupons.

Reply

01-04-2009, 09:07 PM                                                                                    #259

**ionizer**

*Pessimist*

| | |
|---|---|
| Date Joined: | Jun 2005 |
| Location: | NJ |
| Posts: | 3,236 |
| Reputation: | 643 |

**Quote from kovy :**
Never had B&J's before. Tried the chocolate chip cookie dough. Totally overrated ice cream. Nothing but sugar and fat. Nothing that separates it form any other ice cream. How people can justify shoveling 10 grams of saturated fat per 1/2 cup for this frozen sugar milk at this exaggerated price is beyond me.

i am a pessimist (as many here know) and i don't think B&J is overrated at all. It is HEAVY THICK ice cream, and yes tons and tons of fat, but it is delicious.

if you're not into it, you're probably just used to more thinner/milkier type of ice creams (breyers, etc)

Reply

01-04-2009, 09:09 PM                                                                                    #260

**ICQs**

*L3: Novice*

| | |
|---|---|
| Date Joined: | Aug 2008 |
| Posts: | 118 |
| Reputation: | 49 |

my mac let me print 2, but my laptop only 1. anyways..free is always good...so Dublin Mudslide here is come..sluuurrpp!!

Reply

01-04-2009, 09:19 PM                                                                                    #261

**ionizer**

*Pessimist*

| | |
|---|---|
| Date Joined: | Jun 2005 |
| Location: | NJ |
| Posts: | 3,236 |
| Reputation: | 643 |

This was the last info I found from that guy John Stottlemire who was being sued by coupons.com until they dropped the case (mostly b/c the case was total BS and contradicted their own statements):

http://www.iterasi.net/openviewer...h-vfj5gtvg

It is a bit outdated, so i don't know how relevant it is anymore. Again this is not to be used for any mal intent and merely for those who don't want to keep the coupons.com software on their computer and want to properly remove it.

Additional information about what coupons.com does:
http://www.benedelman.org/news/031808-1.html

*Last edited by ionizer : 01-04-2009 at 09:19 PM. Reason: Automerged Doublepost*

Reply

#262

01-04-2009, 09:22 PM

**ionizer**

*Pessimist*



| | |
|---|---|
| Date Joined: | Jun 2005 |
| Location: | NJ |
| Posts: | 3,236 |
| Reputation: | 643 |

Most important aspects (this contradicts my earlier statements as it appears their software has changed from previous, my apologies to those I attempted to correct).

In testing using API and registry-monitoring tools, I have determined that Coupons.com retrieves a wide variety of sensitive Windows registry keys and computer configuration settings including Windows Product ID, Windows CD key, motherboard serial number, and hard drive serial number. These numbers serve to identify a specific individual computer, and these numbers persist over the lifetime of a computer. Coupons.com. These practices stand in sharp contrast to Coupons.com's representations to users:

The Coupons.com "promo" promises that "The Coupon Printer does not gather or ask for any personal information about ... your computer." Yet my testing indicates that Coupons.com gathers detailed computer-specific information about each computer on which it is installed.

Coupons.com's privacy policy similarly promises that "The Coupons, Inc. software ... only collect[s] information about what coupons have been printed and redeemed from your computer" -- again, directly at odds with my observation that Coupons.com collects far more information.

Coupons.com's license agreement discloses this information collection only by admitting that the "software uses anonymous, assigned numbers and/or anonymous information about your computer or device." But the numbers at issue are not anonymous: These numbers identify a specific individual user based on the user's unique and unvarying Windows CD key, motherboard serial number, and hard drive serial number. TRUSTe rule 1.qq defines such information to be pseudonymous ("information that may correspond to a person [such as] machine ID"), while rule 1.i defines anonymous information to exclude all pseudonymous information. Coupons.com thus errs in characterizing these numbers as "anonymous." Moreover, Coupons.com errs in disclosing this data collection practice only in its license agreement; because this practice speaks to user privacy, it belongs in Coupons.com's privacy policy.

-----

i dont want to distract too much from the deal, as getting one or two pints of ben and jerrys for free is great.

Reply

#263

01-04-2009, 09:28 PM

**kovy**

*L4: Apprentice*



| | |
|---|---|
| Date Joined: | Apr 2008 |
| Posts: | 342 |
| Reputation: | 143 |

**Quote from ionizer :**

i am a pessimist (as many here know) and i don't think B&J is overrated at all. It is HEAVY THICK ice cream, and yes tons and tons of fat, but it is delicious.

if you're not into it, you're probably just used to more thinner/milkier type of ice creams (breyers, etc)

I'm not saying it's not thick. I'm just saying it's no different than some other high fat cookie dough ice cream. Nothing special in it. Very thick and loaded with sugar. But I've had some unbelievable gourmet ice creams. The flavor was to die for. This particular one was just a very thick vanilla that tastes like any other over sweetened vanilla with very sweet chunks of crystallized cookie dough. I will still pick up another flavor. Maybe new york fudge or chunky monkey. Maybe that's something more original. This was just same old same old. Only with more fat and more sugar. If I'm going to eat something so expensive and so unhealthy that it borders on poison, I want it to be ecstasy. Sorry, I didn't mean to thread crap. Just giving feedback.

Actually, I like plain chocolate. I'm a chocolate lover. And recommendations for a B&J flavor?

Reply

#264

01-04-2009, 10:09 PM

**qwert7**

L3: Novice

Date Joined      Oct 2008
Posts                 153
Reputation       160 🔲

**Quote from kovy** 🔲 **:**
I'm not saying it's not thick. I'm just saying it's no different than some other high fat cookie dough ice cream. Nothing special in it. Very thick and loaded with sugar. But I've had some unbelievable gourmet ice creams. The flavor was to die for. This particular one was just a very thick vanilla that tastes like any other over sweetened vanilla with very sweet chunks of crystallized cookie dough. I will still pick up another flavor. Maybe new york fudge or chunky monkey. Maybe that's something more original. This was just same old same old. Only with more fat and more sugar. If I'm going to eat something so expensive and so unhealthy that it borders on poison, I want it to be ecstasy. Sorry, I didn't mean to thread crap. Just giving feedback.

Actually, I like plain chocolate. I'm a chocolate lover. And recommendations for a B&J flavor?

I myself Picked up NY Fudge, It is very good 😁
——————————————
December Wins:
[12/7] Splenda - Pedometer
[12/22] French Toast - $10 K-mart giftcard

Reply

01-04-2009, 10:19 PM                                                                                  #265

**AnhTam**

L3: Novice

Date Joined      Nov 2008
Posts                 123
Reputation          22 🔲

**Quote from taisharmoridin** 🔲 **:**
Sorry, formatting does not help. The software uses the serial number of your harddrive to determine if you've printed before or not. If not the serial, some other identifying characteristic.

I rebuilt my entire system, every component, except the HD, which was formatted and had a new OS installed on it... and I still couldn't print another 2 coupons.

people would do that for free ice-cream?

Reply

01-04-2009, 10:26 PM                                                                                  #266

**el31415**

L3: Novice

Date Joined      Dec 2007
Posts                 248
Reputation          50 🔲

What Would You Do For A Klondike® Bar?

Reply

01-04-2009, 10:36 PM                                                                                  #267

**msgal67belle**

Addicted



**Quote from kovy** 🔲 **:**
I'm not saying it's not thick. I'm just saying it's no different than some other high fat cookie dough ice cream. Nothing special in it. Very thick and loaded with sugar. But I've had some unbelievable gourmet ice creams. The flavor was to die for. This particular one was just a very thick vanilla that tastes like any other over sweetened vanilla with very sweet chunks of

| Date Joined | Jul 2008 |
| Location | Mississippi |
| Posts | 687 |
| Reputation | 133 🔵 |

crystallized cookie dough. I will still pick up another flavor. Maybe new york fudge or chunky monkey. Maybe that's something more original. This was just same old same old. Only with more fat and more sugar. If I'm going to eat something so expensive and so unhealthy that it borders on poison, I want it to be ecstasy. Sorry, I didn't mean to thread crap. Just giving feedback.

Actually, I like plain chocolate. I'm a chocolate lover. And recommendations for a B&J flavor?

I've mentioned it at least 3 times already..... Karamel Sutra!

*The great thing about being a pessimist is that you are either always right ... or always surprised!*

Reply

#268

01-05-2009, 05:13 AM

**taisharmoridin**

*L4: Apprentice*

| Date Joined | Sep 2007 |
| Posts | 317 |
| Reputation | 335 🔵 |

**Quote from AnhTam 🔗 :**
people would do that for free ice-cream?

Haha, no. I was doing my annual computer upgrade. After replacing all of those components and formatting, I figured I'd be able to go back and print all those coupons that I liked so much (ie. $4 off purina, $3 off purina, $10 off glucerna, etc.) No such luck!

Reply

#269

01-05-2009, 05:24 AM

**greenmeansgoooo**

*L6: Expert*

| Date Joined | Aug 2007 |
| Posts | 1,342 |
| Reputation | 502 🔵 |

**Quote from taisharmoridin 🔗 :**
Haha, no. I was doing my annual computer upgrade. After replacing all of those components and formatting, I figured I'd be able to go back and print all those coupons that I liked so much (ie. $4 off purina, $3 off purina, $10 off glucerna, etc.) No such luck!

The reason why that didn't work is your IP, HD serial numbers. MAC address, etc. stayed the same.

### Dawn's Internet Printable MQ List
**Don't hesitate to print out that coupon now!**

## *Thank you, for helping us, help you, help us all.*

**DTV happens at midnight on February 17th, 2009.**
**If you currently use rabbit ears/outside antenna then you DO need a DTV converter box.**
**If you currently have a HDTV set and/or U-verse/cable/satellite TV programming**

Reply

#270

01-05-2009, 05:29 AM

**Pebbler**

*L2: Beginner*

Newer computers have a TPM (Trusted Platform Module). This is how they know which computer is used. This is why fresh installs don't work. I don't know about older computers but I suspect if using XP and if it doesn't have a TPM then they can be circumvented.



Date Joined          Mar 2007
Location             Tulsa
Posts                86
Reputation           21

Reply

Post Reply      Page 18 of 22 (Results 256 - 270 of 317)   First   Prev   8   16   17   18   19   20   Next   Last

« Previous Thread | Next Thread »

Posting Rules

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **Off**
HTML code is **Off**

Similar Threads

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Kroger - Ben & Jerry's Pints - $1 - YMMV? | DieselJunkie | Hot Deals | 11 | 08-20-2008 09:27 PM |
| Ben & Jerry's Iced TeaZer for $0.99 on Tuesday, July 29th | Sherbear | Hot Deals | 13 | 07-29-2008 08:46 AM |

All times are GMT -7. The time now is 11:37 AM.

-- Hybrid                                    Contact Us - SlickDeals.net - Archive - Top

Copyright 1999-2008. Slickdeals, Inc. All Rights Reserved.
All content, trademarks and logos are copyright their respective owners

 orums  Tools  Search  Blog [new]
ce - Privacy Policy - Terms of Service - Acceptable Use Policy (Rules)



### About Slickdeals

Get Me Back to the Top! ▲  portunities, Our Blog

### RSS Feeds

Frontpage Deals, Hot Topics, Hot Deals, Freebies,
Coupons, Contests & Sweepstakes, Drugstore
B&M Deals

### Twitter Us

Twitter is a service that allows you to receive
notifications via AIM or SMS whenever we make a
new post! Never miss out on another deal! It's
easy, just Subscribe to our Twitter Feed.

### Facebook App

Install our Facebook App and share deals with

### Need Help?

We hope your visit has been a
pleasant one. If you're having any
problems, or would just like to give
some feedback, we'd love to hear
from you.

For general help, questions, and
suggestions, try our dedicated
support forums.

If you are a company or need to
contact the admins, use our contact
form.

### First Time?

Don't worry, we'll help you find your
way. If you haven't already, check
out this user guide that explains the
features of our site.

Also, try visiting the FAQ.

**Check out these other popular
features that most people like:**

Deal Alerts
Slickdeals Mobile
Slickdeals Blog
Amazon Fillers
Global Search
Price Compare

your friends.

**EXHIBIT  I**

**TO**

**DECLARATION OF STEVEN BOAL IN
OPPOSITION TO DEFENDANT'S MOTION TO
SUMMARILY ENFORCE SETTLEMENT
AGREEMENT**

**Toolbox for IT**

Join Now / Sign In    Search    Blogs    Submit Query



**OpManager**
Management

know about network
anomalies well before your end users

Download
30-days Free Trial

My Home    People    Vendors    **Communities**

Security Community

Home    Blogs    Groups    Wiki    Research    Documents    Topics    Subscriptions



**Managing Intellectual Property & IT Security**
by Dan Morrill (Program Director CityU of Seattle)
Blog Main / Archive / Invite Peers / Connect to this blog

A Community of 1.4 Million
Professionals

Join Now

**About this blog**
Managing Information Security and intellectual property is
the issue. How corporations, IT departments, and IT
security can manage...more
**Connect to this blog to be notified of new posts.**
Your E-mail address    Connect
RSS for Posts / RSS for Comments

Sign In / Ask a Question

Previous Entry / Next Entry

### It is lawful to hack software
Dan Morrill (Program Director CityU of Seattle) posted 11/21/2008 / Comments (1)

Who knew that it was lawful to bypass restrictions on software, like Coupons Inc's
software that allowed printing coupons and essentially start printing coupons off like it
was money.

A recent court case makes it lawful to modify software you download and see how it
behaves. The good part is that many security engineers do this on a regular basis, and we
post our findings on the internet. A recent court case with Coupons Inc and John
Stottlemire though could have had serious implications if John had not prevailed in court.

The problem is that John Stottlemire posted a series of instructions on how to modify a
computer program that people download to print coupons. His command set on this looks
like a simple clean up that anyone would do on a computer system that was not
functioning normally, or that someone would do to go clean up an accumulation of stuff.

Coupons Inc got annoyed because the clean up routine allows a customer to print
functioning coupons from their PC, without any limits to the number of times valid
working coupons can be printed. If you wanted 100 coupons for BrandX, with John's
notes, you could simply clean up the install and remove some keys from YOUR computer
and carry on smartly with the print job.

By discovering a weakness in how the program worked, and the removal of some files,
well that was claimed to be a DMCA violation, which then went to court. ~~The courts
found that no such DMCA violation happened,~~ Please see correction below and while the
technique is interesting, it truly amounts to nothing more than someone cleaning up files
on their computer to make software work in an unexpected way. Coupons Inc has fixed
their issue, and the hack no longer works. But by claiming DMCA circumnavigation, and
then ~~losing~~ settling that case, ~~Coupons Inc has lost what could have been an
interesting court case.~~

If Coupons had ~~lost~~ had not settled (no judge ruled on this, it was an out of court
settlement that the terms are confidential (Updated via phone call with person who
wants to remain anonymous 11/22/2008)), then just about any software you download,
and then clean up on your PC, which then allows an unexpected behavior of their code,
would have been a DMCA violation. It would have made it harder to post hacks like this
on the internet, in general it would also have influenced the removal or modification of
spyware on someone's computer. In all it is good that John prevailed in this otherwise it
could have had far reaching implications for people who are busy trying to remove, learn,
or otherwise modify programs that they download.

11/22/2008 - had a phone conversation with an anonymous person who is more
familiar with the case than I am on this issue, and cleared up some factual errors.

Tags: spyware, coupons inc, removal, modification, software, interesting

# Got a 2009
# Cloud Strategy?

### Solidify one today.


**GOGRID NOW ▶**
### Free Trial!

✍ **SHARE YOUR PERSPECTIVE.**
Start your blog @ Toolbox for IT today →

**Categories**

Bit Torrent and Peer Networks (41) / Corrections and
Omissions (2) /

**Hacking** (127) / Hiring finding a job (49) /

Intellectual Property Protection (205) / IT Humor (32) /

Media and Web 2.0 (143) / Misc Technology (194) /

Video Blog (39)

**Popular Entries by Dan Morrill**

Dad takes away 11 years olds Internet access...

Linux hacked more often than Windows 2003

What do hiring managers look for in a...

No wonder no one wants a job in IT

# It is lawful to hack software

*The opinions of this article are the opinions of this writer. They are not the opinions of my employers, nor in any way does this blog, these entries, or any information on this site reflect the opinion of my employers or people associated with me.*

Please do not lie on your resume

## Recent Comments

"Well, this should be a small impetus then in..."
Super bowl Web Site Hacked

"Loc, script kiddie with you takes on a whole..."
How to use the Acunetix Blind SQL Injection...

"What I think is good is that maybe 10 people a..."
Automated Twitter Account Making Software Tweet...

"Gathering foreclosure information is very..."
Google Hacking foreclosure information

"hi i forgot my password and my secret question..."
MSN Hacking part three

More Recent Comments...

Digg

submit

MY ZIMBIO

Top Stories

You can also follow me on Friend Feed and see all the stuff I do in a day.

Sitemeter

Previous Entry / Next Entry

## Related White Papers

Enterprise Business Intelligence: Improving Corporate Performance through Integrated Reporting, Analysis, & Monitoring

Customer Case Study — Apple

Taneja Group Report Backup and Recovery: The New Case for Open Source Protection

## Related Jobs

Security in EAI

Service Oriented Architecture

SAP AG and Adobe Systems: Enabling Collaboration with Interactive Forms

## Dan Morrill's Links

Techwag

Read Write Web

Robert Scoble

Ajaxian

Dark Reading

Layer 8

## Comments (1)

RSS for Comments

naxim writes:                                          11/24/2008 #

how to hack email password

**You are not logged in.** Sign in to post unmoderated comments or join the community to create your free profile today!

Name:                          (Will display on the site)

E-mail:                        (Not displayed. No Spam)



Lines break automatically. Please preview your message before posting.

If not logged-in your post will not appear until approved by a community moderator. To uphold community standards, comments that are inflammatory, offensive, or contain profanity or advertisements may be removed by the author or a community moderator.

Connect to this blog to be notified of new entries.

Preview     Submit

## Related Blogs

It is lawful to hack software

The Military Botnet Proposal

## Related Groups

How to block Spyware?

Removing VirusBurst software

## Related Wiki Articles

Security Software

SAP Smart Forms

**More from this author**

Verizon employees illegally access Obama's phone account

Hacking VMWare via Google Hacking

Virus shuts down Chinese military exercise

What you should look for in a social network community manager

Search Engine Hacking the Azureus Client

**Archive Category:** Hacking

**Keyword Tags**

spyware, coupons inc, removal, modification

Disclaimer: Blog contents express the viewpoints of their independent authors and are not reviewed for correctness or accuracy by Toolbox for IT. Any opinions, comments, solutions or other commentary expressed by blog authors are not endorsed or recommended by Toolbox for IT or any vendor. If you feel a blog entry is inappropriate, click here to notify Toolbox for IT.

Browse all IT Blogs

About / Contact us / Privacy / Terms of Use / Work at Toolbox.com / Advertise with Toolbox for IT / Provide Feedback

**Communities:** Business Intelligence / C Languages / CIO / CRM / Database / Data Warehouse / EAI / Emerging Technologies / ERP / Hardware / Knowledge Management / Networking / Project Management / SCM / Security / Storage / Web Design / Wireless / Baan / Java / Linux / Oracle / Oracle CRM / Oracle Database / PeopleSoft / SAP / Siebel / UNIX / Visual Basic / Windows

**Also at Toolbox for IT:** Blogs / Groups / Wiki / Events & Webcasts / Job Center / Vendor Research Directory

Copyright 1998-2009 Toolbox.com. All rights reserved. All product names are trademarks of their respective companies. Toolbox.com is not affiliated with or endorsed by any company listed at this site. Toolbox.com is a subsidiary of the Corporate Executive Board.

# EXHIBIT J

## TO

# DECLARATION OF STEVEN BOAL IN OPPOSITION TO DEFENDANT'S MOTION TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT

**MediaPost** news

ADVANCED SEARCH

Home • Online Media Daily • Monday, Nov 24, 2008

## Coupons Inc. Settles Case Against Hacker

by Wendy Davis, Monday, November 24, 2008, 7:00 AM

Article ▼ | Comments ▼



**TOOLS**

EMAIL     SUBSCRIBE
PRINT     RSS
REPLY     SHARE ▼

An online coupon distributor has settled a closely watched case against a programmer who told Web users how to get around code designed to limit the number of times that coupons could be printed.

The details of the settlement between the company, Coupons Inc., and the programmer, John Stottlemire, are confidential. But Stottlemire said that the lawsuit against him will be withdrawn with prejudice (meaning that it can't ever be filed again) as long as he complies with the agreement.

Coupons Inc. did not respond to a request for comment.

The Mountain View, Calif.-based Coupons Inc. provides technology that enables companies to deliver coupons directly to consumers at corporate Web sites, through banner ads and in e-mail messages. Coupons Inc. bundles its programs with software that aims to restrict users' ability to print multiple copies of the vouchers.

The dispute between the company and Stottlemire began last July, after the Fremont, Calif. resident posted instructions for expunging the code that restricted the number of copies that could be printed. He also allegedly offered downloadable software that would remove Coupons' code.

Coupons Inc. then filed suit against Stottlemire in federal district court in San Jose, for allegedly distributing tools that circumvented the company's digital rights management program.

Because the lawsuit was resolved, the court did not decide whether Stottlemire's work-around violated the Digital Millennium Copyright Act. That law prohibits trafficking in technology that circumvents software that restricts access to copyrighted material. But digital rights advocates say that the law does not ban mere discussions about the software.

Stottlemire took the position that Coupons Inc. had hidden its restrictive files on users' computers, and that he was just offering instruction on how to delete those files. "Through the use of hiding files and registry keys on a computer, in areas normally reserved for the Windows operating system ... Coupons, Inc. attempts to control access to coupons it offers to the public," he wrote on his blog tenbucks.net in July of 2007. He added that no special software was needed to purge those keys. "The only tool required is the delete button on your keyboard ... and knowledge of where these unprotected files lie."

Coupons Inc. eventually changed its methods to defeat Stottlemire's work-around.

Stottlemire, who is not a lawyer, said he decided to represent himself after learning that lawyers' fees could quickly total in the six figures. "I knew I was right, and I couldn't afford an attorney," he said. "I spent many nights in front of the computer researching case law and writing briefs and rewriting briefs."

**RELATED ARTICLES**

1. Google Glitch Briefly Shuts Down Search Engine Saturday

2. Facebook Users Stay Engaged As Audience Expands

3. GroupM Revises Terms For All Online Ad Buys, Claims Data Is 'Confidential'

4. Marchex Lays Off 15, Realigns Business Units

5. Newspaper Web Audience Grows, Revs Decline

TAGS: Legal, Online

**MOST READ**

1. Jack In The Box Launches Campaign

2. GroupM Revises Terms For All Online Ad Buys, Claims Data Is 'Confidential'

3. Giving Voice: P&G Builds On Ad Spending

4. CMOs Cite Apple For 'Best Marketing Practices'

5. List Of Wounded Retailers Growing

### Recent Online Media Daily Articles

**Clash-Media 'Reenlists' With U.S. Military**   Feb 2, 8:31 AM
Lead generation company Clash-Media has been reenlisted by the U.S. Military to recruit both new and...

**Lotame's Three-Way BT Deal Measures Attitude, Buzz**   Feb 2, 8:31 AM



Personifi
knows the **difference** and
delivers the **relevant** ad.

LEARN MORE

Personifi
a Collective Media company

**AUTHORS**

» Mark Walsh
» Wendy Davis
» Gavin O'Malley
» Laurie Sullivan
» Joe Mandese
» Tameka Kee
» Tanya Irwin
» David Goetzl
» Karlene Lukovitz
» Les Luchter

**ARCHIVES**

» February 2009
» January 2009
» December 2008
» November 2008
» October 2008
» September 2008
» All Archives

Lotame Solutions has partnered with Amplify and Vizu to measure the value of advertising on social...

**Progress Illinois Perseveres Against Fox News**  Feb 2, 8:11 AM
Winning a standoff against Fox News, the news startup Progress Illinois got its YouTube channel back...

**Marchex Lays Off 15, Realigns Business Units**  Jan 30, 3:51 PM
Local search and performance ad firm Marchex has shed 15 jobs, about 4% of its 300-plus...

**GroupM Revises Terms For All Online Ad Buys, Claims Data Is 'Confidential'**  Feb 2, 8:31 AM
GroupM, the biggest buyer of media in the world, has quietly altered the terms and conditions...

**Facebook Users Stay Engaged As Audience Expands**  Feb 2, 8:31 AM
Facebook surged past rival MySpace last year to become the world's largest social network, with 150...

**Google Glitch Briefly Shuts Down Search Engine Saturday**  Feb 1, 1:11 AM
Those searching on Google for nearly one hour Saturday morning got a disturbing error message that...

**WPP Remains Omnivorous, Gobbles A Piece Of Omniture**  Jan 29, 8:27 AM
WPP Group this morning announced a strategic investment in online analytics firm Omniture that will
include...

**AdMob Closes $12.5 Million In Financing**  Jan 29, 11:46 AM
Mobile ad network AdMob has secured $12.5 million in third-round financing from Draper Fisher Jurvetson's Growth...

**Court Asked To Uphold Order Allowing Webcast**  Jan 30, 7:00 AM
Digital rights group Electronic Frontier Foundation is asking an appellate court to uphold a groundbreaking order...

>> Online Media Daily Archives




Personifi
knows the **difference** and
delivers the **relevant** ad.

LEARN MORE

Personifi
a Collective Media company

ABOUT MEDIAPOST • MEDIA KIT • RSS FEEDS • PRIVACY/TERMS & CONDITIONS


MediaPost

©2009 MediaPost Communications. All rights reserved.
1140 Broadway, 4th Floor, New York, NY 10001
tel. 212-204-2000, fax 212-204-2038, feedback@mediapost.com


DONE! SEO
Search Engine Optimization

ads powered by  Microsoft Advertising