| | |
|---|---|
| 1 | Neil A. Goteiner (State Bar No. 083524) |
|   |    ngoteiner@fbm.com |
| 2 | Dennis M. Cusack (State Bar No. 124988) |
|   |    dcusack@fbm.com |
| 3 | Carly O. Alameda (State Bar No. 244424) |
|   |    calameda@fbm.com |
| 4 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 6 | Facsimile: (415) 954-4480 |
| 7 | Attorneys for Plaintiff |
|   | COUPONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., | Case No. 5:07-CV-03457 HRL |
|         Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF COUPONS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| JOHN STOTTLEMIRE, | Date: February 24, 2009 |
|         Defendant. | Time: 10:00 a.m. |
| | Courtroom: 2 |
| | Judge: Honorable Howard R. Lloyd |

This matter comes before the Court on Coupons, Inc.'s ("Coupons") administrative motion to file under seal the Declaration of Steven Boal in Opposition to Defendant's Motion to Summarily Enforce the Settlement Agreement, paragraphs 16-23, dated February 3, 2009.

Having considered Coupons' administrative motion, as well as the pleadings and materials lodged in this matter, the Court finds that good cause exists for an order sealing the stated portions of the declaration, and Coupons' administrative motion to file under seal is GRANTED.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOTION TO
FILE UNDER SEAL 5:07-CV-03457 HRL

Dockets.Justia.com

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**IT IS HEREBY ORDERED THAT** the Declaration of Steven Boal in Opposition to Defendant's Motion to Summarily Enforce the Settlement Agreement, paragraphs 16-23, dated February 3, 2009, be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

Honorable Howard R. Lloyd
United States District Court Judge

22675\1857064.1