1 John A. Stottlemire
4509 Wayland Court
2 High Point, NC 27265
Telephone: (614) 358-4185
3 Email: johna@stottlemire.com
Defendant, *pro se*
4

5                         UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7                                 SAN JOSE DIVISION

| | |
|---|---|
| 8  COUPONS, INC., a California corporation, ) | Case No. 5:07-CV-03457 HRL |
| 9                                  Plaintiff, ) | **[PROPOSED] ORDER DENYING PLAINTIFF COUPONS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 10                                      v. ) | |
| 11  JOHN STOTTLEMIRE | |
| 12                                  Defendant ) | Courtroom: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd |

[Proposed] Order Denying Plaintiff Coupons, Inc.'s Administrative Motion to File Under Seal
No. 5:07-CV-03457 HRL

Plaintiff Coupons, Inc. has made an Administrative Motion to File Under Seal. The Court has duly considered the submissions and arguments of the plaintiff and defendant and finds that there is no compelling reasons to grant Coupons, Inc.'s request to file the Declaration of Steven Boal in Opposition to Defendant's Motion to Summarily Enforce the Settlement Agreement, paragraphs 16-23 under seal. Coupons, Inc. has not shown it possesses overriding confidentiality interests that overcome the right of public access to the record nor to support sealing the record. Nor has Coupons, Inc. supported its motion with specific factual findings which override the general history of access and public policies favoring disclosure.

IT IS THEREFORE ORDERED that Coupons, Inc.'s Administrative Motion to File Under Seal paragraphs 16-23 of the Declaration of Steven Boal in Opposition to Defendant's Motion to Summarily Enforce the Settlement Agreement is DENIED.

IT IS SO ORDERED.

Dated: February ___, 2009

THE HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
John Stottlemire
Defendant, *pro se*

[Proposed] Order Denying Plaintiff Coupons, Inc.'s Administrative Motion to File Under Seal
No. 5:07-CV-03457 HRL