*E-filed 2/13/09*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., | Case No. CV 07-03457 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| JOHN STOTTLEMIRE, | Re: Docket No. 140 |
| Defendant. | |

Plaintiff Coupons, Inc. moves for an order sealing paragraphs 16-23 of the Declaration of Steven Boal. Defendant opposes the motion, asserting that plaintiff has failed to meet its burden to articulate its "compelling interest" in keeping the information out of the public record. The court has reviewed the unredacted declaration and notes that it is heavy on opinion, conjecture, and speculation. Nevertheless, in light of the record in this case, the court finds that paragraphs 16-23 should be sealed.

**IT IS SO ORDERED.**

Dated: 2/13/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT VIA ECF.

Counsel are responsible for providing copies of this order to co-counsel.

Dated: 2/13/09

                                             /s/ mpk
                                 Chambers of Magistrate Judge Lloyd